**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

                                                Civil Action No.: 1:23-cv-02567

    Plaintiffs,

v.                                 **FILED UNDER SEAL**

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | 10-15 days delivery time |
| 2 | 75PAI Smart Sports and Health |
| 3 | 91hemouren |
| 4 | A shop that sells only fine goods |
| 5 | A-REIKI |
| 6 | Acicu3688 |
| 7 | addcean |
| 8 | AFVERGES |
| 9 | alang309 |
| 10 | ANXINJIA |
| 11 | Arrive at 8-15 days |
| 12 | As long as you love me |
| 13 | ASF Bless |
| 14 | B7 Daily store |
| 15 | bailingxingbaihuo |
| 16 | Bakup Tech |
| 17 | Baoqi Riyongpin |
| 18 | Benshan |
| 19 | Better Life Pavilion |
| 20 | Bhcdssxcc |
| 21 | binhua store |
| 22 | Bitanlkier-US |
| 23 | Boutique small store |
| 24 | C COABALLA |
| 25 | changchunshichenshengkuajingmaoyiyouxiangongsi |
| 26 | chengduyuewenhuishengshangmaoyouxiangongsi |

| | |
|---|---|
| 27 | Chhs-Tech |
| 28 | cilighter |
| 29 | conghanshang |
| 30 | CRAZYFUN |
| 31 | Cxiong |
| 32 | CY Pet |
| 33 | Daihus Shop |
| 34 | danzhoushipengqimaoyifjoieodaf |
| 35 | Dayilier |
| 36 | Deelyser Store |
| 37 | Dingliping |
| 38 | DPX Mall |
| 39 | dsacxzrewfgdb |
| 40 | duanheshangmao |
| 41 | duocan-shop |
| 42 | DuoXio |
| 43 | ENWORLD |
| 44 | Erhfbcd |
| 45 | Erlai |
| 46 | Fanvis Tableware |
| 47 | fanxiaoshuodedian |
| 48 | figer store |
| 49 | For U Grocery Store |
| 50 | gaolesidedian |
| 51 | geyaqiang |
| 52 | Goodkidss |
| 53 | Guangzhou Goutongmao Trading Co., Ltd. |
| 54 | guobaoroudedian |
| 55 | Hainannayingxiushangmaozhongxin |
| 56 | Hand U Journey |
| 57 | hanzhiyu |
| 58 | haozhijiashop |
| 59 | Hekais |
| 60 | HeshengDIY |
| 61 | heyoumistore |
| 62 | hh168 |
| 63 | Huijin Store |
| 64 | Ingrid GL |
| 65 | Iuehhd |
| 66 | iuiasxs |
| 67 | jiabinxiaodian |
| 68 | jiaermei |
| 69 | JIANFANSTOY |
| 70 | Jikai home |
| 71 | jinshuixuanjibaihuo |

| | |
|---|---|
| 72 | Judbbacx |
| 73 | kadiya baihuo |
| 74 | kaidishi |
| 75 | Kamin-shop |
| 76 | kangyingda |
| 77 | KIFUStore |
| 78 | Kphico |
| 79 | LEI CHUANG |
| 80 | LeiHaiwenBIOSAOO |
| 81 | LEYJOKE |
| 82 | LFFA |
| 83 | lichunxichunhan |
| 84 | liqingyang1 |
| 85 | Little Wisdom Tree |
| 86 | Liuyuedongs |
| 87 | liuzhiweijiadianpu |
| 88 | liyanlidedian |
| 89 | LLMXZ |
| 90 | LOhgd |
| 91 | LongZhuWangBaiHuoYouXianGongSi |
| 92 | lujunbaihuoshanghang |
| 93 | lunashanghang |
| 94 | Manchot |
| 95 | MazhEyuE |
| 96 | Meiei |
| 97 | mengmeng01 |
| 98 | Minerva |
| 99 | minpai |
| 100 | Miraitowa Craft |
| 101 | Mromh |
| 102 | muleshanghang |
| 103 | Mxzcda |
| 104 | MYMM YY |
| 105 | Nchbxvf |
| 106 | Newbeeo |
| 107 | NICER INC PET |
| 108 | NinMeng |
| 109 | niuqinghai |
| 110 | NoPainsNoGains |
| 111 | nrsmlr |
| 112 | Okaybridal |
| 113 | pangping（7-18 Days Fast Delivery） |
| 114 | PFX shop |
| 115 | pi123 |
| 116 | PingYaoXianJuDianGuoJiMaoYiYouXianGongSi |

| | |
|---|---|
| 117 | POSHUN |
| 118 | Putian Chengxiang District Zhanghesan Trading Co., |
| 119 | qingbaishanghang |
| 120 | qionghaishilongdannianshangmaoyouxiangongsi |
| 121 | QWECHO |
| 122 | RENOOK-direct-Merling |
| 123 | rongquanzh691 |
| 124 | rongshangda |
| 125 | ruiruifazhan |
| 126 | ruizhibaihuohang |
| 127 | sanyajiaoyulushangmaoyouxiangongsi |
| 128 | SelidaElec |
| 129 | shangzy |
| 130 | ShaoFeng ShangMao |
| 131 | SHENNOSI-US |
| 132 | Shenzhen Longhua District Yanzizhai Trade Center |
| 133 | SHOPNEYE |
| 134 | Shulamite |
| 135 | shunkaishang |
| 136 | Skiffer STORE |
| 137 | SLYG STORE |
| 138 | sumianmaoyi |
| 139 | Summer and Sunday |
| 140 | Sunday-Island |
| 141 | suwfnksf |
| 142 | SWEET Ali |
| 143 | Sweet LemonCo |
| 144 | taoheshanghang |
| 145 | taotaoxiaomaipu |
| 146 | TBYMY |
| 147 | The Barn Eleven Co. |
| 148 | Tiancan |
| 149 | TIDAORIYONG |
| 150 | TLGT |
| 151 | TraCuna(7-21 Delivery) |
| 152 | TTBAIHUO |
| 153 | TYSAfav |
| 154 | Tzibxll |
| 155 | uianCaanqev |
| 156 | Ulikelife |
| 157 | WANDAD |
| 158 | WANG WEI LING |
| 159 | wangzhaoyuan-US |
| 160 | wanpingkou |
| 161 | Wayuen |

| | |
|---|---|
| 162 | wenchangxiaozhilishangmaoyouxiangongsi |
| 163 | wenjiexx |
| 164 | WenJiuKeJi |
| 165 | WGXMD |
| 166 | WHYLSHOP |
| 167 | WLYDDP |
| 168 | Wtoyir |
| 169 | WYJHJINW |
| 170 | wyyshop |
| 171 | XHDUYW |
| 172 | xiaohaoertongzhuang |
| 173 | XINXINDIANSHANG |
| 174 | xinya & shop |
| 175 | xiumubaihuoshanghang |
| 176 | xmbh |
| 177 | XMBY |
| 178 | xzkshangdian |
| 179 | Yangyang's store |
| 180 | YANGYANGSTORE |
| 181 | YIjialai |
| 182 | yiqiaoguoji |
| 183 | yiwujingmeihaoshangpu |
| 184 | YiXin Commerce |
| 185 | YIZHIONE |
| 186 | YNANYINAY |
| 187 | yonghangcc |
| 188 | YUNYUNmaoyi |
| 189 | YUYI Store |
| 190 | YYDSLiuHongyan |
| 191 | YYtotop |
| 192 | zbbeloved® |
| 193 | ZCDesigns |
| 194 | zhaochenhu |
| 195 | Zhenwoing |
| 196 | zhilongjj528 |
| 197 | ZHUOJUSHANGMAO |
| 198 | ziyibaobao |
| 199 | ZLB-QT |
| 200 | Zshsahha |
| 201 | Merry Christmas |
| 202 | 稳 |
| 203 | 跟卖必死(7-15 days delivery) |
| 204 | 陇韵风商贸 |

| | |
|---|---|
| 205 | Canyi |
| 206 | CCTT Co.Ltd |
| 207 | changdedongkaimei Co.Ltd |
| 208 | Childlike Innocence |
| 209 | CuiHuaShangMao |
| 210 | Electrician Guy |
| 211 | Figer |
| 212 | haimuzhou |
| 213 | HK JLJ E-Commerce Co. LTD |
| 214 | ISHANTECH |
| 215 | LEAOU Co. Ltd |
| 216 | Lxtoys |
| 217 | Maggie Co.Ltd |
| 218 | Maletods |
| 219 | MK Trading Co. LTD |
| 220 | nanguoqiang |
| 221 | Royal Voinne |
| 222 | Sethwy Co., Ltd |
| 223 | shangjuemaoyi |
| 224 | SHLYET Co., Ltd. |
| 225 | SIOU Marketplace LLC |
| 226 | Teiteg Co.ltd |
| 227 | The Green Market |
| 228 | Xuanhong Technology |
| 229 | ZHS Co. Ltd |