

‹ Back to results










Roll over image to zoom in

## 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Saucer, Flying Saucer Dog Toy, Pet Flying Saucer Ball, Flying Saucer Ball for Dogs

Brand: TGMALL
New to Amazon

$15.99

Get $50 off instantly: Pay $0.00 $15.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: Green




Size: 3 Lights

3 Lights | 6 Lights | Without Light

- 【Pet Toy Flying Saucer Ball】The night can also be happy to play, by external force when there are colorful lights, press, and catch the ball more coolly.
- 【Two Forms】The flying saucer ball dog toy after pressing a flying saucer, press the yellow circle with the palm of your hand, directly up and down to fit the suction.
- 【Strong Elasticity】Pet flying saucer ball is easy to operate, elastic jump extremely high, plays a variety of ways, and has light changes.
- 【Good Material】Pet toy flying saucer ball is environmentally friendly ABS material, soft rubber material, and not easy to damage.
- 【A Variety of Colors】This pet toy flying saucer is colorful, in diverse styles to meet your preference for color, red, blue, purple, and green four colors corresponding to four luminous models.



$15.99

$3.99 delivery April 21 - May 11. Details

Deliver to Glenview 60026

In Stock

Qty: 30

Add to Cart

Buy Now

Payment    Secure transaction
Ships from  ZLB-QT
Sold by    ZLB-QT
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List



Have one to sell?

Sell on Amazon

## Products related to this item

Sponsored ⓘ

Page 1 of 34



MPUMPS 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Fly...
$18.00 ($18.00/Count)



Wondercide - Flea, Tick & Mosquito Spray for Dogs, Cats, and Home - Flea and Tick K...
★★★★☆ 28,286
$26.99 ($1.69/Fl Oz)
✓prime



TTEDMO Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Flying Saucer Dog Toy ...
$12.99



B-cure Laser Vet Device for Pets: A Home Laser Therapy, Accelerates Healing and Red...
★★★★☆ 66
$599.00 ($599.00/Count)

LELEBEAR Pet Toy Flying Saucer Ball, 6 Color Light Flying Saucer Ball Dog Toy, Defo...
$12.99 ($12.99/Count)



2023 New Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Pet Toy Flying Ball,...
$12.99 ($12.99/Count)

## More from frequently bought brands

Sponsored ⓘ

Page 1 of 2




    

| Nerf Dog Nylon Flyer Dog Toy, Flying Disc, Lightweight, Durable and Water Resistant... | Nerf Dog Rubber Tire Flyer Dog Toy, Flying Disc, Lightweight, Durable, Floats in Wa... | Hyper Pet Flippy Flopper Dog Frisbee Interactive Dog Toys (Flying Disc Dog Fetch To... | KONG - Biscuit Ball - Durable Rubber, Treat Dispensing Toy - for Large Dogs | DLDER Dog Toys for Aggressive Chewers Large Breed,Durable Dog Ring Toy,Tough Rubber... | Outward Hound Nina Ottosson Treat Tumble Blue Interactive Treat-Dispensing Puzzle D... |
|---|---|---|---|---|---|
| ⭐ 3,421 | ⭐ 10,492 | ⭐ 14,105 | ⭐ 790 | ⭐ 1,088 | ⭐ 88,665 |
| $7.44 ✓prime | $8.19 ✓prime | $9.49 ✓prime | $21.97 ✓prime | $14.99 ✓prime | $10.99 ✓prime |

## Product Description

Features:
1.When you step on it, you can trigger the light function
2.Made of environmentally friendly ABS upgraded soft rubber material, it can withstand about 150kg.
3.Strong resistance to impact
4.Two Form Designs
Specifications:
Name: 2023 New Pet Toy Flying Saucer Ball
Material: Increased price ABS material
Weight: 210g
Size: Round: 16*14 cm/6.3*5.5 inch, shape: 23*4.5 cm/9.1*1.8 inch
Color: Red, Blue, Pink, Green, Random Color
Target Audience: Unisex
Package Includes:
1/2pcs* 2023 New Pet Toy Flying Saucer Ball
Note:
1.Due to manual measurement, lighting shooting reasons and the real thing will be slightly different, please understand.
2.If you are not satisfied, please contact me immediately through Amazon!

## Product details

**Date First Available** : March 31, 2023
**Manufacturer** : TGMALL
**ASIN** : B0C13KMW48
**Country of Origin** : China

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 19

Sponsored ⓘ

     

‹ ›

| MPUMPS 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Fly... | 2023 New Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Pet Toy Flying Ball,... | TTEDMO Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Flying Saucer Dog Toy ... | Wondercide - Flea, Tick & Mosquito Spray for Dogs, Cats, and Home - Flea and Tick K... | LELEBEAR Pet Toy Flying Saucer Ball, 6 Color Light Flying Saucer Ball Dog Toy, Defo... | B-cure Laser Vet Device for Pets: A Home Laser Therapy, Accelerates Healing and Red... |
|---|---|---|---|---|---|
| $18.00 ($18.00/Count) | $12.99 ($12.99/Count) | $12.99 | ⭐ 28,286 $26.99 ($1.69/Fl Oz) ✓prime | $12.99 ($12.99/Count) | ⭐ 66 $599.00 ($599.00/Count) |

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |

1 star ▭▭▭▭▭ 0%

˅ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

| Write a customer review |

### 4 stars and above

Sponsored ⓘ

Page 1 of 8

     

| 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Sau... | Nerf Dog Nylon Flyer Dog Toy, Flying Disc, Lightweight, Durable and Water Resistant... | Nerf Dog Rubber Tire Flyer Dog Toy, Flying Disc, Lightweight, Durable, Floats in Wa... | HurriK9 Dog Ring Launcher, Starter Pack Launcher + 3 Standard Rings | Sniffiz SmellyUFO Durable Interactive Treat Dispensing Puzzle/Enrichment... | okegztoa Interactive Squeaky Dog Toys Hide and Seek Activity Plush Sloth Dog Toy, S... |
| ★★★★½ 245 | ★★★★ 3,421 | ★★★★ 10,492 | ★★★★ 1,001 | ★★★★ 1,214 | ★★★★½ 584 |
| $10.99 ✓prime | $7.44 ✓prime | $8.19 ✓prime | $49.99 ✓prime | $32.99 ($32.99/Count) ✓prime  Save 5% with coupon | $24.99 ($24.99/Count) ✓prime |

## Recommended based on your shopping trends

Sponsored

Page 1 of 2

       

| Nerf Dog Rubber Football Dog Toy with Interactive Squeaker, Lightweight, Durable and Water Resistant, 5... | Dog Frisbees Indestructible Dog Toys for Aggressive Chewers,Dog Toys for Medium Dogs,Interacti... | XIGOU Dog Flying Disc, 3 Pack Dog Flyer Dog Toy, Lightweight Flying Disc Dog Fetch Toy for Small, Large Dogs & Puppies... | QDAN Dog Toys Soccer Ball, Interactive Dog Toys for Tug of War, Puppy Birthday Gifts,Dog Tug Toy, Dog... | SuperChewy Tough Flying Disc Toy | Lifetime Replacement Guarantee | Strong Natural Rubber | Great Dog Fetch Toy |... | Nerf Dog 10in Enhanced Translucent TPR Tire Flyer - Blue,Medium Breeds | Nerf Dog 10i Flyer - Orang... |
| ★★★★ 639 | ★★★★ 71 | ★★★★ 5 | ★★★★½ 6,265 | ★★★★½ 1,545 | ★★★★ 10,492 | ★★★★ |
| $9.99 ✓prime | $11.99 ✓prime | $17.99 ✓prime | $16.34 ✓prime | $19.96 ✓prime | $8.99 ✓prime | $9.32 ✓pri |

## Related to items you've viewed    See more

Page 1 of 2

      

| Dlical 2 Pack Dog Frisbees Durable Dog Toys Freestyle FrisbeeDog Flying Disc Nature Rubber Floating Flying Saucer for... | PrimePets Dog Frisbees, 2 Pack, 7 Inch Dog Flying Disc, Durable Dog Toys, Nature Rubber Floatin... | Nerf Dog Nylon Flyer Dog Toy, Flying Disc, Lightweight, Durable and Water Resistant, Great for Beach and... | ChuckIt! Paraflight Flyer Dog Frisbee Toy Floats On Water; Gentle On Dog's Teeth And Gums... | Ultra Durable Flying Disc - Lifetime Replacement Guarantee - Aggressive Chewer Approved - Made in USA - Medium/Larg... | Dog Flying Disc, 3 Pack Dog Flyer Dog Toy, Dog Soft Rubber Interactive Lightweight Flying Disc Dog Toy for Small Larg... | Durable Dog Indestructibl for Aggressive Big Dogs Toy Dogs and Me... |
| ★★★★ 3,421 | ★★★★½ 1,246  Amazon's Choice in Dog Flying Discs | ★★★★ 3,421 | ★★★★½ 18,381  #1 Best Seller in Dog Flying Discs | ★★★★ 2,977 | ★★★½ 405 | ★★½ |
| $11.98 ($5.99/Count)  Get it as soon as Friday, Apr 7  FREE Shipping on orders over $25 shipped by Amazon | $11.99  Get it as soon as Friday, Apr 7  FREE Shipping on orders over $25 shipped by Amazon | $5.71  Get it as soon as Friday, Apr 7  FREE Shipping on orders over $25 shipped by Amazon | $6.48  Get it as soon as Friday, Apr 7  FREE Shipping on orders over $25 shipped by Amazon | $21.95  Get it as soon as Friday, Apr 7  FREE Shipping on orders over $25 shipped by Amazon | $8.99  Get it as soon as Friday, Apr 7  FREE Shipping on orders over $25 shipped by | $13.99 ($13  Get it as soon a  FREE Shipping $25 shipped by |

See personalized recommendations

| Sign in |

New customer? Start here.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| Careers | Sell products on Amazon | | |



1 result for "Flying Saucer"

Sort by: Featured ∨

**Brand**
TGMALL



**2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Saucer, Flying Saucer, Flying Saucer Dog Toy, Pet Flying Saucer Ball, Flying Saucer...**
New to Amazon
$15.99
$3.99 delivery **Apr 21 - May 11**
Options: 3 sizes



The light show



Sponsored ⓘ
**FLYNOVA Flying Orb Ball Toy,Hand Controlled Mini Drone,Boomerang Fidget Spinner,UFO Magic Hover...**
3.9 ★★★★☆ (1,044)
Currently unavailable.



Sponsored ⓘ
**Tikduck Flying Orb Ball Toys Soaring Hover Pro Boomerang Spinner Hand Controlled Mini Drone Globe Shape...**
4.0 ★★★★☆ (4,784)
Currently unavailable.

**Need help?**

Visit the help section or contact us

---

**Customers who viewed items in your browsing history also viewed**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| PrimePets Dog Frisbees, 2 Pack, 7 Inch Dog Flying Disc, Durable Dog Toys, Nature Rubber Floatin... | Nerf Dog Nylon Flyer Dog Toy, Flying Disc, Lightweight, Durable and Water Resistant, Great for Beach and... | ChuckIt! Paraflight Flyer Dog Frisbee Toy Floats On Water; Gentle On Dog's Teeth And Gums... | IMK9 Dog Frisbee Toy - Soft Rubber Disc for Large Dogs - Frisbee for Aggressive Play - Heavy Duty Durable Frisby fo... | SuperChewy Tough Flying Disc Toy | Lifetime Replacement Guarantee | Strong Natural Rubber | Great Dog Fetch Toy |... | Ultra Durable Flying Disc - Lifetime Replacement Guarantee - Aggressive Chewer Approved - Made in USA - Medium/Larg... |
| ★★★★☆ 1,246 | ★★★★☆ 3,421 | ★★★★★ 18,381 | ★★★★☆ 4,687 | ★★★★☆ 1,545 | ★★★★☆ 2,977 |
| **Amazon's Choice** in Dog Flying Discs | | #1 Best Seller in Dog Flying Discs | | | |
| $11.99 | $5.71 | $6.48 | $11.99 ($11.99/Count) | $19.96 ($2.22/Ounce) | $21.95 |
| Get it as soon as **Friday, Apr 7** | Get it as soon as **Friday, Apr 7** | Get it as soon as **Friday, Apr 7** | Get it as soon as **Friday, Apr 7** | Get it as soon as **Friday, Apr 7** | Get it as soon as **Friday, Apr 7** |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon Only 10 left in stock - orde... | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |

---

See personalized recommendations

**Sign in**

 Checkout (**30 items**) 

**1**   **Shipping address**     ▇▇▇▇▇     **Change**
     1851 TOWER DR
     GLENVIEW, IL 60026-7783
     Add delivery instructions

**2**   **Payment method**     Debit ending in ▇▇     **Change**
     Billing address: Same as shipping address.
     ∧ Add a gift card or promotion code or voucher

     [ Enter code ]   [ Apply ]

**3**   **Offers**     **Change**

**4**   **Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items (30): | $479.70 |
| Shipping & handling: | $3.99 |
| Total before tax: | $483.69 |
| Estimated tax to be collected:* | $46.80 |
| **Order total:** | **$530.49** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?



**FREE TRIAL**

▇▇▇▇ we're giving you 30 days of Prime benefits for FREE   [ Try Prime FREE for 30 days > ]

**Estimated delivery: April 21, 2023 - May 11, 2023**
Items shipped from ZLB-QT

**2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Saucer, Flying Saucer Dog Toy, Pet Flying Saucer Ball, Flying Saucer Ball for Dogs**
**$15.99**
[ 30 ]
Sold by: ZLB-QT

Gift options not available

**Choose a delivery option:**
◉ **Friday, April 21 - Thursday, May 11**
   $3.99 - Shipping

**Place your order**   **Order total: $530.49**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon | Deliver to Glenview 60026 | All ▾ | Search Amazon 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Clinic | Customer Service | Amazon Basics | Best Sellers | Prime ▾ | New Releases | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | One Medical | Shop Easter

Discover more-sustainable products | Shop now ▸

‹ Back to results



Roll over image to zoom in

## Stretch Stomp Saucer Ball 9 * 9 * 1.96 inches Weight 10.58 Ounces

Brand: MILLTO

New to Amazon

$29⁹⁹

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Prime Store Card. No annual fee.

| Material | plastic |
| Brand | MILLTO |
| Item Dimensions LxWxH | 9 x 9 x 1.96 inches |

### About this item

- This is a 9 * 9 * 1.96-inch disc-shaped bouncy ball, weighing 10.58 ounces of green, blue, red and no light models, three-light models, six-light models to choose from.
- more fun than the flying saucer cool flying toys, thrown, in mid-air can be transformed into a ball, catch and squeeze will become a flying saucer shape, want to change.
- ABS material, thickened soft rubber, can withstand the weight of 330 pounds, smooth edges will not cut hands, 3C certification, non-toxic, harmless and odorless.
- Exercise body coordination, more responsive, in play can play a role in strengthening the body, each play can bring fun, you can fancy kicking the ball, you can pan ball war, more conducive to physical and mental health, sports and entertainment both.
- After opening the rope first rest 2 hours in play, just open the rope, the ball is oval can not play, hand press the red area variable Frisbee.



$29⁹⁹

FREE delivery **April 26 - May 16**. Details

Deliver to Glenview 60026

**In Stock**

Qty: 30 ▾

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Zshsahha
Sold by | Zshsahha
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

**Add to List**

Have one to sell?

Sell on Amazon

### Similar brands on Amazon

Sponsored ⓘ

TOSY
Shop the Store on Amazon ›



TOSY 36 and 360 LEDs Flying Disc - Extremely Bright, Smart Modes, Auto...
⭐⭐⭐⭐½ 1,217
$49.99 List: $59.99

YearnFor
Shop the Store on Amazon ›



YearnFor-Sport Discs, 2 Pack 10.8 Inch Ultimate Frisbee, Outdoor Game Team...
$19.99

### Products related to this item

Sponsored ⓘ                                                                    Page 1 of 35



NERF Vortex Aero Howler Foam Ball, Classic Long-Distance Football, Flight...
⭐⭐⭐⭐⭐ 3,759
$11.99 ✓prime



Flying Saucer Gun – Interactive Cat & Kids with 6 Frisbees, Flashing Saucer and Spi...
⭐⭐⭐⭐½ 2,943
$11.16 ✓prime



Nerf N-Strike Mega Mastodon Blaster (Amazon Exclusive)
⭐⭐⭐⭐½ 2,943
$55.53 ✓prime



Vinsot 56 Pcs Flying Discs for Kids Bulk Soft Dog Toy Rubber Flying Discs Colorful ...
⭐⭐⭐⭐⭐ 615
$39.99 ($39.99/Count)
✓prime



YOFIT 10 Inch Flying Ring with Assorted Colors, Set of 5
⭐⭐⭐⭐½ 615
$9.99 ✓prime



HAJIMARI Flying Orb Ball - Flying Hover Ball That Returns to You | Levitating Boome...
⭐⭐⭐⭐ 570
$49.99 ✓prime

### Product information

| Product Dimensions | 9 x 9 x 1.96 inches |
|---|---|
| Country of Origin | China |
| ASIN | B0C1L1XKC6 |
| Manufacturer recommended age | 13 years and up |
| Manufacturer | MILLTO |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

## Product Description

This bouncy ball is very suitable for outdoor sports, you can play in the process of enhancing the feelings between each other.

### 4 stars and above

Sponsored ⓘ

     

| Aerobie Orbiter High Performance Boomerang, 11.5 Inches, Orange | Goliath Sports Phlat Ball V3 Solid Red / Blue Bumper,Multi Color | Wave Runner Soft Foam Water Skipping Ball | 2-Pack Bundle | Speed Duo Set Includes ... | Light Up Spinning Tops and Flying Saucer Disc, 12 Individually Wrapped Sets, 36 PCs... | Duncan Intrepid Ultimate Competition Disc, 175g Precision Weighted Flying Disc,... | LovesTown 24 PCS Assorted Stress Balls, Stress Relief Balls PU Squeeze Balls Relief... |
|---|---|---|---|---|---|
| ⭐ 331 | ⭐ 3,017 | ⭐ 971 | ⭐ 97 | ⭐ 108 | ⭐ 434 |
| $10.64 ✓prime | $16.41 ✓prime | $14.99 ✓prime | $23.99 ✓prime | $10.99 ✓prime | $16.99 ✓prime |

## What's in the box

- NO

### Products related to this item

Sponsored ⓘ

     

| Flying Saucer Gun – Interactive Cat & Kids with 6 Frisbees, Flashing Saucer and Spi... | NERF Vortex Aero Howler Foam Ball, Classic Long-Distance Football, Flight... | YOFIT 10 Inch Flying Ring with Assorted Colors, Set of 5 | Nerf N-Strike Mega Mastodon Blaster (Amazon Exclusive) | Vinsot 56 Pcs Flying Discs for Kids Bulk Soft Dog Toy Rubber Flying Discs Colorful ... | Qrooper Kids Toys Toss and Catch Game Set, Ball Sports Games with 4 Paddles 4 Balls... |
|---|---|---|---|---|---|
| | | ⭐ 615 | ⭐ 2,943 | ⭐ 3 | ⭐ 3,338 |
| $11.16 ✓prime | ⭐ 3,759 | $9.99 ✓prime | $55.53 ✓prime | $39.99 ($39.99/Count) | #1 Best Seller |
| | $11.99 ✓prime | | | ✓prime | $26.99 ✓prime |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▼ How customer reviews and ratings work

---

### Review this product
Share your thoughts with other customers

[ Write a customer review ]

---

## Recommended based on your shopping trends

Sponsored

Page 1 of 2

        

**HHD X-Com Ultimate Disc 175 Gram Flying Disc USA Ultimate Championship Level of WFDF and USAU Disc,**
★★★★☆ 674
$14.99 ✓prime

**PlamPlam Variable Light 4 Colors 108 LEDs Light up Flying Disc Rechargeable Auto Gravity Induction Golf**
★★★★★ 9
$39.99 ✓prime

**Friction Gloves - Ultimate Frisbee Gloves - Rubberized Palm & Fingers for Amazing Grip in All Conditions -**
★★★★☆ 351
$28.99 ✓prime

**YOFIT 10 Inch Flying Ring with Assorted Colors, Set of 5**
★★★★☆ 615
$9.99 ✓prime

**yikundiscs Yikun PDGA Approved Disc Golf|Mid Range|170-175g|Overstable or Understable Mid-Range**
★★★★★ 34
$19.99 ✓prime

**IMK9 Dog Frisbee Toy - Soft Rubber Disc for Large Dogs - Frizbee for Aggressive Play – Heavy Duty Durable Frisby for**
★★★★☆ 4,688
$11.99 ✓prime

**TOSY 36 and Flying Disc - Bright, Smart Auto Light U Rechargeable**
★★★★☆ 
$49.99 ✓prime

### Customers who searched for "frisbee" ultimately bought
Page 1 of 2

     

**Discraft 175 gram Ultra Star Sport Disc**
★★★★★ 16,189
`Amazon's Choice` in Flying Discs
$10.47
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**Franklin Sports Flying Disc - Sport Disc for Beach, Backyard, Lawn, Park, Camping and More - Great for All Ages**
★★★★☆ 901
$9.99
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**Aerobie Pro Ring Outdoor Flying Disc, 14 inches, Orange**
★★★★☆ 2,610
$10.78
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**ChuckIt! Paraflight Flyer Dog Frisbee Toy Floats On Water; Gentle On Dog's Teeth and Gums...**
★★★★☆ 18,410
`#1 Best Seller` in Dog Flying Discs
$6.48
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**Champion Sports Competition Flying Discs - Available in Multiple Colors and Sizes**
★★★★☆ 1,045
$4.99
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**Activ Life Kid's Flying Rings [2 Pack] They Fly Straight & Don't Hurt! 80% Lighter Than...**
★★★★☆ 20,310
`#1 Best Seller` in Ultimate Disc Equipment
$14.99
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

**KONG Flyer - Rubber Dog Toy - for Larg**
★★★★☆ 
$11.99
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

---

See personalized recommendations

[ Sign in ]

New customer? Start here.

---

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help



amazon

🌐 English    🇺🇸 United States



1 result for "frisbee"

Sort by: Featured ▾



**TOSY Flying Discs - Indoor Outdoor Fun**

Shop TOSY ›





TOSY 36 and 360 LEDs Flying Disc - Extremely Bright, Smart Modes, Auto Light Up, Recharge...

★★★★½ 1,217

✓prime

TOSY 36 and 360 LEDs Flying Disc - Extremely Bright, Smart Modes, Auto Light Up, Recharge...

★★★★½ 1,217

✓prime

Sponsored ⓘ

## Results



**Stretch Stomp Saucer Ball 9 * 9 * 1.96 inches Weight 10.58 Ounces**

New to Amazon

$29⁹⁹

FREE delivery **Apr 26 - May 16**

Ages: 13 years and up





Sponsored ⓘ

**TOSY 36 and 360 LEDs Flying Disc - Extremely Bright, Smart Modes, Auto Light Up, Rechargeable, Perfect...**

4.5 ★★★★½ ⌄ (1,217)

10K+ bought in past month

$49⁹⁹ - $79⁹⁹





Sponsored ⓘ

**Kan Jam Original Disc Toss Game - American Made Outdoor Game for The Backyard, Beach, Park, Tailgate...**

4.7 ★★★★½ ⌄ (12,055)

1K+ bought in past month

$16⁷¹ - $48⁸⁸

## BRANDS RELATED TO YOUR SEARCH

Sponsored ⓘ



**TOSY**

TOSY Flying Discs - Indoor Outdoor Fun

Shop TOSY ›



**KAN JAM**

Hey, It's Frisbee Season!

Shop Kan Jam ›

### Need help?

Visit the help section or contact us

---

## Products related to this search

Sponsored

Page 1 of 2

 **Checkout (30 items)** 



| | |
|---|---|
| **1  Shipping address** | Change |
| | 1851 TOWER DR |
| | GLENVIEW, IL 60026-7783 |
| | Add delivery instructions |

**2  Payment method**    Change
Debit ending in
Billing address: Same as shipping address.
∧ Add a gift card or promotion code or voucher
[ Enter code ]  [ Apply ]

**3  Offers**    Change

**4  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**FREE TRIAL**
we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days  › ]

**Estimated delivery: April 26, 2023 - May 16, 2023**
Items shipped from Zshsahha

Stretch Stomp Saucer Ball 9 * 9 * 1.96 inches Weight 10.58 Ounces
MILLTO
**$29.99**
[ 30 ]
Sold by: Zshsahha

**Choose a delivery option:**
◉ **Wednesday, April 26 - Tuesday, May 16**
FREE Shipping

Gift options not available

[ **Place your order** ]
**Order total: $987.30**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

[ **Place your order** ]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (30): | $899.70 |
| Shipping & handling: | $0.00 |
| Total before tax: | $899.70 |
| Estimated tax to be collected:* | $87.60 |
| **Order total:** | **$987.30** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



**amazon**   Deliver to Glenview 60026   All ▾ | Flying Saucer Rolling Balls   🔍   🇺🇸 EN ▾   Hello, sign in Account & Lists ▾   Returns & Orders   🛒 0

☰ All   Customer Service   Amazon Basics   Best Sellers   Prime ▾   New Releases   Today's Deals   Music   Books   Registry   Fashion   Amazon Home   One Medical   Gift Cards   **Shop Easter**

Pet Supplies   Pet Profiles ▾   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips   Subscribe & Save   Veterinary Diets

LOOBANI Dog Outdoor Bungee Hanging Toy, Interactive Tether Tug Toy for Pitbull & Small to Large Dogs to Exercise & Solo Play, Durable Tugger for Tug of War, with Chew Rope Toy   ★★★★☆ 4,279   $29.99 ✓prime   Save 5% with coupon   Sponsored ⓘ

‹ Back to results



Roll over image to zoom in

### Beercaar Pet Toy Flying Saucer Ball, Owowpet Pet Toy Flying Saucer Ball, Interactive Rolling Dog Ball, Moiasun Dog Toy, Owow Pet Toy Flying Saucer Ball, Magic Flying Saucer Ball (Red+Pink, 6 Lights)

Brand: Generic
New to Amazon

-74% **$5**02
Median price: $19.00 ⓘ

Get $60 off instantly: Pay $0.00 $5.02 upon approval for the Amazon Prime Store Card. No annual fee.

**Color:** Red+Pink ⌃

| | | | |
|---|---|---|---|
| $5.02 | $9.19 | $15.97 | $6.22 |
| $13.90 | $9.99 | $9.68 | $9.99 |
| $15.99 | | | |

**Size:** 6 lights ⌃

| 6 lights | 3 lights | No light |

- 🐾 Owowpet Flying Saucer, Made of durable, safe materials that can withstand the toughest chews. With its built-in vents, this toy provides a secure and comfortable grip for your pet, allowing them to grab, toss and carry with ease.
- 🐾 Two forms, this stomp ball after pressing he is a flying saucer, press the yellow circle with the palm of your hand, directly up and down to fit the suction, free to switch. Owowpet Jumping Ball
- 🐾 The ball also comes with a flashing light, adding an extra element of fun and excitement to playtime. The light is activated by motion, so every time your pet interacts with the toy, it lights up and grabs their attention.Owowpet Flying Ball
- 🐾 Whether your pet likes to play indoors or outdoors, it's the perfect toy for any occasion. Its versatile design allows it to be used as a Frisbee for long catch games or a ball for interactive playtime.
- 🐾 The design of concave-convex texture not only has visual impact, but also conforms to the principle of anti-slip. Lighting Design. You can step on the flying butterfly easily, carry it, and take it away.



$5 02

$26.88 delivery **April 13 - 19**. Details

📍 Deliver to Glenview 60026

**In Stock**

Qty: 5 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   Merry Christmas
Sold by   Merry Christmas

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt ▾

[ Add to List ]

New (5) from
**$11**89 & FREE Shipping ›

**Other Sellers on Amazon**

$11.89   [ Add to Cart ]
& FREE Shipping
Sold by: ZHUOJUSHANGMAO

$13.00   [ Add to Cart ]
& FREE Shipping
Sold by: 侵权联系立马下架

$14.50   [ Add to Cart ]
& FREE Shipping
Sold by: Baqisiyi

Have one to sell?
[ Sell on Amazon ]



Best Pet Supplies 2-in-1 Stuffless Squeaky Dog Toys with Soft, Durabl...
★★★★☆ 26,666
$5 84 ✓prime

Sponsored ⓘ



Benebone Fishbone Durable Dog Chew Toy for Aggressive Chewers...
★★★★☆ 5,180
$10.88 ✓prime

Sponsored ⓘ

**Buy it with**



**Total price:** $42.83

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Beercaar Pet Toy Flying Saucer Ball, Owowpet Pet Toy Flying Saucer Ball, Interactive Rolling Dog Ball, Moi…          $11.89
☑ SuperChewy Tough Chew Stick Fetch Toy | Lifetime Replacement Guarantee | Strong Natural Rubber | Smear Treats …          $15.96 ($1.14/Ounce)
☑ DLDER Indestructible dog balls, Solid Rubber Bouncy Balls for Dogs Aggressive Chewers,100% Safe & Non-Toxic, Flo…          $14.98

## Products related to this item

Sponsored ⓘ                                                                                                                    Page 1 of 41

     

| MPUMPS 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Fly… | 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Sau… | 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Sau… | Mcftvun New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying … | 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Flying Saucer … | 2023 New Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy, Pet Toy Flying Ball,… |
|---|---|---|---|---|---|
| $20.99 ($20.99/Count) | $10.62 ($10.62/Count) | ⭐⭐⭐⭐⭐ 3 #1 New Release $16.99 ($16.99/Count) | $9.59 ($9.59/Count) Save 6% with coupon | $9.71 ($9.71/Count) | $10.99 ($10.99/Count) |

## 4 stars and above

Sponsored ⓘ                                                                                                                    Page 1 of 26

     

| Hcomine Pet Toy Flying Saucer Ball, New Flying Saucer Ball Dog Toy, Flying Saucer B… | 【2023 Newest】 Interactive Dog Toy Ball with Remote Control and LED Flash Light, Rech… | Qesonoo Dog Balls Indestructible,Solid Rubber Bouncy for Dogs Aggressive Chewers La… | Dog Squeaky Toys, Nearly Indestructible Tough Durable Dog Chewing Toys, Dog… | SuperChewy Tough Dog Cage Ball Toy | Lifetime Replacement Guarantee | Strong Natura… | YOXOZO Tennis Ball for Dog, Rubber Floating Squeaky Balls, Interactive Fetching… |
|---|---|---|---|---|---|
| ⭐⭐⭐⭐½ 209 $10.99 Save 10% with coupon | ⭐⭐⭐⭐½ 108 Limited time deal $33.99 ($33.99/Count) ✓prime Save 5% with coupon List: $41.99 (19% off) | ⭐⭐⭐⭐½ 321 $11.99 ✓prime | ⭐⭐⭐⭐ 427 $15.99 ($15.99/Count) ✓prime Save $3.00 with coupon | ⭐⭐⭐⭐ 1,565 $19.96 ($2.35/Ounce) ✓prime | ⭐⭐⭐⭐ 173 $11.99 ($11.99/Count) ✓prime |

## Product Description

🐾 🍴 Specification 🍴 🐾

Material: Plastic

Function: Flash

Product Package:

Pet Toy Flying Saucer Ball × 1/2 🐾 🍴

Notes:

1. Due to manual measurements, please allow slight measurement deviations.

2. Due to the different display and lighting effects, the actual color of the item may be slightly different from the color displayed in the picture.

## Product details

**Department :** Unisex-adult
**Date First Available :** March 28, 2023
**Manufacturer :** Generic
**ASIN :** B0BZS6VJ2J
**Best Sellers Rank:** #8,661 in Pet Supplies (See Top 100 in Pet Supplies)
    #127 in Dog Toy Balls

# Videos

Help others learn more about this product by uploading a video!

Upload your video

**Products related to this item**

Sponsored ⓘ

Page 1 of 24

     

MPUMPS 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Fly...
$20.99 ($20.99/Count)

2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Sau...
$10.62 ($10.62/Count)

2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Sau...

#1 New Release
$16.99 ($16.99/Count)

TTEDMO Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Flying Saucer Dog Toy ...
★★★★★ 3
$10.99 ($10.99/Count)

Mcftvun New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying ...
$9.98 ($9.98/Count)

Pet Toy Flying Saucer Ball, Pet Toys Toy for Magic Flying Saucer...
$10.99 ($10.99/Count)



---

ⓑ Benebone

Benebone Fishbone Durable Dog Chew Toy for Aggressive Chewers, Real Fish, Made in USA, Small
★★★★☆ 5,180
$10⁸⁸ ✓prime

Sponsored ⓘ

**Similar brands on Amazon**

Sponsored ⓘ

Page 1 of 2

Kubatis
Shop the Store on Amazon ›




Kubatis Dog Toys Balls, Interactive Dog Toys, Dog Puzzle Treat Dispensing Dog...
★★★★☆ 311
$19.90

Belobill
Shop the Store on Amazon ›



Belobill Interactive Dog Ball Toys with Remote Control, LED Lights, Made of...
★★★★☆ 173
$39.99

---

# Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

▲
0
votes
▼

**Question:** What is the diameter of the ball

**Answer:** When you squish it, it's 25 centimeters and the diameter of the ball is 18 centimeters
By A shop that sells only fine go…  SELLER  on April 4, 2023

⌄ See more answers (1)

---

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review


Sponsored ⓘ

## Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

Page 1 of 13

    

| | | | | | |
|---|---|---|---|---|---|
| 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Toy Flying Sau... | 2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Flying Saucer ... | 【2023 Newest】Interactive Dog Toy Ball with Remote Control and LED Flash Light, Rech... | Hisim Interactive Dog Toy Ball with Remote Control, LED Lights, Made of Natural Rub... | PetDroid Interactive Dog Ball Toys,Durable Motion Activated Automatic Rolling Ball ... | TTEDMO Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Flying Saucer Dog Toy ... |
| ★★★★★ 3 | $9.71 ($9.71/Count) | ★★★★½ 108 | ★★★★☆ 169 | ★★★★☆ 352 | $12.99 |
| #1 New Release | | Limited time deal | $39.99 ($39.99/Count) | $25.00 ($25.00/Count) | |
| $16.99 ($16.99/Count) | | $33.99 ($33.99/Count) | ✓prime | ✓prime | |
| | | ✓prime | | Save 10% with coupon | |
| | | Save 5% with coupon | | | |
| | | List: $41.99 (19% off) | | | |



      Best Pet Supplies 2-in-1 Stuffless Squeaky Dog Toys...
★★★★½ 26,666
$5.84 ✓prime      

Sponsored ⓘ

## Recommended based on your shopping trends

Sponsored ⓘ

Page 1 of 4

     

| | | | | | |
|---|---|---|---|---|---|
| Tikaton Indestructible Dog Chew Toys for Aggressive Chewers, Beef Flavor Durable Dog Teething Chew Toys | Keeyteek 2PCS Dog Toys for Aggressive Chewers, Durable Nylon Bones for Dogs, Dog Teething Toys with Bacon Flavor for... | Dog Squeaky Toys, Nearly Indestructible Tough Durable Dog Chewing Toys, Dog Chew Toys for Aggressive | Tough Dog Toys for Aggressive Chewers Large Breed, Dog Chew Toys, Dog Bone for Aggressive chewers,... | PETSTA Dog Chew Toys 2 Pcs, Indestructible Dog Toys for Aggressive Chewers, Tough Dog Toys for Large Dogs,... | MAGVIILA Dog Bones for Aggressive Chewers Durable Teething Chew Toys for Large Medium Large Breed Dogs Puppy |
| ★★★★½ 15,409 | ★★★★½ | ★★★★☆ 427 | ★★★★½ 25 | ★★★★☆ | ★★★★½ 4 |
| $13.99 ✓prime | $19.99 ✓prime | $15.99 ✓prime | $11.99 ✓prime | $21.99 ✓prime | $19.99 ✓prime |

### Inspired by your browsing history

Page 1 of 4

    

| | | | | |
|---|---|---|---|---|
| Foxtail Softie - Soft Safe Throw and Catch Ball - Original Toddler-Safe Toy by Cassidy Labs (Ages 3+) | Colorful Inflatable Ball Expandable Magic Ball Large Expansion Ball... | Baby Cow Musical Toys - 2023 New Musical Duck/Cow Toy, Baby Preschool Educational Learning Toy w/ Led... | LCD Writing Tablet,Doodle Board 10 Inch Colorful Drawing Board Drawing... | Chefic Flying Orb Ball, 2022 Upgraded Flying Ball Toy, 360°Rotating Boomerang Hover Ball, Magic LED Light Flying... | (138pcs) Car Track Set Race Track Toys for Boys Kids Toy Birthday Gifts with LED Light-Up Race Car,Flexible Changeabl... |
| ★★★★½ 302 | ★★★★☆ 143 | ★★★☆☆ 44 | ★★★★½ 175 | ★★★★☆ 229 | ★★★★½ 140 |
| $18.75 | Save 7% | $15.97 | Amazon's Choice in Kids' Doodle & Scribbler Boards | $32.00 | $34.99 |
| Get it as soon as **Tuesday, Apr 11** | $13.28 | Get it as soon as **Tuesday, Apr 11** | $11.99 | Get it as soon as **Tuesday, Apr 11** | Get it as soon as **Tuesday, Apr 11** |
| FREE Shipping on orders over $25 shipped by Amazon | Median: $14.28 Lowest price in 30 days | $5.97 shipping | Get it as soon as **Tuesday, Apr 11** | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| | Get it as soon as **Tuesday, Apr 11** | | FREE Shipping on orders over $25 shipped by Amazon | | |
| | FREE Shipping on orders over $25 shipped by Amazon | | | | |

See personalized recommendations

[ **Sign in** ]

New customer? Start here.



amazon

Deliver to Glenview 60026

Merry Christmas ▾ | Search Amazon

EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Customer Service | Amazon Basics | Best Sellers | Prime ▾ | New Releases | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | One Medical | Gift Cards

2 results     Sort by: Featured ▾

**Brand**
CAJOLI
Generic

Benebone

Benebone Fishbone Durable Dog Chew Toy for Aggressive...
★★★★☆ 5,180
$10.88 ✓prime
Shop now

Sponsored ⓘ

## Results

CAJOLI Pet Toys Dog Toys Strange Magic Flying Saucer Ball Magic Decompression Deformation Foot Stomp Light-Emitting Venting Stomp...
New to Amazon
700+ bought in past month
$4.99 ($4.99/Count) $9.39
$6.88 delivery Apr 13 - 19

Beercaar Pet Toy Flying Saucer Ball, Owowpet Pet Toy Flying Saucer Ball, Interactive Rolling Dog Ball, Moiasun Dog Toy, Owow Pet Toy Flying Sauce...
New to Amazon
$5.02 $19.00
$6.88 delivery Apr 13 - 19
Options: 3 sizes

### Need help?
Visit the help section or contact us

Benebone | Benebone Fishbone Durable Dog Chew Toy for...
★★★★☆ 5,180
$10.88 ✓prime

Sponsored ⓘ

## Recommended based on your browsing history
Sponsored ⓘ

     

Page 1 of 4

Tikaton Indestructible Dog Chew Toys for Aggressive Chewers, Beef Flavor Durable Dog Teething Chew Toys
★★★★☆ 15,409
$13.99 ✓prime

Afreschi Turkey Tendon Dog Treats for Signature Series, All Natural Human Grade Dog Chew, Ingredient Sourced from
★★★★☆ 22,400
$14.99 ✓prime

Dog Squeaky Toys, Nearly Indestructible Tough Durable Dog Chewing Toys, Dog Chew Toys for Aggressive
★★★★☆ 427
$15.99 ✓prime

Keeyteek 2PCS Dog Toys for Aggressive Chewers, Durable Nylon Bones for Dogs, Dog Teething Toys with Bacon Flavor for
$19.99 ✓prime

2023 New Pet Toy Flying Saucer Ball,Dog Flying Ball,Flying Saucer Dog Toy (Blue,Without
$10.99

TTEDMO Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Flying Saucer Dog Toy (Blue,3 Light Models)
$12.99

## Inspired by your browsing history

Page 1 of 5



Foxtail Softie - Soft Safe Throw and Catch Ball - Original Toddler-Safe Toy by Cassidy Labs (Ages 3+)
★★★★☆ 302
$18.75
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

Colorful Inflatable Ball Expandable Magic Ball Large Expansion Ball...
★★★★☆ 143
**Save 7%**
$13.28
Median: $14.28
Lowest price in 30 days
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

Baby Cow Musical Toys - 2023 New Musical Duck/Cow Toy, Baby Preschool Educational Learning Toy w/ Light...
★★★☆☆ 44
$15.97
Get it Apr 17 - 27
$5.97 shipping

Dog Toys for Aggressive Chewers-Dog Chew Toy/Large Dog Toys/Tough Dog...
★★★★☆ 1,001
Amazon's Choice in Dog Chew Toys
$12.99 ($12.99/Count)
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

LCD Writing Tablet,Doodle Board 10 Inch Colorful Drawing Board Drawing...
★★★★☆ 175
Amazon's Choice in Kids' Doodle & Scribbler Boards
$11.99
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

Pur Luv K9 Kabob Real Chicken, Duck, and Sweet Potato Dog...
★★★★☆ 3,979
Amazon's Choice in Dog Treat Cookies, Biscuits & Snacks
**34% off** Deal
$8.58
List: $12.99
Get it as soon as Tuesday, Apr 11
FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

# amazon

## Checkout (5 items) 

| | | |
|---|---|---|
| 1 | **Shipping address** | **Change** |

■
1851 TOWER DR
GLENVIEW, IL 60026-7783
Add delivery instructions

| 2 | **Payment method** | **Change** |
|---|---|---|

JCB ending in ■
Billing address: Same as shipping address.
∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

| 3 | **Offers** | **Change** |
|---|---|---|

| 4 | **Review items and shipping** | |
|---|---|---|



**FREE TRIAL**

■ we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days › ]

**Estimated delivery: April 13, 2023 - April 19, 2023**
Items shipped from Merry Christmas

**Beercaar Pet Toy Flying Saucer Ball, Owowpet Pet Toy Flying Saucer Ball, Interactive Rolling Dog Ball, Moiasun Dog Toy, Owow Pet Toy Flying Saucer Ball, Magic Flying Saucer Ball (Red+Pink, 6 Lights)**
$5.02
Qty: 5 ∨
Sold by: Merry Christmas

**Choose a delivery option:**
◉ **Thursday, April 13 - Wednesday, April 19**
$26.88 - Shipping

Gift options not available

---

[ **Place your order** ]   **Order total: $54.43**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items (5): | $25.10 |
| Shipping & handling: | $26.88 |
| Total before tax: | $51.98 |
| Estimated tax to be collected:* | $2.45 |
| **Order total:** | **$54.43** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





Roll over image to zoom in

     

## BODBOX Dog Toys Pet Toys New Pet Toy Flying Saucer Ball Magic Flying Saucer Ball Flying 2 Forms Flying Saucer Toy Freely Switch Pet Flying Saucer Ball Flying Saucer Ball for Dogs (Purple, no Lights)

**Brand: BODBOX**

**$9.99** ($9.99 / Count)

Get $60 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Prime Store Card. No annual fee.

Color: **purple**



| $9.99 ($9.99 / Count) | $35.99 ($35.99 / Count) | $9.99 ($9.99 / Count) | $9.99 ($9.99 / Count) |

$9.99 ($9.99 / Count)

Pattern Name: **no lights**

| no lights | 3 lights | 6 lights |

| **Pet toy type** | Ball |
| **Target Species** | Dog |
| **Theme** | Animals |
| **Breed Recommendation** | All Breed Sizes |
| **Brand** | BODBOX |

### About this item

- 【Qualitative Material】This new pet toy saucer ball is made of environmentally friendly material.The material is kind of soft resilient plastic and not easy to be damaged.
- 【Two Forms】Our magic flying ball can be switched into another mode when pressing the yellow circle.When you press the circle,the ball can be freely changed directly up and down to fit the suction.Meanwhile when the ball is pressed to the bottom, it will bounce up and become a ball in short time.
- 【Light Sensing】This flying saucer ball dog toy has a light sensing function, so you can have a great time playing at night.when the ball subjected to external force, the color light will occur.
- 【Strong Elasticity】The pet flying saucer ball is easy to operate.It has good elasticity and can jump very high.The ball is flexible and can be played in many different ways.
- 【Multiple Colors】This magtic flying saucer ball comes in a variety of colors to meet your different needs.Four color for you to choose,blue,red,purple and green.

**$9.99** ($9.99 / Count)

FREE delivery **May 2 - 22**. Details

Or fastest delivery **April 13 - 14**. Details

Deliver to Glenview 60026

**In Stock**

Qty: 30

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | |
| Sold by | |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

**Add to List**

Have one to sell?

**Sell on Amazon**

## Product Description

Dog Toys Pet Toys New Pet Toy Flying Saucer Ball Magic Flying Saucer Ball Flying 2 Forms Flying Saucer Toy Freely Switch Pet Flying Saucer Ball Flying Saucer Ball for Dogs

## Product details

**Product Dimensions** : 6.3 x 6.3 x 1.8 inches

**Item model number** : FDQ-067

**Date First Available** : April 10, 2023

**Manufacturer** : BODBOX

**ASIN** : B0C232VDB6

**Country of Origin** : China

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

ˇ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Recommended based on your shopping trends

Sponsored

Page 1 of 2





ZIKATON Dog Squeaky Toys for Aggressive Chewers, Durable Dog Chew Toys for Large Medium Breed Dog, D...

⭐ 1,765

$13.99 ✓prime



XIGOU Dog Flying Disc, 3 Pack Dog Flyer Dog Toy, Lightweight Flying Disc Dog Fetch Toy for Small, Large Dogs & Puppies...

⭐ 6

$17.99 ✓prime

Nerf Dog Nylon Flyer Dog Toy, Flying Disc, Lightweight, Durable and Water Resistant, Great for Beach and P...

⭐ 3,444

$5.49 ✓prime



Nerf Dog 10in Atomic Flyer - Orange

⭐ 1,237

$9.99 ✓prime



Nerf Dog 10in Enhanced Translucent TPR Tire Flyer - Blue

⭐ 10,528

$8.99 ✓prime



XIGOU Dog Flying Disc, 3 Pcs Competition Dog Flyer Dog Toy, Soft Dog Flying Discs Indestructible Rubber...

⭐ 39

$16.99 ✓prime



XIGOU Dog Flyer Pack Dog Fly Dog Soft Rul Interactive Fl Dog Toy for S

⭐

$10.69 ✓prime

Inspired by your browsing history

Page 1 of 5



1 result for "Flying Saucer"

Sort by: Featured ⌄

**Brand**
BODBOX

## Results



BODBOX Dog Toys Pet Toys New Pet Toy Flying Saucer Ball Magic Flying Saucer Ball Flying 2 Forms Flying Saucer Toy Freely Switch Pet Flying Sauc...
$9.99 ($9.99/Count)
FREE delivery **May 2 - 22**
Or fastest delivery **Apr 13 - 14**




Sponsored ⓘ
Tikduck Flying Orb Ball Toys Soaring Hover Pro Boomerang Spinner Hand Controlled Mini Drone Globe Shape...
4.0 ★★★★☆ (4,867)
3K+ bought in past month
Currently unavailable.




Sponsored ⓘ
Tikduck Flying Orb Ball Toys Soaring Hover Pro Boomerang Spinner Hand Controlled Mini Drone Globe Shape...
4.0 ★★★★☆ (4,867)
3K+ bought in past month
Currently unavailable.

**Need help?**

Visit the help section or contact us



**Recommended based on your browsing history**

Page 1 of 2

Sponsored

3 Pack Octopus Dog Squeaky Toys with Crinkle Paper- No Stuffing Dog Chew Toy for Puppy Teething- S...
★★★★★ 1
$17.49 ✓prime

ZippyPaws - Rope Gliderz Durable Outdoor Dog Toy Flying Disc - Blue
★★★★☆ 1,502
$8.99 ✓prime

Dog Heartbeat Toy for Puppy Anxiety Relief, Heartbeat Stuffed Animal Heartbeat Plush Toy for Small, Medium...
★★★★☆ 614
$23.89 ✓prime

2 Pack Squeaky Dog Toys,Dog Chew Toys for Puppy, Small, Middle and Big Dogs, Dog Plush Toys for Aggressive Ch...
$11.99 ✓prime

Uninke Dog Chew Toy for Aggressive Chewers, Dog Squeak Toys, Dog Chewing Toys for Medium Large Breed,B...
★★★★☆ 67
$11.99 ✓prime

Squeaky Dog Toys Latex Rubber Puppy Chew Toy with Squeaker 3 Pcak Cute Funny Sound Pet Toys for Small Puppies...
$10.99 ✓prime

Puppy Toys Medium Dog Chew To Puppies Pet Toys for Clea...
$12.99 ✓prim

**Inspired by your browsing history**

Page 1 of 5

 **Checkout (30 items)**                                    

**1  Shipping address**                          ███████          Change
                                                 1851 TOWER DR
                                                 GLENVIEW, IL 60026-7783
                                                 Add delivery instructions

**2  Payment method**      Debit ending in ███   Change
                           Billing address: Same as shipping address.
                           ∧ Add a gift card or promotion code or voucher
                           [ Enter code ]  [ Apply ]

**3  Offers**                                                     Change

**4  Review items and shipping**

┌─────────────────────────────────────────────────────────────┐
│ ⓘ **Want to save time on your next order and go directly to this step when checking out?** │
│   ☐ Default to this delivery address and payment method.      │
└─────────────────────────────────────────────────────────────┘



┌─────────────────────────────────────────────────────────────┐
│ **FREE TRIAL**                                                │
│ ███ we're giving you 30 days of Prime benefits for FREE  [ Try Prime FREE for 30 days › ] │
└─────────────────────────────────────────────────────────────┘

**Estimated delivery: May 2, 2023 - May 22, 2023**
Items shipped from 稳

**BODBOX Dog Toys Pet Toys New Pet Toy Flying Saucer Ball Magic Flying Saucer Ball Flying 2 Forms Flying Saucer Toy Freely Switch Pet Flying Saucer Ball Flying Saucer Ball for Dogs (Purple, no Lights)**
$9.99
[ 30 ]
Sold by: 稳

Gift options not available

Choose a delivery option:
◉ **Tuesday, May 2 - Monday, May 22**
   FREE Shipping
○ **Thursday, April 13 - Friday, April 14**
   $8.99 - Shipping

[ **Place your order** ]  **Order total: $328.80**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Sidebar:**

[ **Place your order** ]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items (30): | $299.70 |
| Shipping & handling: | $0.00 |
| Total before tax: | $299.70 |
| Estimated tax to be collected:* | $29.10 |

**Order total:**                    **$328.80**

How are shipping costs calculated?

← Back to results



Two ways to play: ball and frisbee

Roll over image to zoom in

## Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Flying Saucer Dog Toy (Green,Without Lights)

Brand: SPGBK

New to Amazon

$9⁹⁹ ($9.99 / Count)

Get $50 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Green**

   

**Size: without lights**

| 3 Lights | 6 lights | without lights |

| Brand | SPGBK |
| Color | Green |
| Unit Count | 1.00 Count |

### About this item

- ⚙[Multiple Plays] After pressing the magic ball, it will emit six colors of light, no longer a simple magic ball, but a flying saucer ball that can be picked up by your pet and restored to its original state in a few seconds. It can also be magic ball football, your pet will love this ball, or you can throw sandbags with friends.
- ⚙[Kinetic lighting] This stomp ball is cool kinetic, lighting sensing, night can also be happy to play, by external force when there are colorful lights, press, and catch the ball more cool.
- ⚙[Dog Favourites] When you are not at home, dogs can play flying orb balls to increase exercise and prevent boredom, playing for one or two hours at a time. You can also turn the magic ball into a flying saucer and interact with the dog.
- ⚙[Two Forms] This stomp ball is a flying saucer when pressed. Press the yellow circle with the palm of your hand, directly fitting the suction up and down, and in a few seconds it becomes a ball, which can be freely switched
- ⚙[A variety of colors] This stomp ball has colorful, diverse styles to meet your preference for color, red, blue, purple, green four colors corresponding to four luminous models.



$9⁹⁹ ($9.99 / Count)

FREE delivery **April 24 - May 12.** Details

Deliver to Glenview 60026

**In Stock**

Qty: 30

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | 跟卖必死(7-15 days delivery) |
| Sold by | 跟卖必死(7-15 days delivery) |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

### Products related to this item

Sponsored ⓘ

Page 1 of 2



XGBYR Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pop Up Ball for Dogs,...
$14.98 ($14.98/Count)



XGBYR Pet Toy Flying Saucer Ball, Pop Up Ball for Dogs, Flying Saucer Dog Toy (With...
$12.98

2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Flying Saucer ...
$9.71 ($9.71/Count)



2023 New Pet Toy Flying Saucer Ball Dog Toy, Pet Flying Saucer ...
$9.71 ($9.71/Count)



2023 New Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Pet Toy Flying Ball,...
$10.99 ($10.99/Count)



Outward Hound Nina Ottosson Dog Twister Interactive Treat Puzzle Dog Toy, Advanced
★★★★☆ 19,356
$17.29 ✓prime

### Product Description

Specification
Material: Plastic
Function: Flash
Color: Red, Blue, Purple, Green

Product Package:
1/3 x Pet Toy Flying Saucer Ball

Notes:

1. Due to manual measurements, please allow slight measurement deviations.
2. Due to the different display and lighting effects, the actual color of the item may be slightly different from the color displayed in the picture.

## Product details

**Date First Available** : March 31, 2023

**Manufacturer** : SPGBK

**ASIN** : B0C1BTY9CT

**Country of Origin** : China

# Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Sponsored

Page 1 of 2








XGBYR Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pop Up Ball for Dogs,...
$14.98 ($14.98/Count)

XGBYR Pet Toy Flying Saucer Ball, Pop Up Ball for Dogs, Flying Saucer Dog Toy (With...
$12.98

2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Flying Saucer ...
$9.71 ($9.71/Count)

2023 New Pet Toy Flying Saucer Ball, Flying Saucer Ball Dog Toy, Pet Flying Saucer ...
$9.71 ($9.71/Count)

Outward Hound Nina Ottosson Dog Twister Interactive Treat Puzzle Dog Toy, Advanced
★★★★☆ 19,356
$17.29 ✓prime

2023 New Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Pet Toy Flying Ball,...
$10.99 ($10.99/Count)

# Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

**No customer reviews**

## Review this product

Share your thoughts with other customers

Write a customer review

See personalized recommendations

Sign in

New customer? Start here.

Back to top



amazon

Deliver to
Glenview 60026

眼卖必死(7-15 days delivery) ▾    Saucer Green Without Lights

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

☰ All    Clinic    Customer Service    Amazon Basics    Best Sellers    Prime ▾    New Releases    Today's Deals    Music    Books    Registry    Fashion    Amazon Home    One Medical    Gift Cards

1 result for **"Saucer Green Without Lights"**

Sort by: Featured ▾

**Brand**
SPGBK

Pet Toy Flying Saucer Ball,Flying Saucer Ball Dog Toy,Flying Saucer Dog Toy (Green,Without Lights)

New to Amazon

$9.99 ($9.99/Count)

FREE delivery **Apr 24 - May 12**

Options: 3 sizes

## Need help?

Visit the help section or contact us

See personalized recommendations

Sign in

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

 Checkout (**30 items**) 

| 1 | **Shipping address** | | Change |
|---|---|---|---|
| | | 1851 TOWER DR | |
| | | GLENVIEW, IL 60026-7783 | |
| | | Add delivery instructions | |

| 2 | **Payment method** | | Change |
|---|---|---|---|
| | | Debit ending in ▮▮ | |
| | | Billing address: Same as shipping address. | |

∧ Add a gift card or promotion code or voucher

Enter code     Apply

| 3 | **Offers** | Change |
|---|---|---|

**4**    **Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.



**FREE TRIAL**

▮▮ we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery: April 24, 2023 - May 12, 2023**
Items shipped from 跟卖必死(7-15 days delivery)

Pet Toy Flying Saucer Ball,Flying
Saucer Ball Dog Toy,Flying Saucer Dog
Toy (Green,Without Lights)
**$9.99**
[ 30 ]
Sold by: 跟卖必死(7-15 days delivery)

Gift options not available

**Choose a delivery option:**
◉ **Monday, April 24 - Friday, May 12**
   FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (30): | $299.70 |
| Shipping & handling: | $0.00 |
| Total before tax: | $299.70 |
| Estimated tax to be collected:* | $29.10 |
| **Order total:** | **$328.80** |

How are shipping costs calculated?

---

**Place your order**    **Order total: $328.80**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



‹ Back to results

  

Roll over image to zoom in

## Pet Toys for Dogs -UFO Magic Flying orb Ball with Six-Color Light,Deformation Foot Stomp Light-Emitting Venting Ball,Suitable for Cats and Dogs, New (Green)

Brand: Generic
New to Amazon

$13⁹⁹ ($13.99 / Count)

Get $60 off instantly: Pay $0.00 $13.99 upon approval for the Amazon Prime Store Card. No annual fee.

**Color: Green**

| Brand | Generic |
|---|---|
| Color | Green |
| Unit Count | 1.00 Count |
| Product Dimensions | 6.3"L x 6.3"W x 6.3"H |

### About this item

- 【Versatile Toy】: The magic ball can transform into different forms, providing pets and owners with a range of play options.
- 【Active Play for Dogs】: The flying orb ball can keep dogs entertained and active, and the magic ball can be turned into a flying saucer for interactive play.
- 【Convenient Switching】: The stomp ball can easily transform between a flying saucer and a ball, allowing for flexible play options.
- 【Pet-Friendly Design】: The flying saucer ball is designed to be easy for pets to pick up, and it can be restored to its original state quickly.
- 【Social Play】: The magic ball can be used for group activities, such as throwing sandbags with friends, adding to its versatility.



$13⁹⁹ ($13.99 / Count)

FREE delivery **April 20 - May 5**. Details

◉ Deliver to Glenview 60026

**In stock**
Usually ships within 2 to 3 days.

Qty: 30

**Add to Cart**

**Buy Now**

Secure transaction

Ships from 简图风险管理
Sold by 简图风险管理
Returns Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

### Similar brands on Amazon
Sponsored ⓘ

Page 1 of 2

**TOSY**
Shop the Store on Amazon ›

TOSY 36 and 360 LEDs Flying Disc - Extremely Bright, Smart Modes, Auto...
★★★★☆ 1,165
$39.99 List: $69.99

**Activ Life**
Shop the Store on Amazon ›

Activ Life Kid's Flying Rings [2 Pack] They Fly Straight & Don't Hurt! 80% Lighter...
★★★★☆ 20,291
$9.74 List: $27.99

**Fun Central**
Shop the Store on Amazon ›

Fun Central 12 Pack - 10 inch Flying Discs Backyard Games & Sports Party Favors f...
★★★★☆ 754
$23.99

‹  ›

### Product Description

Presentation of Metamorphic Ball Plays --Throw a UFO and catch the ball

-Throw a Frisbee to catch the ball. Simply press the ball downward to set the time delay, and then throw it out as a disc. The disk will randomly rebound a ball!

-Fast recovery. The sphere can recover in a few seconds.

-The soft rubber material is not easily damaged, and the two forms can be switched freely. Press the yellow dot with the palm of your hand and paste it directly up and down.

-Integrate multiple play methods to exercise children's athletic abilities and make their childhood colorful. A favorite of dogs, it has good flexibility and is not easy to break.

-Please note. If you find that the adsorption time of the UFO Magic Ball is too short during use, you can try cleaning the base. There may be impurities such as hair and dust in the middle, resulting in insufficient adsorption. Adsorption can be restored after cleaning. Normal adsorption time is 5-7 seconds -Due to the cold winter weather, the product you receive will not immediately bounce and become a magic ball. After receiving the product, you need to open the packaging and let it stand for 1-2 hours to restore its shape. Or you can use warm air to help it restore the shape of the ball as soon as possible. Then you can give it to the children to have fun This dog toy environmentally friendly ABS material, soft rubber material, easy to operate, elastic, two forms of free switching, rich colors, a variety of styles, not easy to damage.

Specifications. Material: environmentally friendly ABS raw materials

Style: 3 lights

Color: blue, green, red, purple

Size: diameter: 23 cm / 9.06 inches

Color box size: 22.5 * 22.5 * 6cm / 8.86 * 8.86 * 2.36 in.

### Product details

**Product Dimensions** : 6.3 x 6.3 x 6.3 inches
**Date First Available** : March 28, 2023
**Manufacturer** : China
**ASIN** : B0BZRXHKJ8

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?

˅ What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Review this product
Share your thoughts with other customers

Write a customer review

## Recommended based on your shopping trends
Sponsored

      

Page 1 of 2

| Nerf Pro Grip Football — Classic Foam Ball — Easy to Catch and Throw — Great for Indoor and Outdoor Play — Blue | NERF Vortex Aero Howler Foam Ball, Classic Long-Distance Football, Flight-Optimizing Tail. | samfiwi Flying Toy That Brings Magic into Reality (Blue),Flying Toy Ball,Hand Controlled Flying Ball,Magic | Musey Women's Long Sleeve Cowl Neck Form Fitting Casual Tunic Top Blouse | Flying Orb Ball Toys, 2023 Hover Ball Soaring Nebula Flying Orb, Hand Controlled Boomerang Galactic iFly Spinner Ball | COO&KOO Charm Bracelet Making Kit, Jewelry Making Supplies Mermaid Unicorn Gifts for Teen Girls Crafts for | beetoy Balls for Toddlers 1-3, Toddler Sports Balls Outdoor Kids Balls Assorted Balls Soft Toy Balls - Soccer Ball | WOOD0MAM Wooden Hammer Toy for Toddlers, 4 in 1 Montessori Object Permanence Box with | Flying Ball Toys 2023 Upgraded Hand Controlled Flying Orb Magic Ball RGB Led Lights Boomerang | AOVEAO Moonstone Necklace 925 Sterling Silver Moon and Star Necklace,Celtic Cres Pendant Necklace |
| ★★★★☆ 4,133 | ★★★★☆ 3,742 | ★★★★☆ 5,073 | ★★★★☆ 16,349 | ★★★★☆ 320 | ★★★★☆ 16,991 | ★★★★☆ 119 | ★★★★☆ 1,356 | ★★★★☆ 29 |
| $11.99 ✓prime | $10.99 ✓prime | $25.99 ✓prime | $25.99 ✓prime | $32.00 ✓prime | $15.99 ✓prime | $16.99 ✓prime | $32.00 ✓prime | $29.99 ✓prime |

## Customers who searched for "frisbee" ultimately bought

Page 2 of 2

        

| Discraft 175 gram Ultra Star Sport Disc | Franklin Sports Flying Disc - Sport Disc for Beach, Backyard, Lawn, Park, Camping and More - Great for All Ages | Champion Sports Competition Flying Discs - Available in Multiple Colors and Sizes | Aerobie Pro Ring Outdoor Flying Disc, 14 inches, Orange | Chuckit! Paraflight Flyer Dog Frisbee Toy Floats On Water; Gentle On Dog's Teeth And Gums... | KONG Flyer – Durable Rubber Dog Flying Disc Toy – for Large Dogs | Activ Life Kid's Flying Rings [2 Pack] They Fly Straight & Don't Hurt! 80% Lighter Than... | B. Toys by Battat Flying Frisbees Disc-Oh! Outdoor Sports & Games for Kids"-Active Play... | Dynamic Discs Beach Glider Catch Flying Disc | 175 Gram | Easy to Throw and Catch Ultimate Disc | Great f... | Agreatca 8 Pack 8 in Flying Discs Flying Saucer Flyer Disks Backyard Games, Fl Summer Outdoor... |
| ★★★★☆ 16,167 in Flying Discs | ★★★★☆ 896 | ★★★★☆ 1,038 | ★★★★☆ 18,367 | #1 Best Seller in Dog Flying Discs | ★★★★☆ 27,191 Amazon's Choice in Dog Flying Discs | ★★★★☆ 20,291 | #1 Best Seller in Ultimate Disc Equipment | ★★★★☆ 465 | ★★★★☆ 545 |
| Amazon's Choice | | | | | | | | | |
| $10.46 | $9.99 | $4.99 | $10.78 | $6.00 | $11.99 | 65% off Deal | $8.99 | $9.99 | $13.99 |
| Get it as soon as Monday, Apr 3 | Get it as soon as Monday, Apr 3 | Get it as soon as Monday, Apr 3 | Get it as soon as Monday, Apr 3 | Get it as soon as Monday, Apr 3 | Get it as soon as Monday, Apr 3 | $9.74 List: $27.99 | Get it as soon as Monday, Apr 3 | Get it as soon as Monday, Apr 3 | Get it as soon as Mond Apr 3 |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over |

See personalized recommendations


Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
🌐 English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Video Direct Video Distribution Made Easy | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |

Deliver to
Glenview 60026

능的风海管

Hello, sign in
Account & Lists

Returns
& Orders

All    Clinic    Customer Service    Amazon Basics    Best Sellers    Prime    New Releases    Today's Deals    Music    Books    Registry    Fashion    Amazon Home    One Medical    Gift Cards    Pharmacy

**amazon**    frisbee

1 result for "frisbee"

Sort by: Featured

**Explore Related Products**

ultimate frisbee
frisbee golf discs set
aerobie frisbee
frisbee dog toy
See more

**Brand**

Generic



**Hi-tech, Unique Sports Gift for Teens & All Ages**
Shop TOSY ›

Best seller

TOSY 36 and 360 LEDs Flying Disc -
★★★★☆ 1,165
✓prime

TOSY Patented Boomerang - 3
★★★★☆ 43
✓prime

Best seller

TOSY 36 and 360 LEDs Flying Disc -
★★★★☆ 1,165
✓prime

Sponsored ⓘ

**Pet Toys for Dogs -UFO Magic Flying orb Ball with Six-Color Light,Deformation Foot Stomp Light-Emitting Venting Ball,Suitable for Ca...**
New to Amazon
$13⁹⁹ ($13.99/Count)
FREE delivery Apr 20 - May 5



Sponsored ⓘ
**TOSY 36 and 360 LEDs Flying Disc - Extremely Bright, Smart Modes, Auto Light Up, Rechargeable, Perfect...**
4.6 ★★★★☆ ˅ (1,165)
$39⁹⁹ - $69⁹⁹



Sponsored ⓘ
**Kan Jam Original Disc Toss Game - American Made Outdoor Game for The Backyard, Beach, Park, Tailgate...**
4.7 ★★★★★ ˅ (12,040)
$16⁶⁸ - $48⁸⁸

**BRANDS RELATED TO YOUR SEARCH**
Sponsored ⓘ



Easy to use boomerang that will actually fly back
Shop Refresh Sports ›



**TOSY**
TOSY Flying Discs - Indoor Outdoor Fun
Shop TOSY ›

**Need help?**

Visit the help section or contact us

**Recommended based on your browsing history**    Page 1 of 2

Sponsored

 **amazon**                    Checkout (30 items)                                    

| 1 | **Shipping address** | ▇▇▇▇▇▇ 1851 TOWER DR GLENVIEW, IL 60026-7783 Add delivery instructions | Change |
|---|---|---|---|

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| 2 | **Payment method** | Debit ending in ▇▇▇▇ Billing address: Same as shipping address. ⌃ Add a gift card or promotion code or voucher [Enter code]  [Apply] | Change |
|---|---|---|---|

### Order Summary

| Items (30): | $419.70 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $419.70 |
| Estimated tax to be collected:* | $40.80 |

**Order total:**      **$460.50**

How are shipping costs calculated?

| 3 | **Offers** | | Change |
|---|---|---|---|

| 4 | **Review items and shipping** | | |
|---|---|---|---|

> ⓘ Want to save time on your next order and go directly to this step when checking out?
> ☐ Default to this delivery address and payment method.



**FREE TRIAL**

▇▇▇▇ we're giving you 30 days of Prime benefits for FREE    [Try Prime FREE for 30 days ›]

**Estimated delivery: April 20, 2023 - May 5, 2023**
Items shipped from 陇韵风商贸

Pet Toys for Dogs -UFO Magic Flying orb Ball with Six-Color Light,Deformation Foot Stomp Light-Emitting Venting Ball,Suitable for Cats and Dogs, New (Green)
**$13.99**
[30]
Sold by: 陇韵风商贸

**Choose a delivery option:**
◉ **Thursday, April 20 - Friday, May 5**
FREE Shipping

Gift options not available

**Place your order**    **Order total: $460.50**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





Toys / Pretend Play / Costumes & Dress Up

Walmart+ **Ship free, no order min*** As often as you need. Learn more



List of accessories

Goggle X2    fishing X2    frisbee X8

Roll over image to zoom in









Sponsored

HXAZGS JA
Mini Bamboo-copter Games Toys Rounded Edge and Durable Design Great Gift for Birthday Present Blue

**$33.71**

Price when purchased online

Buy now    —  Max 12  +

Size: Blue

$33.71    $38.77

How do you want your item?

Shipping
Fri, Apr 21
Free

Pickup
Not available

Delivery
Not available

1001 Foster Ave   Change

Arrives by Fri, Apr 21   More options

Sold and shipped by Canyi

★☆☆☆☆ 1 seller review
View seller information

Free 30-day returns Details

Add to list    Add to registry

Sponsored

Now $19.66 $25.99
Midonreat Kids Toy Cleaning Set, Child Broom and Dustpan...

2-day shipping

+ Add

## Popular items in this category

Bestselling items that customers love

Reduced price

Now $15.99 $18.99
4pcs Truck Toys for 2 3 4 5 Year Old Boy Kid, Take Apart Sand Toys Educational Construction Tractor Excavator Road...

2-day shipping

$11.39
Blue's Clues & You! Talking Build-a-Blue 9-Piece 3D Puzzle, Games and Toys for 3 Year Old Girls and Boys, Kids Toys for...
★★★☆☆ 14

3+ day shipping

$62.92
LeapFrog Blues Clues and With Plush Blue and Boo
★★★★☆ 103

3+ day shipping

## About this item

### Product details

Features:Stimulate Children's Sports Skills: When using a flying saucer, the child develops sports skills in subconscious, brain sensitivity, rapid response time, hand -eye coordination and focusing on mobile objects, so as to make them develop. Just use the rules of capturing flying saucers, your child will get fun in these simple and safe exercises.Material:The launch toys are made of selected high -quality ABS materials, which are very durable and shock -proof. It is so solid, even children can step on their feet. In addition, the pedal has a shock absorber, so the feet when playing will not be injured.Easy To Play: Put the flying toy shooter into the toy, and then press the pedal to the toy that pops up. After popping up the plate, you can catch it with the net. Children can play alone or play with other children or partners.Ideal Family Game: This toy is a good way to learn digital skills when playing. An excellent educational toy is suitable for children to improve patience and develop independent thinking and learning skills when playing alone. When children and parents focus on the game, this will be an excellent interactive game that can establish contact between them.Perfect Gifts: Our flying saucer launcher toy is very interesting, allowing your child to entertain for several hours. Very suitable for any occasion, such as party, birthday, holidays and Christmas. You can play with multiple children, which increases the interaction between them.
Specification:Material:ABSSize:13*30*25cm

- Fun for all Ages:Launch them to different angles, very easy to assemble and easy for kids to operate. Fun with target practice and more challenges.
- More Advantages:Buy this toy with confidence, because it is safe & non toxic for children. Each launcher is made of premium quality plastic, giving you loads of play fun! The propeller disk is lightweight and will not knock anything over.
- Christmas Gift of Kids:Great educational toy for kids. A creative toy full of fun. It will give your kid or friend unforgettable memory on special days.
- Perfect Gifts: Our flying saucer launcher toy is very interesting, allowing your child to entertain for several hours. Very suitable for any occasion, such as party, birthday, holidays and Christmas. You can play with multiple children, which increases the interaction between them.
- Quality Guarantee: If you have any problem with product, you can take contact us immediately.

We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warnings

⚠ WARNING - California Proposition 65
None

Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

Clearance



+ Add    + Add    + Add    + Add

$15.99    Now $16.99 $19.99    $25.59    $19.99

Mini Bamboo-copter Games Toys Rounded Edge and Durable Design Great Gift for Birthday Present Blue - Walmart.com



"Ruohey Kids Toys Whack A Mole Game with Hammer, Fun...

2-day shipping



Kidzlane Multicolor Kids Play Pots and Pans for Toddlers | Durable...

★★★★☆ 27

XTeduToys Kids Piano Keyboard, 37 Keys Electronic Music Plan...

★★★★★ 1

Taylor Toy Pop and Catch Indoor, Outdoor, Backyard...

2-day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

 **Ship free, no order min\*** Free shipping as often as you need on any order size.

Learn more

Sponsored

## More items to explore

Sponsored








Clearance

Reduced price

+ Add  + Add  + Add  + Add  + Add  + Add

$15.99

"Ruohey Kids Toys Whack A Mole Game with Hammer, Fun...

2-day shipping

Now $16.99 $19.99

Kidzlane Multicolor Kids Play Pots and Pans for Toddlers | Durable...

★★★★☆ 27

2-day shipping

$19.99

Taylor Toy Pop and Catch Indoor, Outdoor, Backyard...

2-day shipping

$25.59

XTeduToys Kids Piano Keyboard, 37 Keys Electronic Music Plan...

★★★★★ 1

2-day shipping

Now $12.99 $15.59

Bean Bag Toss Game Toy for Kids, Cornhole Game Toy, Easter...

2-day shipping

$12.97

Wild Moose Chase Board Game for Kids Ages 3+, Cooperative...

★★★★☆ 1

3+ day shipping

## Recently viewed items

Based on your most recent browse history





Options  Options  Options

+10 options  +10 options  +10 options

**From $8.06**

Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More

3+ day shipping

**From $6.81**

Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More

3+ day shipping

**From $6.87**

MINM Flying Disc Sport Disc Loads of Colors Available, for Competitions, Team Flying Disc f... and More

3+ day shipping

 **Ship free, no order min\*** Free shipping as often as you need on any order size.

Learn more

Sponsored

## Related pages

Princess Dress                 Turkey Princess Dress              Hinder Girl Dress Up Games

Princess Fiona                  princess dress sets               Princess Dress Costume

All Princess Dress-Up Sets      Princess Dress-Up Sets            Frozen Costume

Girls Costumes                  Costumes For Kids                 Melissa & Doug Pretend Play

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

 

Search Walmart



**Canyi**

★☆☆☆☆
1 stars out of 5

See all 1 review

**0%** Overall Positive Rating

🏠 Business Name:
dongguanshicanyishangmaoyouxiangongsi

✉ Contact seller

📞 (+86)19129914496



About seller

**More items from this seller**

   

+ Add | + Add | + Add | + Add

$11.68 | $25.89 | $10.89 | $7.92

Resin Skull Head Flower Pot Cactus Planter Pots For Indoor Or Outdoor... | Mini RC Folding Drones with 4K Single Camera Gesture Photo Video Altitude Single... | Realistic Simulation Dog Shape Toy Dachshund Stuffed Animal Plush Doll... | Garage Door Opener Remote Universal Garage Door Remote Compatible...

★★★★★ 1 | ★★★★★ 1 | ★★★★★ 1 | ★☆☆☆☆ 1

**Seller reviews**

**1** out of **5**

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

1 review     Sort by | Newest to oldest ▾

★☆☆☆☆                                03/19/2023

Errel

**About seller**

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

We are more interested in providing high-quality products and comfortable services

Integrity as our business philosophy

Convenience as our ultimate goal

Expect that the upgrading of products and high-quality after-sales guarantee will satisfy all consumers

Please note: If you need to cancel the order, please inform us in time before shipment! (The logistics may be delayed in the coming holidays. It may be late, but it will never be lost. Please pay attention to whether your order placement time and estimated delivery time are consistent.)

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Fri, Apr 21**

1001 Foster Ave, Bensenville, IL 60106                    Edit

**Delivery instructions**                                  Add

Add gate codes or other useful information.

**Items details**                                    Hide details

**Arrives by Fri, Apr 21**  (12 items)

Sold and shipped by Canyi

Mini Bamboo-copter Games Toys Rounded Edge and Durable Design    Qty 12    **$404.52**
Great Gift for Birthday Present Blue                                       $33.71 ea
Size: Blue



**Place order for $436.88**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                    $404.52
Shipping                                       Free
**Estimated taxes**                          $32.36

**Estimated total**                        **$436.88**

Have a promo code?                              ∧

[ Promo code ]                              Apply



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in** ▮▮▮▮                          $436.88

Please enter the CVV for the card

* Required field

CVV *

Edit payment

Or pay $27/mo with *affirm*  Apply now



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits) *

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.



Walmart+

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts
and more!**

○ **Annual**                                   Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

4/4/23, 2:50 PM

1 Pack 9 Inch Dog Frisbees, Dog Flying Disc Durable Dog Toys, Nature Rubber Floating Flying Saucer for Water Pool Beach (Purple) - Walmart.com





⊚ How do you want your items? | ⊙ 1001 Foster Ave  Addison Supercenter

Pets > Dogs > Dog Toys > All Dog Toys

Walmart+  Ship free, no order min*  As often as you need.  Learn more



Roll over image to zoom in

Sponsored

ROLLSLEY

### 1 Pack 9 Inch Dog Frisbees Dog Flying Disc Durable Dog Toys, Nature Rubber Floating Flying Saucer for Water Pool Beach (Purple)

**$12.66**

Price when purchased online ⓘ

( Buy now )   ⊖  Max 5  ⊕

Size: L

| S $10.50 | L $12.66 |

Actual Color: Purple

🟢 🟠 ⚫ 🔴 🟡

How do you want your item?

| 🚚 Shipping Wed, Apr 26 Free | 🚗 Pickup Not available | 🏠 Delivery Not available |

**1001 Foster Ave**  Change

Arrives by **Wed, Apr 26**  More options

Sold and shipped by CCTF Co.Ltd

View seller information  Details

Free 30-day returns  Details

⊕ Add to list    ⊞ Add to registry

**More seller options (1)**
Starting from $12.67
Compare all sellers

Sponsored
Now **$10.92** $13.99
FANGFANG Rubber Indestructible Treat Dispensin...
2-day shipping
( + Add )

## Similar items you might like
Based on what customers bought



**From $9.40** $12.49
Chew King Fetch Balls Extremely Durable Natural Rubber Toy 3" Balls, 3 Pack
★★★★☆
3+ day shipping

+ Add
Sponsored
**From $18.99** $6.33/ea
Hartz Dura Play Large Ball Dog Toy With Bacon Scent And Squeaker, 3 Pack
★★★☆☆ 88
2-day shipping

Clearance
**From $8.61** $10.96
VONTER Dog Toy Ball, N Resistant Toy Ball for Pet Cat, Dog Pet Food Treat
★☆☆☆☆
3+ day shipping

Options

## Check out these related products



**From $10.10**
Esho Non-Toxic Rubber Flyer Dog Flying Disc Dog Toys(Purple)
3+ day shipping

**$12.29**
Dog Flying Disc Toy 6/8.7inches, Pet Training Rubber Interactive Toy, Floating Water Dog Toy for Medium, Large Dogs...
3+ day shipping

**From $12.99**
Dog Training Plate Natur Suitable For Both Small Dogs
3+ day shipping

Options

## About this item

### Product details                                        ∧

Product Specification:
[Product name]: Dog Training Plate Natural Rubber
[Product material]: rubber
[Product packaging]: single opp bag
[Product Size]: Small : 15*15*2cm/ 5.9 x 5.9 x 0.2inch
Large : 22*22*4cm/ 8.7 x 8.7 x 1.5inch
[Product weight]: Small: gross weight 57 grams, net weight 52 grams
large: gross weight 140 grams, net weight 135 grams

Product Features:
1. The small size of this  toy is 7.1 inches in diameter, and the large size is 8.6 inches in diameter, suitable for small dogs and large dogs. There are 5 bright colors to choose from, and bright colors can also allow dogs to find the toy quickly.
2. Natural rubber material: The dog toy is made of non-toxic and harmless rubber, which is flexible. If the dog destroys the disc, it will not harm the dog.
3. Excellent flying effect: This dish-shaped toy with aerodynamic groove design can fly very far with a single flick. And can float on the water, and the dog can also play in the water
4. Portable: this dog toy is light in weight, can be easily carried or carried anywhere, easily put into a picnic bag or backpack, so there is no need to worry about leaving more space for your other items and yours Dogs doing outdoor activities together
5. this toy is an ideal solution for fitness, sports and training. It allows you to interact and play with the dog, and at the same time allow the dog to exercise.

Package include:
1 x Dog Frisbees

- Durable Material: The dog flying disc is made of non-toxic, BPA free harmless pure natural rubber, which is soft, flexible, durable, it also can clean your dog's mouth, but please do not let your dog chew it
- Interactive Dog Frisbees Toys: Playing with a disc is great fun and a healthy exercise for both you and your beloved dog. It's the perfect way to spend more time outdoors, bring great fun to your pet.
- Easy to Clean: It is easy to clean and has a lightweight compact design for effortless carrying and easy storage, perfect for travel outdoor walking

4/4/23, 2:50 PM

1 Pack 9 Inch Dog Frisbees, Dog Flying Disc Durable Dog Toys, Nature Rubber Floating Flying Saucer for Water Pool Beach (Purple) - Walmart.com

- Outdoor Training Toys: This dog disc toy is designed as a tool for training the dogs indoor or outdoor and this dog toy easily attract your pet's attention, help pets' intelligence improving and is convenient to train dogs
- Creative Design: These soft dog frisbees are designed for long distance flight for hours of fetch and retrieval fun and when your dog gets thirsty you can even turn it over and use it as a drinking bowl

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer



## Specifications

**Brand**
BOLLSLEY

**Manufacturer**
BOLLSLEY

**Manufacturer Part Number**
UI05392L

**Assembled Product Weight**
1.93 oz

**Color**
Purple

**Assembled Product Dimensions (L x W x H)**
0.31 x 0.18 x 0.05 Feet

## Warnings

⚠ WARNING - California Proposition 65
None

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

### Products you may also like

Sponsored

$14.95 $14.95/oz
Natural Dog Company Skin Soother Healing Balm, Tin, 1 oz.
★★★★★
2-day shipping

$19.98
Tough Dog Rope Toys for Aggressive Chewers, 9 Pack...
2-day shipping

$33.95
Natural Dog Company Grooming Wipes with Aloe Vera, Cleanses,...
3+ day shipping

$17.95
Natural Dog Company PawTection Dog Paw Balm, Protects Dog...
★★★★★ 30
3+ day shipping

### Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Ship free, no order min*
Free shipping as often as you need on any order size.
Learn more

Sponsored

### Popular items in this category
Bestselling items that customers love

100+ bought since yesterday

$2.47
Multipet Smiling Loofa Plush Dog Toy, 6", Plaid Print
★★★★★ 94
Pickup Delivery

100+ bought since yesterday

$5.98
Multipet Lamb Chop Plush Dog Toy, Medium, 10.5", Plaid Ears and Paws
★★★★★ 353
Pickup Delivery

500+ bought since yesterday

Now $1.98 $5.72
Vibrant Life Dental Buddy Double De Knot Cotton Rope Dog Toy, Small, Chew I Assorted Colors
★★★☆☆ 45
Pickup Delivery 3+ day shipping

### More items to explore

Sponsored



Reduced price
Now $25.99 $33.99
DOG CARE Dog Training Collars With 3 Modes Beep Vibratio...

Reduced price
Now $25.99 $33.99
DOG CARE Dog Training Collars With 3 Modes Beep Vibratio...

$19.98
Tough Dog Rope Toys for Aggressive Chewers, 9 Pack...

Reduced price
Now $27.09 $90.09
Hero Dog Pet Bed, Washable, Anti-Slip Pads, 42 inch, Large

$11.99
PrimePets 2 Pcs 7 in Dog Flying Disc, Dog Flying Disc Saucer, Dog Frisbees,...

Now $10.92 $13.99
FANGFANG Rubber Indestructible Treat Dispensing Chew Bon...

 

‹ Back to item

## CCTT Co.Ltd



☆☆☆☆☆

No reviews yet

🏠 Business Name:
shenzhenyicaidianzishangwuyouxiangongsi

✉ Contact seller

📞 (989) 284-0997

About seller

**More items from this seller**

   

| + Add | + Add | + Add | + Add |

| $10.99 | $10.00 | $9.30 | $6.85 |
|---|---|---|---|
| TLM Color Changing Foundation Makeup Base Cosmetic Face Liquid... | Makeup Brushes, 20 PCS Makeup Brush Set tools Make-up Toiletry Kit Wo... | TLM Color Changing Foundation Makeup Base Face Liquid Cover... | Digital Kitchen Timer, TSV Magnetic Countdown Kitchen Timer with Loud... |
| ☆☆☆☆☆ 375 | ☆☆☆☆☆ 8 | | ☆☆☆☆☆ 50 |

**Seller reviews**

This seller doesn't have any reviews yet.

**About seller**

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

happy shopping

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Wed, Apr 26**

██████  ██████                                    Edit
1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                              Add

Add gate codes or other useful information.

**Items details**                                    Hide details

**Arrives by Wed, Apr 26**  (5 items)

Sold and shipped by CCTT Co.Ltd

1 Pack 9 Inch Dog Frisbees, Dog Flying Disc Durable Dog Toys, Nature      Qty 5      **$63.30**
Rubber Floating Flying Saucer for Water Pool Beach (Purple)                         $12.66 ea
Size: L, Actual Color: Purple



**Place order for $68.36**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (5 items)                                      $63.30
Shipping                                                  Free
**Estimated taxes**                                      $5.06

**Estimated total**                                     **$68.36**

Have a promo code?                                         ^

Promo code                            Apply

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ███                                      $68.36

Please enter the CVV for the card

* Required field

┌─ CVV * ─────┐
│ ███         │
└─────────────┘

Edit payment

## Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

┌─ Phone number (10 digits)* ─────────────────────┐
│ ██████████                                       │
└──────────────────────────────────────────────────┘

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

**Walmart** ✦

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**                                              [Best value]
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

● **I'm not interested in trying Walmart+**



Search Walmart



How do you want your items? | 1001 Foster Ave | Northlake Store


Nail your mani   A ready-to-wear salon look.   Shop now



YELLOW

List of accessories

Goggle X2    fishing X2    frisbee X8

Roll over image to zoom in



Sponsored

2hearamm

## Mini Bamboo-copter Games Toys Rounded Edge and Durable Design Great Gift for Children Adults Yellow

**$27.75**

Price when purchased online ⓘ

Buy now    ⊖ Max 12 ⊕

**Actual Color:** Yellow

| Blue $25.71 | Yellow $27.75 |

Free shipping, arrives by Fri, Apr 14 to 1001 Foster Ave
More options

Sold and shipped by changdedongkaimei Co.Ltd
View seller information

Free 30-day returns   Details

＋ Add to list    ＋ Add to registry

Sponsored

**$32.90**
Backyard Double Water Slide
Summer Fun Toy, Long Water...
2-day shipping
＋ Add

## Popular items in this category

Bestselling items that customers love



＋ Add

**$13.95**
Toysery Wooden Mini Bowling Game -
Premium Material, Safe for Kids - Best
Indoor Game Ages - Easy to Set up ...
★★★☆☆ 2
2-day shipping



＋ Add

**$12.99**
Balance IQ Party Favor Games - Cube
Puzzle Stocking Stuffers for Kids and
Adults - 12 Puzzles
★★★★☆ 2
3+ day shipping



＋ Add

**Now $22.75** $29.54
Pie Face Game, for Kids /
or more players
★★★★☆ 20
3+ day shipping

## About this item

**Product details**

Features:Stimulate Children's Sports Skills: When using a flying saucer, the child develops sports skills in subconscious, brain sensitivity, rapid response time, hand -eye coordination and focusing on mobile objects, so as to make them develop. Just set the rules of capturing flying saucers, your child will get fun in these simple and safe exercises.Material: The launch toys are made of selected high -quality ABS materials, which are very durable and shock -proof. It is so solid, even children can step on their feet. In addition, the pedal has a shock absorber, so the feet when playing will not be injured.Easy To Play: Put the flying toy shooter into the toy, and then press the pedal to the toy that pops up. After popping up the plate, you can catch it with the net. Children can play alone or play with other children or partners.Ideal Family Game: This toy is a good way to learn digital skills when playing. An excellent educational toy is suitable for children to improve patience and develop independent thinking and learning skills when playing alone. When children and parents focus on the game, this will be an excellent interactive game that can establish contact between them.Perfect Gifts: Our flying saucer launcher toy is very interesting, allowing your child to entertain for several hours. Very suitable for any occasion, such as party, birthday, holidays and Christmas. You can play with multiple children, which increases the interaction between them.
Specification:Material:ABSSize:13*30*25cm

- Durable Material:These toys are made of quality ABS, our toys are safe and reliable, just play with confidence.
- Material: The launch toys are made of selected high -quality ABS materials, which are very durable and shock -proof. It is so solid, even children can step on their feet. In addition, the pedal has a shock absorber, so the feet when playing will not be injured.
- Best Gifts:The toy with your children, enjoy the wonderful time with the family. You can accompany your child to grow up, feel the small changes in your child and give your child warmth. Great gift for Christmas, Thanksgiving, Birthday Present, school students, families, friends, kids.
- Perfect Gifts: Our flying saucer launcher toy is very interesting, allowing your child to entertain for several hours. Very suitable for any occasion, such as party, birthday, holidays and Christmas. You can play with multiple children, which increases the interaction between them.
- After-sales Service:If you have any problem, please contact us immediately, we will help you solve it as soon as possible.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)


Write a review

This item doesn't have any reviews yet.


America's Favorite Ranch*
Real buttermilk. Real ranch. Real good.
Shop now
*Based on IRI unit sales data L52W ending 1/23/23 for Hidden Valley Original Ranch
Sponsored

**Recently viewed items**

Based on your most recent browse history







**Options**

**+Add**

**+Add**

+2 options

**From $31.77**

Mini Bamboo-copter Games Toys Rounded Edge and Durable Design Great Gift for Birthday Present Yellow

3+ day shipping

**$8.57**

Sardful Bamboo-copter Toy Outdoor Flying Toy Propeller Playset Interactive Sport Toy w/ Flashing Light for Toddler Age 3/4/5

3+ day shipping

**$8.31**

Dasbsug Bamboo-copter Toy Outdoor Playset Interactive Sport Toy w/ Flash 3/4/5

3+ day shipping



**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.

 Search Walmart 

‹ Back to item

## changdedongkaimei Co.Ltd

☆☆☆☆☆
No reviews yet

🏠 Business Name:
changdedongkaimeiaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 17722443415

About seller

### More items from this seller



**$9.53**
Women Moisturizing Lip Gloss Oil with Multiple Colors Coral Cherry to...

+ Add

**$7.55**
Glossy Finish Short Round Lavender French Tip Nails Almond Fake Nails With Nai...

+ Add

**$12.38**
Japanese Style Pleated Lampshade E27 Fabric Lamp Shade Covers Japanese Styl...

+ Add



**$7.29** ~~$8.89~~
Baby Monitors Universal Shelf Compact with Rounded Edge Shelf for Smart...

+ Add

### Seller reviews

This seller doesn't have any reviews yet.

### About seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Can you trust changdedongkaimei Co.Ltd ? We provide personalized service and excellent quality. We've been bringing people and their pets together in recent years. Our unmatched service, competitive pricing, quality and overall value are the reasons our loyal customers don't go anywhere else. We look forward to your visit!

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Fri, Apr 14**

▬▬▬▬ ▬▬▬▬                                                    Edit
1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                      Add

Add gate codes or other useful information.

**Items details**                                              Hide details

**Arrives by Fri, Apr 14** (12 items)

Sold and shipped by changdedongkaimei Co.Ltd

Mini Bamboo-copter Games Toys Rounded Edge and Durable Design   Qty 12      **$333.00**
Great Gift for Children Adults Yellow                                       $27.75 ea
Actual Color: Yellow



**Place order for $359.64**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                    $333.00
Shipping                                      Free
**Estimated taxes**                          $26.64

**Estimated total**                        $359.64

Have a promo code?                              ⌄

💳 **Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in** ▬▬▬                                        $359.64

Please enter the CVV for the card

* Required field

┌─ CVV *
│ ▬▬▬
└─

                                                        Edit payment

Or pay $22/mo with affirm  Apply now

📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

┌ Phone number (10 digits)*
│ ▬▬▬▬▬▬▬▬
└

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

Walmart ✦

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**
$98/year after 30-day trial                                   Best value

○ **Monthly**
$12.95/month after 30-day trial



Toys  /  Toys for All

Walmart+  Ship free, no order min*  As often as you need.  Learn more



Roll over image to zoom in

Sponsored

VRURC

**Children's Bouncing Ball, Throwing Ball, Kindergarten Training Equipment, Household Sports Toys, Outdoor Soft Frisbee Children's Outdoor Toys, Promote Parent-child Relationship  (Random)**

**$11.59**

Price when purchased online ⓘ

Buy now    —  Max 12  +

Free shipping, **arrives by Tue, Apr 25** to 1001 Foster Ave
More options

Sold and shipped by **Childlike Innocence**
★★★☆☆ 2 seller reviews
View seller information

Free 30-day returns  Details

Add to list    Add to registry

Sponsored

Now $15.49
Pop and Catch Ball Game with
10 Balls and 4 Catch Launcher...
2-day shipping
+ Add

## Popular items in this category
Bestselling items that customers love

**Now $15.49**
Pop and Catch Ball Game with 10 Balls
and 4 Catch Launcher Baskets - Outdoor
and Indoor Game Sport Toys for Kids
2-day shipping
+ Add

**$26.47**
16.5 Inches Kids T Ball Set Children Soft
Baseball Training Toy Boys Girls foam
Reusable Safe Kids Outdoor...
3-day shipping
Options

**$15.88**
MEGAWHEELS T-Ball Toy,
Baseball Toy For 3 4 5 6 7
Boys-Outdoor Sports Ga
★★★☆☆ 1
3+ day shipping
+ Add

## About this item

### Product details

Features:

Interesting: It can be used training disc to exercise focus and coordination, suitable for party, picnic, camping at the beach and any outdoor activities as you like.

Durable Material: Made of knitted fabric.Durable and light-weight,touch soft and comfortable to use,easy to throw and catch,won't cause scrapes and bruises.

Folding Design: Lightweight and foldable.Flying disc can be folded and placed in a  bag when not in use for easy storage and carrying.

Kids Disc Toy:Intended for kids of 3+ years old. Good for kids outdoor play, lawn game, interactive games, kindergarten teaching

After-sales Service:If you have any problem, please contact us immediately, we will help you solve it as soon as possible.

Specification:

Material:Knitted fabric

Size:

Lycra circlip diameter: 36CM

Pinball diameter: 10CM

Color: random

Package contains:

1 * Balloon toy (random color)

- Help to develop hand-eye coordination skills.
- A kind of game of form good parent-child relationship.
- Playing the throw and catch game will be good for your body.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
VRURC

**Manufacturer Part Number**
WLP/ZJ/230313/FSL-00974/W11

Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.  Learn more

## Products you may also like
Sponsored






   

**+ Add**    **+ Add**    **+ Add**    **+ Add**

Now $15.49    $11.99    $20.99    $134.99

Pop and Catch Ball Game with 10 Balls and...    Sunlite Sports EZ Glove Toss and Catch...    Splash Pad Sprinkler for Kids, Y2Konex 68"...    Obstacle Course for Kids, Gentle Booms...

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

**Write a review**

---

This item doesn't have any reviews yet.

 **Ship free, no order min***
Free shipping as often as you need on any order size.

**Learn more**

 

Sponsored

## More items to explore

Sponsored

     

**+ Add**    **+ Add**    **+ Add**    **+ Add**    **+ Add**    **+ Add**

Now $7.19 $8.99    $20.77    $14.97    $19.77    Now $7.19 $8.99    $24.90

JUNDALIE 18" Dart Board Kids Toys, Kids Dart Board Game wit...    Ideas In Life Outdoor Backyard Disc Toss Target Lawn Game -...    3 Piece Sack Race Bags For Kids And Adults Set Great For Outdo...    2 in 1 Horseshoe & Ring Toss Game Set Outdoor Game for...    JUNDALIE 18" Dart Board Kids Toys, Kids Dart Board Game wit...    Fun Spider Themed Magnetic Dartboard Set - 16 Inch Dart...

2-day shipping    3-day shipping    3-day shipping    3-day shipping    2-day shipping    ☆☆☆☆☆ 1

3-day shipping

## Recently viewed items

Based on your most recent browse history

  

**Options**

**+ Add**       **+ Add**

$30.68    From $11.66    +6 options    $122.62

Baby Bath Toys For Toddler - Sprinklers Shower Head Water Spray Bathtub Toy, Electric Yellow Duck Floating Boat Water Toys Playsets, Kids Infants Baby Shower Sprayer Gifts For Ages 3 4 5...    Pet toys dog toys magic flying saucer ball decompression deformation light-emitting elastic ball    Bath Toy Shower for Head Swimming Toy Water Spray Toy 3 Mini Duck Mox...

3-day shipping    3-day shipping    3-day shipping

 **Ship free, no order min***
Free shipping as often as you need on any order size.

**Learn more**



Sponsored

⊘ Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

**Give feedback**

---

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security



‹ Back to item

## Childlike Innocence

★★★☆☆
3 stars out of 5

See all 2 reviews

**50%** Overall Positive Rating

🏠 Business Name:
shenzhenhuaqukongguyouxiangongsi

✉️ Contact seller

📞 (+86) 19585099022

About seller

### More items from this seller






| + Add | + Add | + Add | + Add |

**$9.67**
Earphones For Apple iPhone 7 8 Plus X XS MAX XR Bluetooth Wired...
★★★☆☆ 40

**$10.99**
SeekFunning 8" Pokemon Evolutions Shiny Umbreon Plush Toy, Stuffed Animal...
★★★★☆ 13

**$26.99**
Pokemon Plush Starter 3 Pack - Charmander, Squirtle & Bulbasaur 8"...
★★★★☆ 10

**$11.70** ~~$14.99~~
Sanei Pokemon All Star Collection Snorlax Stuffed Plush Toy, 8"
★★★★☆ 8

### Seller reviews

# 3 out of 5

★★★☆☆ (2 reviews)

| 5 stars | | 1 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 1 |

**1 review**        Sort by | Newest to oldest ▾

★☆☆☆☆                                    04/09/2023

Don't expect this to arrive in the time frame specified at purchase.

Tosha

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Whenever you purchase anything from us, we get the product to you fast, we accept returns for free for 30-days. I believe you can find satisfactory products from our store. At the same time, if you like our store, you can click on Favorites. We attach importance to product quality and good service to establish trust relationship with customers, and look forward to your purchase!

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Tue, Apr 25**

██████  ████

1001 Foster Ave, Bensenville, IL 60106                    Edit

**Delivery instructions**                                  Add

Add gate codes or other useful information.

**Items details**                                   Hide details

**Arrives by Tue, Apr 25** (12 items)

Sold and shipped by Childlike Innocence

Children's Bouncing Ball, Throwing Ball, Kindergarten Training Equipment, Household Sports Toys, Outdoor Soft Frisbee, Children's Outdoor Toys,...     Qty 12     **$139.08**
$11.59 ea



**Place order for $150.21**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (12 items)                          $139.08
Shipping                                        Free
**Estimated taxes**                           $11.13

**Estimated total**                          **$150.21**

Have a promo code?                              ⌃

[ Promo code ]                               Apply



💳 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ███                          $150.21

Please enter the CVV for the card

* Required field

┌─ CVV * ─────────┐
│ ███            │
└─────────────────┘

Edit payment



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

┌─ Phone number (10 digits)* ─────────────────────┐
│ ████████                                        │
└──────────────────────────────────────────────────┘

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart** ✦

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**                                  Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

◉ I'm not interested in trying Walmart+








**ONE KEY TO START ROTATION**

To install the flywheel, rotate the flywheel for 3-4 turns
Pull the trigger to launch and play!

01 Pull the trigger to launch

02 Round and smooth without bristles



Sponsored

7Pack Flying Toys Disc Shooters For Kids
Interactive Cat Fetch Toy Spinning Toy
Flying Saucer Disc Launcher Indoor &
Outside Toys Flying Toy Frisbees Party
Favor Cat Toys Flying Propel

**$18.20**

Price when purchased online ⓘ

Buy now    — Max 12 +

Actual Color: Pink

| Blue $18.20 | Green $18.20 | Pink $18.20 |
| Purple $18.20 | | |

How do you want your item?

| Shipping Tue, Apr 11 Free | Pickup Not available | Delivery Not available |

1001 Foster Ave  Change

Arrives by Tue, Apr 11  More options

Sold and shipped by CaiHuaShangMao

★☆☆☆☆  9 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list    🎁 Add to registry



Sponsored

**$20.99**
ToBe ReadyForLife Soft Baby
Book First Year, Cloth Book...

2-day shipping

+ Add

## Popular items in this category
Bestselling items that customers love



**Now $24.99** ~~$29.99~~
Mini Flyer - Hover Shot, Miniature Flying
Saucer Operated By Infrared Shooter!
Realistic Laser Tag Gun Sound Effect...

+ Add

3+ day shipping

**$8.09**
Bird Funny Cat Interactive Toy Automatic
Simulation Flying Bird Toy for Cats Kitten
Play Chase Exercise

Options  +2 options

3+ day shipping

**From $12.52**
Pet Cat Moving Mouse S
Ball,Kitten Disk Rolling B
Training Interactive Toy

Options

3+ day shipping

## About this item

### Product details

7Pack Flying Toys Disc Shooters For Kids Interactive Cat Fetch Toy Spinning Toy Flying Saucer Disc Launcher Indoor & Outside
Toys Flying Toy Frisbees Party Favor Cat Toys Flying Propel

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
have not verified it. See our disclaimer

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

**Ship free, no order min***
Free shipping as often as you need on
any order size.

Learn more

Sponsored

## Recently viewed items
Based on your most recent browse history



Options  +3 options

**From $28.89**
Bamboo Catapult Toy Rounded Edge and Durable Design Great
Gift for Christmas Present Yellow

3+ day shipping

Options  +2 options

**From $31.77**
Mini Bamboo-copter Games Toys Rounded Edge and Durable
Design Great Gift for Birthday Present Yellow

3+ day shipping

Options  +10 options

**From $8.06**
Flying Disc Sport Disc Loads of Color
Competitions, Team Flying Disc for B
and More

3+ day shipping



**Ship free, no order min\***
Free shipping as often as you need on
any order size.

Learn more

Sponsored

Notice unusual marketplace activity? Report
**Report suspected stolen goods to California Attorney General:** Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.

 Search Walmart 

‹ Back to item

# CuiHuaShangMao


1 stars out of 5      See all 9 reviews

 **0%**    Overall Positive Rating

🏠 Business Name:
YuanPingShiCuiHuaShangMaoYouXianGongSi

✉ Contact seller

📞 (+86) 13599004720

## Seller reviews

**1** out of **5**

★☆☆☆☆ (9 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 9 |

**9 reviews**    Sort by | Newest to oldest ▾

---

★☆☆☆☆    02/09/2023

Ordered in April. It's been a month. Still no item.

gordana

---

★☆☆☆☆    02/07/2023

The item has not arrived and there is no update on this purchase.

Joelito

---

★☆☆☆☆    02/08/2023

wore it and on day 3 the face Parr had fallen off. I wasn't aware of when or where. don't buy. it just falls apart

BIG

---

★☆☆☆☆    02/07/2023

Bad communication and my package arrived way late.

Wanda

---

★☆☆☆☆    02/08/2023

Directions for usage was not in English. Did not work for fries. Was disappointed

Dave

---

★☆☆☆☆    02/07/2023

Sent wrong size. Won't answer emails to return. Filed case with eBay for refund. Avoid this seller!!!!!!!!! Look at the negative feedback.

Tyla

---

★☆☆☆☆    02/08/2023

It starting burning and smoking as soon as I plugged it in to charge

mairelys

---

★☆☆☆☆    02/08/2023

John

---

★☆☆☆☆    02/07/2023

Jessica

---

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App



🚚 **Free shipping, arrives by Tue, Apr 11**

▬▬ ▬▬                                                                    Edit

1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                                Add

Add gate codes or other useful information.

**Items details**                                                        Hide details

**Arrives by Tue, Apr 11** (12 items)

Sold and shipped by CuiHuaShangMao

7Pack Flying Toys Disc Shooters For Kids Interactive Cat Fetch Toy     Qty 12      **$218.40**
Spinning Toy Flying Saucer Disc Launcher Indoor & Outside Toys Flying...              $18.20 ea
Actual Color: Pink



| **Place order for $235.87** |
| --- |

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                    $218.40
Shipping                                      Free
**Estimated taxes**                         $17.47

**Estimated total**                         **$235.87**

Have a promo code?                            ⌃

| Promo code | Apply |

---



💳 **Payment method**

🔷 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ▬▬                                                      $235.87

Please enter the CVV for the card

* Required field

[card]   CVV *
123      [▬▬▬]

Edit payment

Or pay $21/mo with **affirm**   Apply now

---



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits) *
[▬▬▬▬▬]

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

---



**Walmart**✢

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**                                                    Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

☰ ✱ Search Walmart 🔍 🛒

How do you want your items? ⌄ 📍 1001 Foster Ave 🏪 Addison Supercenter

Sports & Outdoors / Sports / Golf Equipment / Golf Clothing / Golf Shirts

Walmart+ **Ship free, no order min\*** As often as you need. Learn more



Sponsored

Latitude 64

Latitude 64 Retro Burst Saint Disc Golf Distance Driver | Frisbee Golf Distance Driver | 170g Plus | Beginner Friendly Easy to Throw Disc Golf Disc | Stamp Color and Burst Pattern Will Vary

**$28.22**

Price when purchased online ⓘ

Buy now   ⊖ Max 5 ⊕

**How do you want your item?**

| 🚚 Shipping Wed, Mar 29 Free | 🚗 Pickup Not available | 🛍 Delivery Not available |

**1001 Foster Ave** Change

Arrives by **Wed, Mar 29** | More options

Only 5 left

Sold and shipped by **Electrician Guy**

View seller information

⊕ Add to list      ⊕ Add to registry

**About this item**

Product details ⌃

The Retro Burst Saint is a highly praised control driver both among amateurs and pros. When you need a disc with good distance and perfect accuracy the Saint will deliver. Saint will be a straight shooter for drives up to 350 ft and has excellent glide.

Latitude 64 Retro Burst Saint Disc Golf Distance Driver | Frisbee Golf Distance Driver | 170g Plus | Beginner Friendly Easy to Throw Disc Golf Disc | Stamp Color and Burst Pattern Will Vary

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

Brand
Latitude 64

💬 Report incorrect product information

**Popular items in this category**
Bestselling items that customers love

Best seller

Options

From $17.99
Ben Hogan Men's & Big Men's Diagonal Stripe Golf Polo Shirt, Sizes S-5XL
2-day shipping

$6.99
Sponsored
Kinship Comfort Brands UV Sun Protection Arm Sleeves for Men & Women UPF 50 Cooling Athletic Sports...
2-day shipping

Options
IMAGE COMING SOON
+96 options
$18.48
Ben Hogan Performance Golf Polo Shirt
★★★★★ 1
3+ day shipping

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

**Products you may also like**
Sponsored

Best seller                 Best seller

Add          Add          Add          Add

Now $199.00 ~~$299.99~~
Callaway XLS Pro Slope Golf Laser Rangefinder, with...
★★★★☆ 13
2-day shipping

Now $179.00 ~~$249.99~~
Callaway LS Slope Golf Laser Rangefinder, with Pulse...
★★★★☆ 16
2-day shipping

$37.97
Vice Golf Pro Plus White Golf Ball - 1 Dozen
★★★★★ 8
Pickup Delivery
2-day shipping

$19.99
Noonan Golf Towel - Premium Microfiber Towel with Carabiner...
3+ day shipping

**Customer reviews & ratings**

☆☆☆☆☆ (0 reviews)

Write a review



This item doesn't have any reviews yet.

**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more

## More items to explore

Sponsored

      

+ Add    + Add    + Add    + Add    + Add    + Add

| $33.99 | $28.99 | $34.99 | $13.99 | $143.99 | $13.99 |
|---|---|---|---|---|---|
| GolfBall Nut Bulk Mixed Near Mint Used Recycled Golf Balls... | Nike Mix Used Recycled Mint Grade White Golf Balls - 24... | Noonan Golf Putter Cover - Magnetic Blade Golf Club Cove... | Lind Golf Unisex Z series Visor Cap For Adult, White | My Golfing Store Gen 3 Eagle Eye Laser Golf Rangefinder with Slo... | Lind Golf Visor Sky Blue |
| 2-day shipping | ★★★★★ 1 | 3+ day shipping | 3+ day shipping | 2-day shipping | 3+ day shipping |
|  | 2-day shipping |  |  |  |  |

## Recently viewed items
Based on your most recent browse history

     

Options    Options    Options

+4 options    +2 options

| From $8.72 | $6.48 | $15.13 |
|---|---|---|
| Ice Cream Handle Control Launcher Toy Super Fun Outdoor Flying Toy for Holiday Party Favors Brown | CLOBQAN 3PCS Super Saucer Disc Launcher Toys, Disk Shooter Sets with 3 Flying Saucer Gun and 3 Spinning Disks Each, Super Fun Outdoor Flying Toys for Kids, Great Birthday Party Favors | Cartridge,Filter,for,Hot,Replacement |
| 3+ day shipping | 3+ day shipping | 3+ day shipping |

**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more

Sponsored

## Related pages

Ben Hogan Golf Swing          Ben Hogan Golf Apparel          Big Polo Shirts

Collared Polo Shirts          Men's Polo Shirts          Men's Polo Jackets

Golf Clothing          Golf Equipment          Sports Clothing & Shoes

Tennis Shorts          Tennis Clothing          Golf Pants

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

  

Search Walmart

‹ Back to item

# Electrician Guy

☆☆☆☆☆
No reviews yet

🏠 Business Name:
shanxiyouyashenghuoyingshichuanmeiyouxiangongsi

✉ Contact seller

📞 (415) 669-8783



About seller

Tax policy

## Seller reviews

This seller doesn't have any reviews yet.

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Provide you with a refund service

### Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Wed, Mar 29**

██████ ██████

1001 Foster Ave, Bensenville, IL 60106    Edit

**Delivery instructions**    Add

Add gate codes or other useful information.

**Items details**    Hide details

**Arrives by Wed, Mar 29**   (5 items)

Sold and shipped by Electrician Guy

Latitude 64 Retro Burst Saint Disc Golf Distance Driver | Frisbee Golf Distance Driver | 170g Plus | Beginner Friendly Easy to Throw Disc Golf...    Qty 5    **$141.10**   $28.22 ea



**Place order for $152.39**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (5 items)    $141.10
Shipping    Free
**Estimated taxes**    $11.29

**Estimated total**    $152.39

Have a promo code?   ⌃

Promo code    Apply



💳 **Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in ███    $152.39

Please enter the CVV for the card

*Required field

CVV *



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits) *
████████

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our **Mobile Alert Terms**.



**Walmart**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**   Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

⦿ I'm not interested in trying Walmart+

Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ · Ship free, no order min* As often as you need. Learn more



Roll over image to zoom in

Sponsored

The Pet Scenario

**Large dog Frisbee toy plastic anti-bite gold fur**

**$4.99**

Price when purchased online ⓘ

Buy now | − Max 12 +

**How do you want your item?**

| Shipping Tue, Apr 11 Free | Pickup Not available | Delivery Not available |

**1001 Foster Ave** Change

Arrives by Tue, Apr 11 | More options

Sold and shipped by Figer

View seller information

Free 30-day returns Details

Add to list | Add to registry

Sponsored
**$10.99**
Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactive...
3+ day shipping
+ Add

## Popular items in this category
Bestselling items that customers love



**$16.29**
8 Pack Flying Discs Toys, Dogs Frisbee, Large Pets Fetching Toy for Outdoors, 9 inch, 4 Fruit Designs
★★★☆☆ 2
3+ day shipping

Best seller
+3 options
**From $6.97** $10.48
Hartz Dura Play Ball Dog Toy, Large, Color May Vary
★★★★☆ 1208
Pickup · Delivery

**$9.08**
Mammoth Flossy Chews Dog Toy, Multi-color
★★★★☆ 32
Pickup · Delivery

## About this item

Product details ⌃

Describe pet toy dog Frisbee Product name: pet toy dog Frisbee Product category: Toy toss Material: TPR + PP Colors: Orange, pink, red, yellow, blue, green, purple, black Size: Diameter 17.8 CM Healthy and soft material, it will not deform under heavy pressure, and it is not easy to hurt dog teeth by biting hard

Describe pet toy dog Frisbee

Product name: pet toy dog Frisbee

Product category: Toy toss

Material: TPR + PP

Colors: Orange, pink, red, yellow, blue, green, purple, black

Size: Diameter 17.8 CM

Healthy and soft material, it will not deform under heavy pressure, and it is not easy to hurt dog teeth by biting hard

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

**Brand**
The Pet Scenario

**Manufacturer**
figer

Warnings ⌃

⚠ **WARNING - California Proposition 65**
none

💬 Report incorrect product information



Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like
Sponsored

**$14.39**

**$19.98**

**$16.99**

Now **$10.00** $19.99

HESLAND Dog Chew Toys for Aggressive Chewers Large Breed...
2-day shipping

Tough Dog Rope Toys for Aggressive Chewers, 9 Pack...
2-day shipping

XMXIERUI Upgrade Tough Durable Dog Toys for Aggressive...
2-day shipping

PcEoTllar Dog Toys for Aggressive Chewers Large Medium Breed...
2-day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

**Write a review**

This item doesn't have any reviews yet.



**Ship free, no order min***
Free shipping as often as you need on any order size.

**Learn more**

Sponsored

### More items to explore

Sponsored

     

| | | | | | |
|---|---|---|---|---|---|
| + Add | + Add | + Add | + Add | + Add | + Add |

$16.99 — 2022 XMXIERUI Dog Chew Toys for Aggressive Chewer...
2-day shipping

$16.99 — XMXIERUI Upgrade Tough Durable Dog Toys for Aggressive...
2-day shipping

$14.39 — HESLAND Dog Chew Toys for Aggressive Chewers Large Breed...
2-day shipping

Now $10.00 $19.99 — PcEoTllar Dog Toys for Aggressive Chewers Large Medium Breed...
2-day shipping

$19.98 — Tough Dog Rope Toys for Aggressive Chewers, 9 Pack...
2-day shipping

Now $27.09 $30.99 — Hero Dog Pet Bed, Washable, Anti-Slip Pads, 42 inch, Large
2-day shipping

Reduced price

### Recently viewed items
Based on your most recent browse history

  2-piece set 

| | | |
|---|---|---|
| + Add | + Add | + Add |

$21.16 — Nerf Dog Tire Flyer Dog Toy, Frisbee, Lightweight, Durable and Water Resistant, Great for Beach and Pool, 10 inch Diameter, for Medium/Large Breeds, Single Unit, Green
3+ day shipping

$15.91 — Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy
3+ day shipping

$27.46 — Barka Ave Dog Frisbee Indestructible Soft Natural Rubber for Puppies Out
☆☆☆☆☆ 1
3+ day shipping

**Ship free, no order min***
Free shipping as often as you need on any order size.

**Learn more**

Sponsored

🔔 Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

**Give feedback**

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

 

Search Walmart

[Back to item]

# Figer

☆ ☆ ☆ ☆ ☆

No reviews yet

---

🏠 Business Name:
taicangwuzhengtongxinshebeiyouxiangongsi

✉ Contact seller

📞 (+86) 18930696047

---

## Seller reviews

This seller doesn't have any reviews yet.

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Tue, Apr 11**

1001 Foster Ave, Bensenville, IL 60106                                          Edit

**Delivery instructions**                                                       Add

Add gate codes or other useful information.

**Items details**                                                          Hide details

**Arrives by Tue, Apr 11**  (12 items)

Sold and shipped by Figer

Large dog Frisbee toy plastic anti-bite gold fur        Qty 12        **$59.88**
                                                                       $4.99 ea



**Place order for $64.67**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (12 items) | $59.88 |
| Shipping | Free |
| **Estimated taxes** | $4.79 |

**Estimated total**                                  **$64.67**

Have a promo code?                                        ^

[ Promo code ]                                         Apply



💳 **Payment method**

ℹ️ **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ▮▮                                        $64.67

Please enter the CVV for the card

* Required field

CVV *
[ ▮▮ ]

Edit payment



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
[ ▮▮▮▮▮ ]

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart+**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○  **Annual**                                            Best value
   **$98/year** after 30-day trial

○  **Monthly**
   **$12.95/month** after 30-day trial

◉  **I'm not interested in trying Walmart+**



Search Walmart

How do you want your items?   1001 Foster Ave   Northlake Store

Toys › All Toys & Games

Walmart+   **Ship free, no order min\***   As often as you need.   Learn more



Roll over image to zoom in



Sponsored

Amuver

## Amuver Flying Saucer Top Gyro Gun Toy Colorful Lighting One-Touch Pistol Gift

**Now $35.37** ~~$49.96~~

Price when purchased online

[ Buy now ]   [ − Max 12 + ]

Size: 11cm*10.5cm

| 11cm*10.5cm $35.37 |

Actual Color: Yellow

Free shipping, **arrives by Fri, Apr 14** to 1001 Foster Ave
More options

Sold and shipped by haimuzhou
★★★½☆ 70 seller reviews
View seller information

Free 30-day returns   Details

♡ Add to list    🗎 Add to registry

### Protect your purchase
Get the best value on product protection including fast repairs or replacements.

○ Add Walmart Protection Plan by Allstate   Details
○ 2-Year plan - $4.00
○ 3-Year plan - $5.00
● I don't need protection at this time

Sponsored   Best seller

$10.99

Harupink Free Route Rotary Flying Spinner Creative Suppo...
★★★★☆ 8
3+ day shipping

[ + Add ]

## Check out these related products





Random Color Only 1PC

**$11.81** ~~$15.75~~
[ Options ]
Amuver Candy Gun, Sweet Sound Light Toy Gun, Surprise Lollipop Launch Toy Gun
3+ day shipping

**$18.27**
[ + Add ]
LSFYSZD LED Flashing Yoyo Ball Kids Toys Light Up Clutch Mechanism Toy
3+ day shipping

**$7.99**
[ + Add ]
Sunisery LED Flashing Yo Light Up Clutch Mechani Spinning String
3+ day shipping

## Popular items in this category
Bestselling items that customers love



Best seller

**$3.97**
[ + Add ]
Toymendous Toy Harmonica for Kids
★★★★★ 34
Pickup   Delivery   3+ day shipping

**$2.98**
[ + Add ]
Wham-O Hacky Sack in Blue and Orange
3+ day shipping

**$4.27**
[ + Add ]
FIDGY BLOX
Pickup   Delivery   3+ day shipping

## About this item

### Product details

Flying Saucer Top Gyro Gun Toy, Colorful Lighting One-Touch Outdoor Bamboo Dragonfly Catapult Pistol Gift for Child

Specifications:
Product Name: Flying Saucer Top Gyro Gun Toy
Material: Plastic
Age: Over 3 Years Old
Size: 11*10.5 cm/4.33*4.13 inches

Package Contents
1 x Flying Saucer Top Gyro Gun Toy

Note:
1. Please understand there may be a 1-2 cm deviation exist.
2. Due to the lighting and monitors, there is a slight difference between the picture and the real item.

Promise
If the product has any problems, please feel free to contact us, we will help you solve the problem as quickly as possible.

- High-quality materials: Made of safe and non-toxic plastic, wear-resistant, smooth surface, and no burrs.
- Features: Innovative gameplay, one-button launch design, cute pistol shape, super cute, install the roulette, you need to turn the frisbee 3-4 times to launch it multiple directions.
- Luminous design: With colorful lights at night, just lightly shake off, you can emit flashing lights, suitable for babies over 3 years old.
- Exercise finger toys: This toy can exercise children's finger abilities and eye coordination, reducing contact with electronic products.
- The package includes: 1 x flying saucer gyro gun toy, suitable as a gift for a little nephew, little niece, little or niece.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Amuver



**Color**
Yellow

**Gender**
Unisex

**Manufacturer Part Number**
VVJVV-h78--MdO

**Manufacturer**
Amuver

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

**Products you may also like**                                                    Sponsored

Reduced price          Best seller

+ Add                  + Add                  + Add                  + Add

Now $12.28 ~~$13.99~~   $10.99                 $9.49                  $15.71
Magic Ball Toy          Harupink Free Route    Burst Fusion Toys      6 Pcs Suction Cup
Portable UFO Flying      Rotary Flying Spinner  Metal Battling Game    Gyro Toys Fingertip
Saucer Stomp Ball for... Creative Supper Flyin… Tops with Launcher…    Suction Cup Gyro…
2-day shipping          ★★★★☆ 5               3+ day shipping        3+ day shipping
                        3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Walmart+   **Ship free, no order min***
           Free shipping as often as you need on
           any order size.
           Learn more                                                             Sponsored

**More items to explore**                                                         Sponsored

Best seller            Reduced price

+ Add                  + Add                  + Add                  + Add                  + Add                  + Add

$10.99                 Now $12.28 ~~$13.99~~   $15.71                 $63.99                 $9.49                  $64.99
Harupink Free Route    Magic Ball Toy Portable 6 Pcs Suction Cup      Hishine 43" 700LBS     Burst Fusion Toys      Remote Control Robot
Rotary Flying Spinner  UFO Flying Saucer       Gyro Toys Fingertip    Saucer Tree Swing for  Metal Battling Game    Dog Toy With Touch
Creative Supper Flyin… Stomp Ball for Kids...  Suction Cup Gyro…      Kids, Waterproof…     Tops with Launcher…    Function And Voice…
★★★★☆ 5               2-day shipping          3+ day shipping        3+ day shipping        3+ day shipping        3+ day shipping
3+ day shipping

## Recently viewed items
Based on your most recent browse history

Clearance

Options                Options                 + Add

From $23.47 +$4.98 shipping  $6.98              Now $15.99 ~~$18.99~~ +$3.00 shipping
Flying Disc Launcher Toy -   Light-Up Disc Flyer 75mAh Button Battery LED Flashing Flying  2 Pcs Kids Dics Night Luminous Flyin
Dinosaur Shape Flying Saucer Disc  Saucer Educational Children Disc Launcher Interactive Flying  Educational Playthings for Kids Teens
Launchers | Disk Shooter Sets with 1 Flying Saucer Guns And 8  Disc Toy  3+ day shipping
Spinning Disks Each, Great Birthday Party Favors  +2 options
3+ day shipping  3+ day shipping

Walmart+   **Ship free, no order min***
           Free shipping as often as you need on
           any order size.
           Learn more                                                             Sponsored

## Related pages

Metaverse Nft                Global Crypto Currency          Forex Cryptocurrency Trading



| ☰ | ✻ | Search Walmart | 🔍 | 🛒 $494.44 |

‹ Back to item

## haimuzhou

★★⯨☆☆   See all 70 reviews
2.7 stars out of 5

**41%** Overall Positive Rating

🏠 Business Name:
taianhaimuzhouzhuangshiyouxiangongsi

Contact seller

📞 (+86) 18042376293

███████████████

About seller

Tax policy

### More items from this seller









| $8.46 | $13.97 | $13.45 | $6.06 |
| Women Sexy Lingerie Plus Size Hot Erotic Underwear Babydoll Fishnet Sleepwear | Autumn and Winter Womens Long Sleeve Hoodie Sweatshirt Jumper Hooded... | Womens Button V Neck Cardigan Top Loose Long Sleeve Cotton Linen Shirt | Jeobest 10PCS Nylon Cleaning Brushes - Nylon Cleaning Brush Set Test Tub... |
| ★★⯨☆☆ 25 | ★★⯨☆☆ 84 | ★★⯨☆☆ 69 | ★★★☆☆ 28 |

[+ Add] [+ Add] [+ Add] [+ Add]

### Seller reviews

**2.7** out of **5**
★★⯨☆☆ (70 reviews)

| 5 stars | | 17 |
| 4 stars | | 12 |
| 3 stars | | 4 |
| 2 stars | | 8 |
| 1 star | | 29 |

**Most helpful positive review**    VS    **Most helpful negative review**

★★★★★

Well, I ordered three bathing suits with the kimono also, two of which were the same bathing suit, just in different colors. One bathing suit was too big. I ordered all three in the same size. I had no problems on the return process for the one that was too big. Also, I wish the bathing suits would have a bit more support in the bust area, but still very flattering on me and I love the color choices and styles.

Mary

★★☆☆☆

The shirt is ok. Everything from China is Polyester. I am getting sick of Polyester. Must be cheap for China. China show us on-line pics of blouses made with cotton and ship us the exact opposite. There is a definite big difference between the two materials. Polyester is the shaft that the customer get shipped with. How about made in America items? Oh, that's right. China is the super power.

Dawn

---

**29 reviews**    Sort by | Newest to oldest ▾

| ★☆☆☆☆   02/18/2022 | ★☆☆☆☆   05/12/2022 |
| Sizing is very wrong. Extremely small for the size ordered. | This is horrible, cheap, thin. Not worth what I paid. |
| PV | Molly |

| ★☆☆☆☆   05/19/2022 | ★☆☆☆☆   12/31/2021 |
| ill fitting, WAY to small, cheaply made, not denim. only reason for 1 star...they arrived as stated | |
| deb | Bill |

| ★☆☆☆☆   11/11/2022 | ★☆☆☆☆   12/31/2021 |
| They obviously do not back their product. If I can ant to return it I have to pay shipping after paying to have it shipped to me. I should not have to pay shipping twice. | |
| Costway | Robby |

| | ★☆☆☆☆   01/21/2022 |
| | |
| | Candy |

| ★☆☆☆☆   12/04/2022 | ★☆☆☆☆   12/31/2021 |
| Really read the details - I missed the size because I went off of the photos. | |
| Jennifer | Chanda |

| | ★☆☆☆☆   12/06/2021 |
| | |
| | Eileen |

① ② ③ ›

### About seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We have good quality baby clothes at good prices.

### Tax policy

All Sales Tax Policy is the same as Walmart.

**We'd love to hear what you think!**

[ Give feedback ]



🚚 **Free shipping, arrives by Fri, Apr 14**

███████  ███████                                                    Edit

1001 Foster Ave, Bensenville, IL 60181

**Delivery instructions**                                           Add

Add gate codes or other useful information.

**Items details**                                                   Hide details

**Arrives by Fri, Apr 14** (12 items)

Sold and shipped by haimuzhou

Amuver Flying Saucer Top Gyro Gun Toy Colorful Lighting One-Touch
Pistol Gift          Qty 12        **$424.44**   $35.37 ea   $47.16 ea

Size: 11cm*10.5cm, Actual Color: Yellow

**$141.48** from savings



**Place order for $458.40**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (12 items)                    ~~$565.92~~

Savings                                **-$141.48**

                                       $424.44

Shipping                               **Free**

**Estimated taxes**                    $33.96

**Estimated total**                    **$458.40**

Have a promo code?                     ⌄



💳 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in ████                                          $458.40

Please enter the CVV for the card

* Required field

[ CVV * _____ ]

                                                    Edit payment

Or pay $28/mo with **affirm**   Apply now



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

* Required field

[ Phone number (10 digits)* _____ ]

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart** ✦

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**    Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial



Search Walmart

$25.88

How do you want your items? | 1001 Foster Ave Addison Supercenter

Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ Ship free, no order min* As often as you need. Learn more

Roll over image to zoom in

Sponsored

MCS

Paraflight Flyer Dog Frisbee Toy Floats On Water; Gentle On Dog's Teeth And Gums; Large

$25.88

Price when purchased online

Buy now | Max 1

Actual Color: Blue\/Orange Large Flyer

Blue\/Orange Large Flyer $25.88

Green\/Max Glow Large Flyer $37.97

How do you want your item?

Shipping Sat, Apr 15 Free | Pickup Not available | Delivery Not available

1001 Foster Ave Change

Arrives by Sat, Apr 15 | More options

Sold and shipped by HK JLJ E-Commerce Co. LTD

View seller information

Add to list | Add to registry

Sponsored

$15.99

Dog Puzzle Toys, Interactive Dog Toys for Large Medium...

30

2-day shipping

+ Add

## Popular items in this category

Bestselling items that customers love

+ Add

$16.29

8 Pack Flying Discs Toys, Dogs Frisbee, Large Pets Fetching Toy for Outdoors, 9 inch, 4 Fruit Designs

2

3+ day shipping

+ Add

Sponsored

$21.99

LAIKA Retractable Dog Leash, Anti-Chewing 16ft Heavy Duty Dog Leash for Small Medium Large Breed Dogs

7

2-day shipping

+ Add

$12.97

BARK Spaghetti and Mut Features Tug-o-War, Xs t

40

2-day shipping

## About this item

### Product details

10 INCH FRISBEE: Ideal frisbee for dogs for high-flying games of fetch, designed for long-distance flight The Paraflight fetch toy floats in water - great for playing the pool, beach or lake

DURABLE DESIGN: This large dog frisbee features a multilayer nylon interior with soft rubber edges that's gentle on puppy's gums and teeth. Frisbee gradually descends for jumping and catching mid flight

PET TOYS: Get ready for bonding fun with your dogs and cats. Check out a variety of our pet toy products such as frisbees, perches mirrors for birds, prey wand toys for cats, plush toys, light-up interactive dog toys and more

CHUCKIT FETCH TOYS: Chuckit creates toys that enrich the human-animal bond. Bright colors help dogs and puppies stay engaged. Checkout Chuckit for ball launchers, bouncy balls, frisbees, indoor dog toys, glow toys, and so much more

JUST FOR PETS: makes a variety of pet products for dogs, cats, chickens other small furry friends Check out our brands such as Aspen Pet, Arm Hammer, Booda, Chuckit, , and more

Paraflight Flyer Dog Frisbee Toy Floats On Water; Gentle On Dog's Teeth And Gums; Large

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

MCS

Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

+ Add

$15.99

Dog Puzzle Toys, Interactive Dog Toys for Large Medium...

30

2-day shipping

+ Add

$19.98

Tough Dog Rope Toys for Aggressive Chewers, 9 Pack...

2-day shipping

+ Add

$21.99

Pacific Pups Products Dog Rope Toys, Pack of 11 Dog Teething to...

57

2-day shipping

+ Add

$16.99

Hswaye Dog Chew Toys,Tough Dog Toys for Aggressive...

10

3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

**Write a review**



### Ship free, no order min*
Free shipping as often as you need on any order size.

**Learn more**



Sponsored

### More items to explore

Sponsored

     

**+ Add**   **+ Add**   **+ Add**   **+ Add**   **+ Add**   **+ Add**

**$15.99**
Gewiwss Dog Puzzle Toys[Difficulty-Level Adjustable] ...
★★★★★ 6
2-day shipping

**$18.99**
Dog Rope Toys - 7 Colorful & Fun Dog Rope Toys!
★★★☆☆ 2
2-day shipping

**$14.98**
XL Dog Chew Toys for Aggressive Chewers, 6 Pack Almost...
★★★☆☆ 5
2-day shipping

**$23.99**
Pacific Pups Products Dog Toys, 18 Pack
★★★★☆ 20
3+ day shipping

**$10.99**
Wild Goose Dog Toy Cloth Wild Goose Squeaky Toy...
★★★★★ 1
3+ day shipping

**$12.83**
Floating Alphabet Train Bath Toy Early Educational Floating...
3+ day shipping

### Recently viewed items
Based on your most recent browse history

    

**2-piece set**



**+ Add**   **Options**   **+ Add**

**$14.94**
Outdoor Sports Kids Rubber Dog Frisbee (Blue Orange) 2 Pieces
3+ day shipping

**From $10.50**
1 Pack 6 Inch Dog Frisbees, Dog Flying Disc Durable Dog Toys, Nature Rubber Floating Flying Saucer for Water Pool Beach (Red)
3+ day shipping

**$15.99**
Dog Frisbee Toy, Bite-resistant Large Toy
3+ day shipping



### Ship free, no order min*
Free shipping as often as you need on any order size.

**Learn more**

Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

**Give feedback**

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.

 

Search Walmart

< Back to item

## HK JLJ E-Commerce Co. LTD

☆☆☆☆☆
No reviews yet

🏠 Business Name:
haikoujianlijindianzishangwuyouxianzerengongsi

✉ Contact seller

📞 (+86) 18570746460

About seller

### More items from this seller

    

[+ Add]   [+ Add]   [+ Add]   [+ Add]   >

**$17.60**
Essential Lab CM-240
Hydrion Chlorine Dispenser
10-200 PPM Test Roll Plus...

**$32.00**
Falscara D.I.Y. Lash
Extension Starter Kit With
10 Eyelash Lengthening...

**$27.20**
D HOMT1515 TYPE HOMT
HOMELINE 1P 15 AMP
TANDEM DUPLEX CIRCUI...

**$15.84**
Casey Aluminum Black
Touch-Up PenOS

### Seller reviews

This seller doesn't have any reviews yet.

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

We remain dedicated to delivering the highest quality products at unbeatable prices. We have a large selection of general merchandise items - from consumer electronics, to home goods, and much more! We are completely dedicated to our customers from the beginning to the end of your shopping experience.

### We'd love to hear what you think!

[ Give feedback ]

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Sat, Apr 15**

▮▮▮▮  ▮▮▮▮                                                        Edit
1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                        Add

Add gate codes or other useful information.

---

**Items details**                                               Hide details

**Arrives by Sat, Apr 15**  (1 item)

Sold and shipped by HK JLJ E-Commerce Co. LTD

Paraflight Flyer Dog Frisbee Toy Floats On Water; Gentle On Dog&#39;s    Qty 1    $25.88
Teeth And Gums; Large
Actual Color: Blue\/Orange Large Flyer



**Place order for $27.95**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                               $25.88
Shipping                                                          Free
**Estimated taxes**                                             $2.07

**Estimated total**                                            $27.95

Have a promo code?                                                 ∧

[ Promo code ]                                                  Apply

---



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ▮▮▮                                             $27.95

Please enter the CVV for the card

* Required field

┌ CVV * ─────────┐
│ ▮▮▮           │
└───────────────┘

Edit payment

---



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

┌ Phone number (10 digits)* ──────────────────────┐
│ ▮▮▮▮▮▮                                          │
└─────────────────────────────────────────────────┘

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

---



**Walmart** +

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○  **Annual**                                                  Best value
   $98/year after 30-day trial

○  **Monthly**
   $12.95/month after 30-day trial

◉  **I'm not interested in trying Walmart+**



Search Walmart

1001 Foster Ave · Northlake Store

Toys / Toys for Girls and Boys

Sally Hansen Nail your mani A ready-to-wear salon look. Shop now




Sponsored

Ishantech

**ISHANTECH 40 PCS Twisty Pull String Flying Saucers/Helicopters Toys**

**Now $12.99** $15.99

Price when purchased online

Buy now   — Max 50 +

Sold and shipped by ISHANTECH

★★★½☆ 10 seller reviews
View seller information

Free 30-day returns Details

♡ Add to list   ▤ Add to registry

Sponsored

$39.99 40' Waterproof Saucer Web Swing Or Saucer Tree...

3+ day shipping

+ Add



## Check out these related products





+2 options

$10.77
FRCOLOR 56Pcs Military Plastic Soldier Model Toy Men Figures Accessories Kit Decor Play Set (Green)
3+ day shipping

$13.99
Figures Men Toy Soldiers Toys Soldier Action Model Boys Military Playset Mini Sand Green Set Guys Vehicles Figure
3+ day shipping

$59.00
Bojue Pink 31 pcs Children sound light kitchen toy s batteries for girls 3-6 yea
3+ day shipping

## Popular items in this category
Bestselling items that customers love





500+ bought since yesterday

Best seller

$3.97 5.9 ¢/fl oz
Funrise - Gazillion 2 Liter Bubble Solution
★★★★½ 178
Pickup  Delivery  3+ day shipping

$52.95
Pokémon Trading Cards: SAS12.5 Crown Zenith Elite Trainer Box
2-day shipping

Now $24.95 $39.45
Pokémon Trading Card G Shield 12.5 Crown Zenith Special Collection
2-day shipping

## About this item

### Product details

Material: Plastic. Come with the shooter, twist it with your hand, and the Frisbee flies away.

Color: Various colors. Sent at random. Dimensions: 11" (Length), 5.1" (Diameter)

VERY FUN: A fun and great toy for kids to play with friends and parents in the yard or lawn

Recommended Age: Children 5 years or older. Adults can also play with children

Package: 40 x UFO

- Material: Plastic. Come with the shooter, twist it with your hand, and the Frisbee flies away.
- Color: Various colors. Sent at random. Dimensions: 11" (Length), 5.1" (Diameter)
- VERY FUN: A fun and great toy for kids to play with friends and parents in the yard or lawn
- Recommended Age: Children 5 years or older. Adults can also play with children Package: 40 x UFO

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Age Group**
Child

**Color**
Multicolor

**Brand**
Ishantech

### Warnings

⚠ WARNING - California Proposition 65



None

💬 Report incorrect product information

 Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

   

+ Add        + Add        + Add        + Add        ⟩

**$13.99**         **Now $10.00**      **$10.00**         **$63.99**
Montessori Toys for    BUBABOX Montessori   SUORFOXS Glow in    Hishine 43" 700LBS
Babies Toddlers 6-12   Pull String Toy,Baby   the Dark -Kids      Saucer Tree Swing for
Months Pull String...   Montessori 12-18...   Slingshot Flying Toy f...  Kids, Waterproof...

3+ day shipping                       ★★★★★         ★★★★☆
                  2-day shipping      2-day shipping      3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

 Walmart+ **Ship free, no order min***
Free shipping as often as you need on
any order size.

Learn more

Sponsored

## More items to explore

Sponsored

  

+ Add        + Add        + Add        + Add        + Add        + Add        ⟩

**$24.99**      **$24.99**      **$24.99**      **$59.99**      **$14.59**      **$63.99**
Fun Little Toys 27 Pcs  Fun Little Toys 18 PCs  Fun Little Toys 17 PCs  PRINIC 43" 700LBS    GRENCAREU       Hishine 43" 700LBS
Bug Catcher       Bug Catcher Kits for   Sports Outdoor Games   Saucer Tree Swing for  Montessori UFO     Saucer Tree Swing for
Kits,Birthday,Party...   Kids, Outdoor Explor...  Set for Kids,       Kids, Waterproof...   Silicone Pulling Toy,...  Kids, Waterproof...
★★☆☆☆         ★★★★★                     ★★★★★                     ★★★★★
3+ day shipping      3+ day shipping      3+ day shipping      3+ day shipping      2-day shipping      3+ day shipping

## Recently viewed items

Based on your most recent browse history

+ Add        + Add        Options        ⟩

**$9.83**                  **$8.99**                  **$7.99**
MageCrux 6pcs Flying Disc propeller Toys Kids Helicopter Pull    6pcs Flying Disc Toys Kids Flying Disc Plaything Pull String Flying   Jygee Light-Up Disc Flyer 75mAh Bu
String Flying Saucers                     Saucers                          Flying Saucer Educational Children D
                                                              Flying Disc Toy
3+ day shipping                     3+ day shipping                     3+ day shipping

 Walmart+ **Ship free, no order min***
Free shipping as often as you need on
any order size.

Learn more

Sponsored

## Related pages

Transition Patrol            Paw Paw Workshop           Paw Patrol Animals
Wildcat Paw Patrol           Paw Patrol Ryder           Paw Patrol Tower
Paw Patrol Cars             Kitchens, Playfood & Housekeeping  Preschool Toys for Girls
Squishmallows Stuffed Animals     Pokemon Cards             PAW Patrol Toys

💬 Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

 Search Walmart 

< Back to item

## ISHANTECH


3.6 stars out of 5    See all 10 reviews

**70%**   Overall Positive Rating

🏠 Business Name: shenzhenshiaishankejiyouxiangongsi

✉ Contact seller

📞 (+86) 13590313784

[black box]

About seller

Tax policy

### More items from this seller











| $18.99 $24.99 | $10.99 $13.99 | $22.99 $25.99 | $7.99 $9.99 |
|---|---|---|---|
| ...Control Snake ...Snake Toys Fake ...RC Animal Toy... | Rocket Slingshot Flying Copters with Led Lights - 10 Pcs Slingshot Copter... | Remote Control Snake Realistic Snake Toys Fake Snakes RC Animal Toy... | Magnetic Rings Fidget Toys for Adult Anxiety Magnet Rings Fingers... |
| | | | ★★★★★ 1 |

+ Add   + Add   + Add   + Add

### Seller reviews

**3.6** out of **5**

★★★☆☆ (10 reviews)



| 5 stars | 5 |
| 4 stars | 2 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 3 |

### 3 reviews

Sort by | Newest to oldest ▾

| ★☆☆☆☆          08/09/2022 | ★☆☆☆☆          12/13/2021 |
|---|---|
| Gram | Jean |

| ★☆☆☆☆          12/09/2021 |
|---|
| Robbie |

### About seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are committed to providing you with the best products, the lowest prices and the highest level of customer service.

### Tax policy

The merchants who sell on walmart.com collect sales tax in accordance with US and state laws. How Sales Tax is Calculated If an item is subject to sales tax in the state to which the item is shipped, tax will be calculated on the value of each individual item. Taxes will be calculated based on the rules of the particular state and item-level shipping and handling charges and discounts. The amount of taxes that will be charged is based on a number of factors including but not limited to, location of seller and buyer, type of item, and time of purchase.

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.



**Shipping, arrives by Wed, Apr 19**

1001 Foster Ave, Bensenville, IL 60106                                    Edit

**Delivery instructions**                                                 Add

Add gate codes or other useful information.

**Items details**                                                     Hide details

**Arrives by Wed, Apr 19** (50 items)

Sold and shipped by ISHANTECH
$150.00 Freight shipping

ISHANTECH 40 PCS Twisty Pull String Flying Saucers/Helicopters Toys    Qty 50    $649.50
                                                                                 $12.99 ea
                                                                                 $15.99 ea
$150.00 from savings



**Place order for $863.46**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | | |
|---|---|---|
| Subtotal (50 items) | | $799.50 |
| Savings | | -$150.00 |
| | | $649.50 |
| Seller shipping | | $150.00 |
| Estimated taxes | | $63.96 |
| **Estimated total** | | **$863.46** |

Have a promo code?                                             ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ███                                           $863.46

Please enter the CVV for the card

* Required field

CVV *

Edit payment

Or pay $34/mo with affirm    Apply now



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart+**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**          Best value
  $98/year after 30-day trial

○ **Monthly**
  $12.95/month after 30-day trial



Search Walmart

How do you want your items? | 1001 Foster Ave | Addison Supercenter

Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ **Ship free, no order min\*** As often as you need. Learn more



Roll over image to zoom in

### Similar items you might like
Based on what customers bought



**Options** +8 options

**From $14.90** $40.35
West Paw Zogoflex Zisc Small 6.5" Dog Toy Tangerine
★★★★★ 37
2-day shipping

**Options** +3 options

**From $7.07** $13.26
Booda Tail Spin Flyer Big Daddy Frisbee Dog Toy, Large
★★★★★ 31
3+ day shipping

**Options** +5 options

**From $4.93** $7.25
Chuckit! Paraflight Flyer Frisbee Dog Toy, Small
★★★★★ 99
3+ day shipping

### Customers say these are durable
Based on customer reviews

**+ Add**

**$25.60**
KONG Classic Flyer Rubber Frisbee Dog Toy, Large, Red
★★★★★ 15
3+ day shipping

**Options** +3 options

**From $7.85**
Dogs Puppy Squeak Toys Screaming Rubber Chicken Toy For Dogs Latex Squeaker Chew Training Products
★★★★★ 7
3+ day shipping

**+ Add**

**Now $14.42**
Nylabone Strong Chew Chew Toy for Dogs Baco (1 Count)
★★★★★ 31
3+ day shipping

### About this item

#### Product details

**Product description**
Dog Frisbee
**HIGH VISIBILITY, IMPROVE YOUR DOG'S CONFIDENCE**
Why was your dog not so good at playing Frisbee? Because some bright colors like red, orange, green in the eyes of humans will blend into the background in the eyes of dogs, it is difficult for dogs to accurately see the position of the dog disc flyer, which will increase the difficulty of capturing and make the dog frustrated. But our purple is the most suitable color for dog Frisbee, it will definitely be Arouse the dog's interest!
**BOTH ON LAND AND WATER.**
Our dog Frisbee is very suitable for playing on the beach, grass or other outdoors. It can fly easily in the air or float on the water.
**SAFE AND EASY FLYING.**
This durable frisbee toy for dogs soars high & fast for games of fetch in open areas. The rubber Frisbee for dogs uses the principle of dynamic aerodynamics, and you can fly a long distance without too much force. The groove design on the surface makes it easier for the dog to grab. This dog toy is gentle on dogs mouth with rubber-reinforced edges. The rubber material is safe and soft.

- **FROM DOG'S VISION:** In the dog's eyes, our 18CM dog frisbees for dogs color - purple is the color that attracts dogs more than bright red, green, orange. When playing our Frisbee, it will definitely make the dog more excited than usual
- **Rubber Dog Frisbee:** The dog disc toy indestructible is made of pure natural rubber which can float on the water, it is safe and healthy dog chew toy, it will not split into sharp plastic pieces
- **EASY TO FLY:** Our dog Frisbee with aerodynamic groove design will save you a lot of effort, just throw it lightly and it will fly far
- **USE AS A DOG WATER BOWL:** Not only can it be used as a fun interactive toy for dogs, you don't need to wear a dog water cup when you are thirsty while playing, just turn the bottom of the Frisbee up to fill the water
- **ALL SIZE:** Outdoor dog flyer toy's diameter is 8.66", suitable for dogs of any breed and size, which will keep you closer to the dog and relieve the dog's anxiety

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

#### Specifications

**Brand**

★☆☆☆☆ (10) | 1 review

**$27.46**

Price when purchased online ⓘ

**Buy now** | — Max 12 +

**How do you want your item?**

| Shipping Thu, Apr 20 Free | Pickup Not available | Delivery Not available |

1001 Foster Ave Change
Arrives by Thu, Apr 20 More options

Sold and shipped by LEADU Co. Ltd
View seller information

Free 30-day returns Details

Add to list | Add to registry

Sponsored
MASBRILL Dog Toys Indestructible Dog Chew Toys...
★★★★☆ 29
**Now $11.99** $16.99
2-day shipping
**+ Add**

Barka Ave

Warnings

⚠ **WARNING - California Proposition 65**

None

Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

+ Add

**$14.39**
HESLAND Dog Chew Toys for Aggressive Chewers Large Breed...
★★★★★ 15
2-day shipping

+ Add

**$19.99**
XMXIERUI Dog Chew Toys for Aggressive Chewers,Food Grade...
★★★★★ 21
2-day shipping

+ Add

**Now $10.00** ~~$19.99~~
PcEoTllar Dog Toys for Aggressive Chewers Large Medium Breed...
★★★★½ 10
2-day shipping

+ Add

**$16.99**
XMXIERUI Dog Chew Toys for Aggressive Chewers,Food Grade...
★★★★½ 7
2-day shipping

## Customer reviews & ratings

**1** out of **5**

★☆☆☆☆ (1 review)

| | | |
|---|---|---|
| 5 stars | | 0 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 1 |

See all reviews | Write a review

★☆☆☆☆ Verified Purchaser 5/29/2021

**BAD ITEM**

it is not indestructible at all ,last less than 10 minutes ,expensive and bad

Purple7

👍 0 👎 0

See all reviews

Walmart+

**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

## Popular items in this category

Bestselling items that customers love

100+ bought since yesterday

+ Add

**$2.47**
Multipet Smiling Loofa Plush Dog Toy, 6", Plaid Print
★★★★½ 94
Pickup Delivery

100+ bought since yesterday

+ Add

**$5.98**
Multipet Lamb Chop Plush Dog Toy, Medium, 10.5", Plaid Ears and Paws
★★★★☆ 353
Pickup Delivery

500+ bought since yesterday

+ Add

**Now $1.98** ~~$5.72~~
Vibrant Life Dental Buddy Double De Knot Cotton Rope Toy, Small, Chew I Assorted Colors
★★½☆☆ 45
Pickup Delivery 3+ day shipping

## More items to explore

Sponsored

+ Add

**Now $10.00** ~~$19.99~~
PcEoTllar Dog Toys for Aggressive Chewers Large Medium Breed...
★★★★½ 10
2-day shipping

+ Add

**$14.39**
HESLAND Dog Chew Toys for Aggressive Chewers Large Breed...
★★★★★ 15
2-day shipping

+ Add

**$8.99**
Squeaky Octopus Dog Toys for Large Dogs, No Stuffing Crinkle...
2-day shipping

Reduced price

+ Add

**Now $25.99** ~~$33.99~~
DOG CARE Dog Training Collars With 3 Modes Beep Vibratio...
★★★☆☆ 1
2-day shipping

Best seller

+ Add

**$26.98**
Dog Care Dog Training Collars with Remote Control, IP67...
★★★★½ 4
2-day shipping

+ Add

**Now $11.98** ~~$18.99~~
MASBRILL Large Dog Chew Toy for Aggressive Chewers-...
★★★★½ 18
2-day shipping

## Recently viewed items

Based on your most recent browse history









**$12.98**
Kinsmart Off Road Big Foot Monster 1955 Chevy Stepside PickUp
Truck 1:32 RED14X4
★★★☆☆ 4

3+ day shipping

**$3.99** +$3.96 shipping
Kiplyki Wholesale DIY Interchangeable Car Shell Pull Back
Climbing Car One Change Three Simulation Off-road Vehicle
Child Car Toy Model Birthday Christmas Gift

3+ day shipping

**$110.98**
Charging Drift Racing Model Vehicle
Wheel Model Car

3+ day shipping

+2 options



**Ship free, no order min***
Free shipping as often as you need on
any order size.

Learn more

Sponsored

### Related pages

| | | |
|---|---|---|
| Rosewood Dog Toys | Juguete Para Perro | Paracord Dog Toy |
| Walky Dog | Possum Dog Toy | Quail Dog Toy |
| Dog Toys | Vibrant Life Dog Toys | Dog Chew Toys |
| Dog Plush Toys | Squeaker Dog Toys | Nylabone Dog Supplies |

💬 **Notice unusual marketplace activity?** Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.



‹ Back to item

## LEAOU Co. Ltd

☆☆☆☆☆
No reviews yet

🏠 Business Name:
weifangruyishangmaoyouxiangongsi

✉️ Contact seller

📞 (+86) 36653767513

<u>About seller</u>

<u>Tax policy</u>

### More items from this seller









| | | | |
|---|---|---|---|
| ➕ Add | ➕ Add | ➕ Add | ➕ Add |
| **$12.57** | **$121.84** | **$19.97** | **$10.99** |
| Electric Massagers 2Pack Pain Relief Shoulder and Neck Foot Body Massager... | 4-Tier Wide Drawer Dresser, Storage Unit With 8 Easy Pull Fabric Drawers And... | Omnipotent Versatile Sticky Cleaner Picker Pet Hair Crumbs Lint Reusable... | Diamond Painting Anime Demon Slayer Picture of Rhinestones Full Diamond... |
| ★★★★★ | | | |

### Seller reviews

This seller doesn't have any reviews yet.

### About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

The company's products are mainly sold to the United States, and the products are very popular with American customers.

### Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Thu, Apr 20**

█████  ████                                              Edit
1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                  Add
Add gate codes or other useful information.

**Items details**                                      Hide details

**Arrives by Thu, Apr 20**  (12 items)

Sold and shipped by LEAOU Co. Ltd

Barka Ave Dog Frisbee Indestructible Disc Toy for Large Dogs Soft    Qty 12    **$329.52**
Natural Rubber for Puppies Outdoor Durable                                    $27.46 ea



**Place order for $355.88**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (12 items)                            $329.52
Shipping                                          Free
**Estimated taxes**                              $26.36

**Estimated total**                           **$355.88**

Have a promo code?                                 ^

[ Promo code ]                              Apply



🗔 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in** ███                            $355.88

Please enter the CVV for the card

* Required field

          CVV *
          ███████

                                      Edit payment



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
████████

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.



**Walmart**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts
and more!**

◯  **Annual**                                                        Best
    **$98/year** after 30-day trial                                  value

◯  **Monthly**
    **$12.95/month** after 30-day trial

◉  **I'm not interested in trying Walmart+**





Search Walmart

How do you want your items? | 1001 Foster Ave Addison Supercenter

Toys / All Toys & Games

Walmart+ **Ship free, no order min\*** As often as you need. Learn more



Roll over image to zoom in

**Popular items in this category**
Bestselling items that customers love

100+ bought since yesterday

Now **$1.47** $3.99
JA-RU Splat Ball - Styles Will Vary - 1 Piece
★★★☆☆ 143
Pickup  Delivery

Best seller

$4.98
Light Up Football, Best Brands, Football, Toss Ball
★★★★☆ 23
Pickup  Delivery

Best seller

$11.99
Tech Deck, 96mm Finger
Authentic Designs, For A
(Styles May Vary)
★★★★☆ 25
3+ day shipping

Sponsored

YuGi

**Ice Cream Handle Control Launcher Toy Super Fun Outdoor Flying Toy for Holiday Party Favors Purple**

**$8.74**
Price when purchased online ⓘ

Buy now    —  Max 12  +

**Actual Color:** Purple

| Brown $8.72 | Green $9.02 | Pink $8.81 |
| Purple $8.74 | White $9.60 |

**How do you want your item?**

Shipping Thu, Mar 23 Free | Pickup Not available | Delivery Not available

1001 Foster Ave  Change
Arrives by Thu, Mar 23  More options

Sold and shipped by Lvtoys

View seller information

Add to list    Add to registry

Sponsored
$25.99
Pro Flying Toys That Brings Magic into Reality. Flying...
3+ day shipping
+ Add

**About this item**

Product details ⌃

Features:
1.Stress Relief Toys: These flying discs spin in the air and fly higher and farther, and kids will love it. A fun and effective way for kids to focus, improve coordination and relieve stress and anxiety.2.Easy to Play: This flying toy is very easy to operate. Just install the wheel on the ice cream handle and press the button, it will quickly fly to the sky, which is good for improving children's hands-on and practical skills.3.Child Safe: This flying gyro toy is made of high quality ABS and silicone material with smooth surface, which is safe for children and can be used repeatedly.4.Kids Party Favors: Suitable for kids party favors, outdoor activities, outdoor games, educational learning toys, classroom rewards, activity gifts, Goodie bag fillers, and any other scenes.
5.Customer Service: With customer satisfaction as our first priority, we offer a satisfaction service for all of our merchandise. If you have any problems, please contact us in time. We will give you replies as soon as possible.

Specifications:Package:Color Box
Product Size:Ice Cream Shaped Transmitter:6.5*14.5cm         LED Light Flying Saucer:10.5cm in diameter
Normal Flying Saucer:7.5cm in diameterMaterial:PlasticWeight:about 100g/setNote:Flying Saucer and lanyard color random.Notes:1. Due to the effects of light and shooting angle, the actual color of the item may differ slightly from the color shown on the picture.2. Due to manual measurement,please allow 1-3cm measuring deviation.Thank you for understanding!

- Decompression Toys: These flying saucers spin in the air, fly higher and farther, and kids will love it. A fun and effective way for kids to focus, improve coordination and relieve stress and anxiety.
- Easy to Play: This flying toy is very easy to maneuver. As long as the roulette wheel is installed on the ice cream handle and the button is pressed, it will quickly fly to the sky, which is good for improving the child's hands-on ability and practical ability.
- Safe Material: This flying spinning top toy is made of high-quality ABS and silicone material, which is strong and durable, with a smooth surface, which is safe for children and can be used repeatedly.
- Kids Party Favors: Suitable for children's party gifts, outdoor activities, outdoor games, educational learning toys, children's birthday gifts, classroom rewards, activity gifts and any other scenarios.
- After-sales Service: With customer satisfaction as our first priority, we offer a satisfaction service for all of our merchandise. If you have any problems, please contact us in time. We will give you replies as soon as possible.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

**Age Group**
Child

**Brand**
YuGi

Directions ⌃

**Fabric Care Instructions**
Hand Wash

Warnings ⌃

⚠ **WARNING - California Proposition 65**
None

ⓘ Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

**Products you may also like**

Sponsored

   

Reduced price

**$25.99**
Pro Flying Toys That Brings Magic into Reality,Flying...
3+ day shipping

**$29.99**
Wooden Ice Cream Truck, 28 pcs Magnetic Ice Cream Sweet...
2-day shipping

Now **$16.99** $20.99
SUPER JOY Kids Bow and Arrow Set, LED Light Up Archery Toy...
2-day shipping

**$20.19**
ArmoGear Rocket Launcher for Kids | Dual Launchers Rock...
2-day shipping

---

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Walmart+
**Ship free, no order min***
Free shipping as often as you need on any order size.
Learn more

Sponsored

**More items to explore**

Sponsored



**$20.19**
ArmoGear Rocket Launcher for Kids | Dual Launchers Rock...
3+ day shipping

**$15.99**
Areyourshop RC LED Cracked Crystal Flying Ball Induction...
3-5 Days Delivery
3+ day shipping

**$14.99**
Boy Toys 4 Pack Airplane Launcher Toys, Foam Glider...
3+ day shipping

**$13.99**
Magic Ball Toy Portable UFO Flying Saucer Stomp Ball for Kids...
2-day shipping

**$25.99**
Pro Flying Toys That Brings Magic into Reality,Flying...
2-day shipping

**$29.99**
Wooden Ice Cream Truck, 28 pcs Magnetic Ice Cream Sweet Trea...
2-day shipping

---

**Recently viewed items**
Based on your most recent browse history

  

2PCS

Options

**$6.48**
CLOBQAN 3PCS Super Saucer Disc Launcher Toys, Disk Shooter Sets with 3 Flying Saucer Gun and 3 Spinning Disks Each, Super Fun Outdoor Flying Toys for Kids, Great Birthday Party Favors
+4 options
3+ day shipping

**$15.13**
Cartridge,Filter,for,Hot,Replacement,SaluSpa,Spa,Tubs,Type,VI
+2 options
3+ day shipping

**$9.70**
Reusable Swimming Pool Filter Wash For Intex S1 Carton
3+ day shipping

Walmart+
**Ship free, no order min***
Free shipping as often as you need on any order size.
Learn more

Sponsored

◯ Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!
Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program

https://www.walmart.com/ip/Ice-Cream-Handle-Control-Launcher-Toy-Super-Fun-Outdoor-Flying-Toy-for-Holiday-Party-Favors-Purple/3600383829
2/3

 

Search Walmart

〈 Back to item

# Lxtoys

☆ ☆ ☆ ☆ ☆
No reviews yet

🏠  Business Name:
dongguanshilegangxidianzishangwuyouxiangongsi

✉  Contact seller

📞  (+86) 13240482724

## Seller reviews

This seller doesn't have any reviews yet.

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**🚚 Free shipping, arrives by Thu, Mar 23**

████  ████                                              Edit

1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                               Add

Add gate codes or other useful information.

**Items details**                                       Hide details

**Arrives by Thu, Mar 23** (12 items)

Sold and shipped by Lxtoys

Ice Cream Handle Control Launcher Toy Super Fun Outdoor Flying Toy for        Qty 12        **$104.88**
Holiday Party Favors Purple                                                                 $8.74 ea
Actual Color: Purple



**Place order for $113.27**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                    $104.88
Shipping                                      Free
**Estimated taxes**                          $8.39

**Estimated total**                         $113.27

Have a promo code?                             ∧

Promo code                                  Apply

---



**💳 Payment method**

ℹ️ **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in ███                                   $113.27

Please enter the CVV for the card

* Required field

CVV *
████                                          Edit payment

---

**📱 Mobile contact**

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
████████

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our **Mobile Alert Terms**.

---



**Walmart** ✦

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**
$98/year after 30-day trial                          Best value

○ **Monthly**
$12.95/month after 30-day trial

◉ I'm not interested in trying Walmart+





☰   Search Walmart

How do you want your items?   📍 1001 Foster Ave   Addison Supercenter

Pets › Dogs › Dog Toys › All Dog Toys

Walmart+   Ship free, no order min*   As often as you need.   Learn more



Roll over image to zoom in

### Popular items in this category
Bestselling items that customers love



**$22.99**
Hyperfline Jawz Lemon Lime Competition Dog Disc 8.75 Inch, Worlds Toughest, Best Flying, Puncture...

3+ day shipping

+ Add



**$15.99**
4 Pack Soft Flying Disc Tie-Dye, Sports Toys for Kids, Dog Training, Yellow, 8 in

2-day shipping

+ Add



Best seller

**From $7.15**
Champion Sports Compe... Disc Frisbee, 9" Diamete...

3+ day shipping

Options

+3 options

Sponsored

MINM

**MINM Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More**

**$6.87**

Price when purchased online ⓘ

Buy now   —   Max 12   +

Size: Small Oviraptor

| $7.98 | $7.98 | $7.98 | $7.98 | $7.98 |
| $7.98 | $7.98 | $6.87 | $6.87 | $6.87 |

#### How do you want your item?

| 🚚 Shipping Thu, Apr 13 Free | Pickup Not available | Delivery Not available |

**1001 Foster Ave** Change

Arrives by **Thu, Apr 13** · More options

Sold and shipped by Maggie Co.Ltd

★★★★★ 2 seller reviews
View seller information

Free 30-day returns   Details

♡ Add to list    Add to registry

Reduced price   Sponsored

**Now $14.29** ~~$15.99~~
AMIPET Rawhide Free Dog Treats Chicken Wrap Cod Stic...

★★★★★ 14

2-day shipping

+ Add

### About this item

**Product details** ⌄

Specification:

Material: PU plastic

Size: Large - diameter 20cm/7.87inch, height 1.5cm/0.6inch

Small - diameter 16cm/6.3inch, height 1.5cm/0.6inch

Features:

1. COMPLETE SET: This flying discs Approximately 7.8 inches in diameter.Weight 76 grams, it is lighter than regular disc, so it would be a perfect discs for children and beginners.adequate quantity can meet your daily use and play demands, which allow you to replace your old one or broken one, and you can share them with your close friends, family members, to have fun together.

2. Flying Disc Process: Our Flying Disc is made of tough but stretchy soft PU plastic. The front and back of the Flying Disc are specially polished to provide adhesion.The deep rim and in good shape and the textured edges makes you easy to hold and throw, as well as easy catch.Lasting Flying Disc can fly very well.

3. DURABLE DOG FLYING DISC FETCH TOY: Dog friendly material constructed,Brightly colored, making them easier to track in flight.Ideal flying discs for dogs for high-flying games of fetch, easy to catch and throw.The good floating design allows the dog to play in the water.

4. The reason for needing it: Flying Disc is good for human body. In the process of throwing, catching, running, jumping and jumping, the body can exercise some muscle strength, stability, flexibility and accuracy. Exercise eye, brain, body, hand, finger coordination and coordination. What's more, there was laughter and joy throughout this whole experience.

5. Widely Used: Packaged in Display Box.These discs are practical accessories for yard games, beach games, lawn games, camping games, kindergarten teaching and more outdoor and indoor activities; Also perfect for birthday party favors, club promotions gift and prizes. Or play with your pet as training to promote bonding with your pet

Notice:

1. Due to the influence of many factors such as display brightness and light brightness, the product's actual color may be slightly different from the picture displayed on the website.

2. Please allow a slight difference between the size data and manual measurement.

Package Includes:

1x Flying Disc

- 1. COMPLETE SET: This flying discs Approximately 7.8 inches in diameter.Weight 76 grams, it is lighter than regular disc, so it would be a perfect discs for children and beginners.adequate quantity can meet your daily use and play demands, which allow you to replace your old one or broken one, and you can share them with your close friends, family members, to have fun together.
- 2. Flying Disc Process: Our Flying Disc is made of tough but stretchy soft PU plastic. The front and back of the Flying Disc are specially polished to provide adhesion.The deep rim and in good shape and the textured edges makes you easy to hold and throw, as well as easy catch.Lasting Flying Disc can fly very well.
- 3. DURABLE DOG FLYING DISC FETCH TOY: Dog friendly material constructed,Brightly colored, making them easier to track in flight.Ideal flying discs for dogs for high-flying games of fetch, easy to catch and throw.The good floating design allows the dog to play in the water.
- 4. The reason for needing it: Flying Disc is good for human body. In the process of throwing, catching, running, jumping and jumping, the body can exercise some muscle strength, stability, flexibility and accuracy. Exercise eye, brain, body, hand, finger coordination and coordination. What's more, there was laughter and joy throughout this whole experience.
- 5. Widely Used: Packaged in Display Box.These discs are practical accessories for yard games, beach games, lawn games, camping games, kindergarten teaching and more outdoor and indoor activities; Also perfect for birthday party favors, club promotions gift and prizes. Or play with your pet as training to promote bonding with your pet

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications** ⌃

Brand

4/4/23, 4:04 PM

MINM Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More - Walmart.com



MiNM

**Manufacturer Part Number**
LPFUSY6440

**Assembled Product Weight**
50 g

**Assembled Product Dimensions (L x W x H)**
6.30 x 6.30 x 0.60 inches

🗩 Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

**Products you may also like**    Sponsored

Best seller | Reduced price | For Larger dog

$11.79
Dog Brush Bath Histotree Soothing Massage Rubber...
★★★★★
2-day shipping

Now $71.99 $89.99
Wedyvko Pet Stroller, 3 Wheels Foldable Dogs Strollers with...
3+ day shipping

$18.99
Anti-bark collar for large dogs, adjustable 5 levels of sound...
3+ day shipping

$10.99
Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactiv...
3+ day shipping

**Customer reviews & ratings**

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Walmart ✦  **Ship free, no order min\***
Free shipping as often as you need on any order size.
Learn more

Sponsored

**More items to explore**    Sponsored

Clearance

Now $12.99 $14.99
Retractable Dog Leash - Reflective - Dog Leash In Lots Of...
★★★★★
3+ day shipping

$23.95
Paws of Kerry Calming Treats for Dogs Anxiety, Stress Relief ...
★★★★☆ 20
2-day shipping

$16.99
Ugerlov Squeak Dog Toys, Squeak Dog Toy Dog Puzzle Toys IQ...
2-day shipping

$10.99
Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactiv...
3+ day shipping

$14.99
Retractable Dog Leash - Reflective - Dog Leash In Lots Of...
3+ day shipping

$32.99
Pet Union Professional Dog Grooming Kit - Rechargeable -...
2-day shipping

**Recently viewed items**
Based on your most recent browse history

Options

$11.99
Frisbee , Outdoor Games Disc Golf ,PU material special frisbee, outdoor frisbee, children's toys, pet toys
3+ day shipping
+14 options

Add

$14.94
Outdoor Sports Kids Rubber Dog Frisbee (Blue Orange) 2 Pieces
3+ day shipping

Options

From $10.50
1 Pack 6 Inch Dog Frisbees, Dog Flying Nature Rubber Floating Flying Sauce
3+ day shipping



Walmart ✦  **Ship free, no order min\***
Free shipping as often as you need on any order size.
Learn more

Sponsored

**Related pages**

Rosewood Dog Toys        Juguete Para Perro        Paracord Dog Toy

Walky Dog        Possum Dog Toy        Quail Dog Toy

Dog Toys        Vibrant Life Dog Toys        Dog Chew Toys



| ☰ ✹ | Search Walmart | 🔍 | 🛒 |

## Maggie Co.Ltd



★★★★★
5 stars out of 5

[See all 2 reviews](#)

**100%** Overall Positive Rating

🏠 Business Name: quanzhou miaojin maoyi youxiangongsi

✉ Contact seller

📞 (+86)13259920936



About seller

### More items from this seller

   

| | | | ❯ |

➕ Add     ➕ Add     ➕ Add     ➕ Add

**$11.83**
MINM New For Scotty Cameron Pivot Tool Green Aluminum Collector Tin Gol...

**$7.28**
MINM 50 Pieces Push Pin Hooks Plastic Heads Pin Thumb Tacks Hanging Nails...

**$6.84**
MINM Big Size Makeup Brushes Foundation Soft Cosmetic Powder Brush for...

**$6.50**
MINM Back Rotatable Sun and Moon Necklace to My Badass Squad Necklace wit...

### Seller reviews

**5 out of 5**

★★★★★ (2 reviews)

| 5 stars | ████████████ | 2 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 0 |

**2 reviews**    Sort by | Most Relevant ▾

★★★★★        02/17/2023

Maggie Co.Ltd are very helpful and responsive! I will be a returning customer!

Dyella

★★★★★        03/14/2023

Wanda

### About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

To do cross-border e-commerce, we are professional. The goal is to provide you with more affordable products.

**We'd love to hear what you think!**

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Choices

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Thu, Apr 13**

████  ████                                          Edit

1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                             Add

Add gate codes or other useful information.

**Items details**                                 Hide details

**Arrives by Thu, Apr 13**  (12 items)

Sold and shipped by Maggie Co.Ltd

MINM Flying Disc Sport Disc Loads of Colors Available, Suitable for          Qty 12        **$82.44**
Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More                       $6.87 ea
Size: Small Oviraptor



**Place order for $89.04**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (12 items)                          $82.44
Shipping                                       Free
**Estimated taxes**                           $6.60

**Estimated total**                          **$89.04**

Have a promo code?                               ^

| Promo code |            Apply



💳 **Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ███                                    $89.04

Please enter the CVV for the card

* Required field

[CVV *]  ████

                                                Edit payment



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

[Phone number (10 digits)*]
████████

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



Walmart+

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**                                    Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

● **I'm not interested in trying Walmart+**





How do you want your items?   1001 Foster Ave   Addison Supercenter

Walmart+   **Ship free, no order min\***   As often as you need.   Learn more



Sponsored

Alblimy

**Bamboo Catapult Toy Rounded Edge and Durable Design Great Gift for Christmas Present Yellow**

**$28.89**

Price when purchased online ⓘ

[ Buy now ]   [ −   Max 12   + ]

Actual Color: Yellow

| Blue $29.89 | Yellow $28.89 |

**How do you want your item?**

| 🚚 Shipping Thu, Apr 13 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |

**1001 Foster Ave**   Change

Arrives by **Thu, Apr 13**   More options

Sold and shipped by Maletods

View seller information

Free 30-day returns   Details

♡ Add to list    ⊞ Add to registry

Roll over image to zoom in

## Popular items in this category
Bestselling items that customers love



**Now $17.99**
Kids Dart Board with Scorecard and 6 Darts, Measures 11.75" Colorful Design, Lightweight, 100% Safe, No Sharp Edge...
2-day shipping

**$6.99**
Antner 5 Pairs Bamboo Chopsticks Reusable Japanese Style Chopstick Gift Sets, Classic Natural Bamboo Chop...
2-day shipping

**$11.65**
Cello Wrap 30"x5' Roll Sc...
3+ day shipping

## About this item

### Product details

Features:Stimulate Children's Sports Skills: When using a flying saucer, the child develops sports skills in subconscious, brain sensitivity, rapid response time, hand -eye coordination and focusing on mobile objects, so as to make them develop. Just set the rules of capturing flying saucers, your child will get fun in these simple and safe exercises.Material: The launch toys are made of selected high -quality ABS materials, which are very durable and shock -proof. It is so solid, even children can step on their feet. In addition, the pedal has a shock absorber, so the feet when playing will not be injured.Easy To Play: Put the flying toy shooter into the toy, and then press the pedal to the toy that pops up. After popping up the plate, you can catch it with the net. Children can play alone or play with other children or partners.Ideal Family Game: This toy is a good way to learn digital skills when playing. An excellent educational toy is suitable for children to improve patience and develop independent thinking and learning skills when playing alone. When children and parents focus on the game, this will be an excellent interactive game that can establish contact between them.Perfect Gifts: Our flying saucer launcher toy is very interesting, allowing your child to entertain for several hours. Very suitable for any occasion, such as party, birthday, holidays and Christmas. You can play with multiple children, which increases the interaction between them.

Specification:Material:ABSSize:13*30*25cm

- Stimulate Children's Sports Skills: When using a flying saucer, the child develops sports skills in subconscious, brain sensitivity, rapid response time, hand -eye coordination and focusing on mobile objects, so as to make them develop. Just set the rules of capturing flying saucers, your child will get fun in these simple and safe exercises.
- More Advantages:Buy this toy with confidence, because it is safe & non toxic for children. Each launcher is made of premium quality plastic, giving you loads of play fun! The propeller disk is lightweight and will not knock anything over.
- Easy To Play: Put the flying toy shooter into the toy, and then press the pedal to the toy that pops up. After popping up the plate, you can catch it with the net. Children can play alone or play with other children or partners.
- Ideal Family Game: This toy is a good way to learn digital skills when playing. An excellent interactive game is suitable for children to improve patience and develop independent thinking and learning skills when playing alone. When children and parents focus on the game, this will be an excellent interactive game that can establish contact between them.
- Guarantee:If you have any question with our product,we will help you solve it.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warnings

⚠ WARNING - California Proposition 65
None

💬 Report incorrect product information

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

[ Write a review ]

This item doesn't have any reviews yet.



**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

**Recently viewed items**
Based on your most recent browse history



Options

+2 options

**From $31.77**
Mini Bamboo-copter Games Toys Rounded Edge and Durable Design Great Gift for Birthday Present Yellow

3+ day shipping

Options

+10 options

**From $8.06**
Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More

3+ day shipping

Options

+10 option

**From $6.81**
Flying Disc Sport Disc Loads of Color Competitions, Team Flying Disc for B and More

3+ day shipping



**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.

 

Search Walmart

< Back to item

# Maletods

☆☆☆☆☆
No reviews yet

🏠 Business Name:
dongguanshihaojiudianzishangwuyouxiangongsi

✉ Contact seller

📞 (+86) 17157618707

## Seller reviews

This seller doesn't have any reviews yet.

We'd love to hear what you think!

**Give feedback**

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Thu, Apr 13**

████ ████                                              Edit

1001 Foster Ave, Bensenville, IL 60106

Delivery instructions                                  Add

Add gate codes or other useful information.

**Items details**                                      Hide details

**Arrives by Thu, Apr 13**  (12 items)

Sold and shipped by Maletdos

Bamboo Catapult Toy Rounded Edge and Durable Design Great Gift for    Qty 12    **$346.68**
Christmas Present Yellow                                                         $28.89 ea
Actual Color: Yellow



**Place order for $374.41**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                    $346.68
Shipping                                   Free
**Estimated taxes**                        $27.73

**Estimated total**                        $374.41

Have a promo code?                         ⌃

Promo code                                 Apply



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ███                                    $374.41

Please enter the CVV for the card

* Required field

CVV *
███

                                                       Edit payment

Or pay $23/mo with *affirm*   Apply now



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
███████

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.



**Walmart**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts
and more!**

○ Annual                                              Best value
  $98/year after 30-day trial

○ Monthly
  $12.95/month after 30-day trial



≡   ✳   | Search Walmart     🔍   🛒

📍 How do you want your items? | 📍 1001 Foster Ave 🏬 Addison Supercenter

Toys › All Toys & Games

Walmart+   Ship free, no order min*   As often as you need.   Learn more



Roll over image to zoom in

Sponsored

Macke

### Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More

**$8.06**

Price when purchased online ⓘ

[ Buy now ]   [ −   Max 12   + ]

Size: Large - Animal Paradise

| $8.06 | $8.06 | $8.06 | $8.89 | $8.89 |
| $8.85 | $8.06 | $7.58 | $8.84 | $7.12 |

#### How do you want your item?

| 🚚 Shipping Tue, Apr 25 Free | 🏬 Pickup Not available | 🏪 Delivery Not available |

**1001 Foster Ave** Change

Arrives by **Tue, Apr 25** | More options

📦 Sold and shipped by MK Trading Co. LTD

⭐ ☆☆☆☆ 1 seller reviews
View seller information

↩ Free 30-day returns   Details

[ + Add to list ]   [ + Add to registry ]

Sponsored

**$17.99**

Fun Expressions Flying Discs - Party Favors - 12 Pieces

3+ day shipping

[ + Add ]

## Popular items in this category
Bestselling items that customers love



+ Add

**$15.99**

4 Pack Soft Flying Disc Tie-Dye, Sports Toys for Kids, Dog Training, Yellow, 8 in

⭐⭐⭐⭐ 3

2-day shipping



Best seller

Options   +3 options

**From $7.15**

Champion Sports Competition Flying Disc Frisbee, 9" Diameter- Single Frisbee

⭐⭐ 8

3+ day shipping



Best seller

Options   +4 options

**$1.49** - $4.61 shipping

Epic Sports 9.25" Flying Disc Frisbee - Available In 4-C

⭐⭐⭐⭐ 1

3+ day shipping

## About this item

### Product details ⌃

Specification:

Material: PU plastic

Size: Large - diameter 20cm/7.87inch, height 1.5cm/0.6inch

Small - diameter 16cm/6.3inch, height 1.5cm/0.6inch

Features:

1. COMPLETE SET: This flying discs Approximately 7.8 inches in diameter.Weight 76 grams, it is lighter than regular disc, so it would be a perfect discs for children and beginners.adequate quantity can meet your daily use and play demands, which allow you to replace your old one or broken one, and you can share them with your close friends, family members, to have fun together.

2. Flying Disc Process: Our Flying Disc is made of tough but stretchy soft PU plastic. The front and back of the Flying Disc are specially polished to provide adhesion.The deep rim and in good shape and the textured edges makes you easy to hold and throw, as well as easy catch.Lasting Flying Disc can fly very well.

3. DURABLE DOG FLYING DISC FETCH TOY: Dog friendly material constructed,Brightly colored, making them easier to track in flight.Ideal flying discs for dogs for high-flying games of fetch, easy to catch and throw.The good floating design allows the dog to play in the water.

4. The reason for needing it: Flying Disc is good for human body. In the process of throwing, catching, running, jumping and jumping, the body can exercise some muscle strength, stability, flexibility and accuracy. Exercise eye, brain, body, hand, finger coordination and coordination. What's more, there was laughter and joy throughout this whole experience.

5. Widely used: Packaged in Display Box.These discs are practical accessories for yard games, beach games, lawn games, camping games, kindergarten teaching and more outdoor and indoor activities; Also perfect for birthday party favors, club promotions gift and prizes. Or play with your pet as training to promote bonding with your pet

Notice:

1. Due to the influence of many factors such as display brightness and light brightness, the product's actual color may be slightly different from the picture displayed on the website.

2. Please allow a slight difference between the size data and manual measurement.

Package Includes:

1x Flying Disc

1. COMPLETE SET: This flying discs Approximately 7.8 inches in diameter.Weight 76 grams, it is lighter than regular disc, so it would be a perfect discs for children and beginners.adequate quantity can meet your daily use and play demands, which allow you to replace your old one or broken one, and you can share them with your close friends, family members, to have fun together.
2. Flying Disc Process: Our Flying Disc is made of tough but stretchy soft PU plastic. The front and back of the Flying Disc are specially polished to provide adhesion.The deep rim and in good shape and the textured edges makes you easy to hold and throw, as well as easy catch.Lasting Flying Disc can fly very well.
3. DURABLE DOG FLYING DISC FETCH TOY: Dog friendly material constructed,Brightly colored, making them easier to track in flight.Ideal flying discs for dogs for high-flying games of fetch, easy to catch and throw.The good floating design allows the dog to play in the water.
4. The reason for needing it: Flying Disc is good for human body. In the process of throwing, catching, running, jumping and jumping, the body can exercise some muscle strength, stability, flexibility and accuracy. Exercise eye, brain, body, hand, finger coordination and coordination. What's more, there was laughter and joy throughout this whole experience.
5. Widely used: Packaged in Display Box.These discs are practical accessories for yard games, beach games, lawn games, camping games, kindergarten teaching and more outdoor and indoor activities; Also perfect for birthday party favors, club promotions gift and prizes. Or play with your pet as training to promote bonding with your pet

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

Brand

Maoka

**Assembled Product Dimensions (L x W x H)**
7.90 x 7.90 x 0.60 Inches

Report incorrect product information


Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like
Sponsored

| | | | |
|---|---|---|---|
| Reduced price | | Best seller | |

$17.99
Fun Expressions Flying Discs - Party Favors - 12 Pieces
3+ day shipping

Now $13.99 $15.99
Allaugh 2 Pack 17.5" Airplane Launcher Toys, 2 Flight Modes...
★★★★☆ 2
2-day shipping

$24.99
GSE Games & Sports Expert Set of 8 Resistant Regulation...
2-day shipping

$10.99
Harupink Free Route Rotary Flying Spinner Creative Supper Flyin...
★★★★☆ 9
3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.


**Ship free, no order min***
Free shipping as often as you need on any order size.
Learn more

Sponsored

## More items to explore
Sponsored

| Best seller | | | | | Reduced price |
|---|---|---|---|---|---|

$24.99
GSE Games & Sports Expert Set of 8 Resistant Regulation...
2-day shipping

$10.99
Harupink Free Route Rotary Flying Spinner Creative Supper Flyin...
★★★★☆ 9
3+ day shipping

$17.99
Fun Expressions Flying Discs - Party Favors - 12 Pieces
3+ day shipping

$10.99
Hoyotik Flying Disk, Outdoor Games Ultimate Disc...
★★★★★ 3
2-day shipping

$11.99
Water Sports Bulzibucket Replacement Bags...
3+ day shipping

Now $13.99 $15.99
Allaugh 2 Pack 17.5" Airplane Launcher Toys, 2 Flight Modes...
★★★★☆ 2
2-day shipping

## Recently viewed items
Based on your most recent browse history



Options
+10 options

Options
+10 options

Options
+14 options

From $6.81
Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More
3+ day shipping

From $6.87
MINM Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More
3+ day shipping

$11.99
Frisbee , Outdoor Games Disc Golf ,I outdoor frisbee, children's toys, pet t
3+ day shipping

**Ship free, no order min***
Free shipping as often as you need on any order size.
Learn more

Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!
Give feedback

Seller MK Trading Co. LTD



Search Walmart



‹ Back to item

## MK Trading Co. LTD

★☆☆☆☆
1 stars out of 5

See all 2 reviews

**0%**  Overall Positive Rating

🏠 Business Name: yiwushi maokamaoyi
youxiangongsi

✉ Contact seller

📞 (+86) 18218323346

About seller

### More items from this seller






**+Add**  **+Add**  **+Add**  **+Add**

**$18.98**
Spring Summer Front Door
Teardrop Tulip Wreath
Artificial Floral Swag Wreat...
★★☆☆☆ 19

**$6.65**
Baby Bath Toys,Baby Bathtub
Wind Up Turtle Toys, Cute
Fun Multi Colors Floating...
★★☆☆☆ 14

**$8.65**
Brand Clearance!Squares
Reflective Surface Creative
Decor Art DIY 3D Acrylic...
★★★★☆ 1

**$5.99** ~~$7.99~~
50*70cm Removable Black
Beautiful Dandelion Wall
Stickers Living Room...
★★☆☆☆ 3

## Seller reviews

**1** out of **5**

★☆☆☆☆ (2 reviews)

5 stars ──────────── 0
4 stars ──────────── 0
3 stars ──────────── 0
2 stars ──────────── 0
1 star  ━━━━━━━━━━━━ 2

2 reviews   Sort by | Newest to oldest ▾

★☆☆☆☆                                03/29/2023
MarieOwen

★☆☆☆☆                                03/25/2023
crystal

## About seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are professional.

We'd love to hear what you think!

[ Give feedback ]

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Tue, Apr 25**

1001 Foster Ave, Bensenville, IL 60610                    Edit

**Delivery instructions**                                 Add

Add gate codes or other useful information.

**Items details**                                         Hide details

**Arrives by Tue, Apr 25**  (12 items)

Sold and shipped by MK Trading Co. LTD

Flying Disc Sport Disc Loads of Colors Available, Suitable for    Qty 12    **$96.72**
Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More        $8.06 ea
Size: Large - Animal Paradise



**Place order for $104.46**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (12 items)                    $96.72
Shipping                               Free
**Estimated taxes**                    $7.74

**Estimated total**                    $104.46

Have a promo code?                     ^

Promo code                             Apply

---



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in** ▮▮▮                 $104.46

Please enter the CVV for the card

* Required field

CVV *
▮▮▮

Edit payment

---



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
▮▮▮▮▮▮

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

---



**Walmart**+

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts
and more!**

○ **Annual**                                          Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

◉ **I'm not interested in trying Walmart+**



Search Walmart

How do you want your items? | 1001 Foster Ave | Addison Supercenter

Pets > Dogs > Dog Toys > All Dog Toys

**Walmart+**  Ship free, no order min*  As often as you need.  Learn more



Roll over image to zoom in

Sponsored

**Outdoor Sports Kids Rubber Dog Frisbee (Blue + Orange) 2 Pieces**

**$14.94**

Price when purchased online ⓘ

Buy now        − Max 12 +

**How do you want your item?**

| Shipping Wed, Apr 12 Free | Pickup Not available | Delivery Not available |

**1001 Foster Ave**  Change

Arrives by **Wed, Apr 12**  More options

Sold and shipped by nanguojiang

View seller information

Free 30-day returns  Details

♡ Add to list      ⊞ Add to registry

Sponsored

**$10.99**
Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactive...

3+ day shipping

+ Add

**Popular items in this category**
Bestselling items that customers love



**$15.99**
4 Pack Soft Flying Disc Tie-Dye, Sports Toys for Kids, Dog Training, Yellow, 8 in
★★★☆☆ 3

2-day shipping

+ Add

**$16.29**
8 Pack Flying Discs Toys, Dogs Frisbee, Large Pets Fetching Toy for Outdoors, 9 inch, 4 Fruit Designs
★★☆☆☆ 2

3+ day shipping

+ Add

Best seller

**$14.99**
Activ Life Flying Discs for Disc Beach Toys Outdoor Orange
★★★★☆ 4

2-day shipping

Options  +9 options

**About this item**

Product details                                            ⌃

[HIGH QUALITY MATERIAL]  The Dog Frisbee is made of natural rubber, n the surface, allowing your dog to bite the Frisbee easily; the natural TPR material is made of soft rubber, which is environmentally friendly and has little damage; exercise The instinct of play promotes the health of pets.
[VIVID AND ENJOYING COLORS]  According to scientific research, it has been found that the most recognizable and favorite colors of dogs are yellow, blue and gray. Therefore, we have chosen yellow and blue for this Frisbee dog toy. Pets will get excited very quickly, and it is easy to find frisbees flying in the distance; interact with the dog to improve the relationship between you and your dog.
[WIDE APPLICATION]  The diameter is 18-22cm, suitable for catching and training medium and large dogs. This soft dog frisbee can float on water, so you can play with your dog on the beach or by the pool; the dog frisbee can be bent, squeezed and squeezed, and the round disc shape will not harm your pet; Lightweight and flexible, easy to carry when playing with the dog.
[HAPPY GAME]  Our Dog Frisbee is designed with streamline grooves. Your child can easily fly the Frisbee far and wide, allowing children and dog to play happily together, improving the relationship between humans and dogs.which is non-toxic, soft and durable, with a concave-convex design o

Outdoor Sports Kids Rubber Dog Frisbee (Blue + Orange) 2 Pieces

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

⟲ Report incorrect product information

💳 Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

**Products you may also like**                            Sponsored



**$10.99**
Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactiv...

3+ day shipping

+ Add

**$36.93** $175/oz
Natural Dog Company Wild Alaskan Salmon Oil for dogs, Liquid...

2-day shipping

+ Add

**$13.99**
Caterpillar Squeaky Dog Toys Soft Sensory Natural Rubber (Latex)
★★★★★ 1

2-day shipping

+ Add

Reduced price

**Now $30.99** $79.99
DOG CARE Cordless Dog Hair Clippers, 2 Modes Low Noise,...
★★★★★ 1

2-day shipping

+ Add

**Customer reviews & ratings**

☆☆☆☆☆ (0 reviews)


Write a review

This item doesn't have any reviews yet.



**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

**More items to explore**

Sponsored

$13.99
Caterpillar Squeaky Dog Toys Soft Sensory Natural Rubber (Latex)
★★★★★ 1
2-day shipping

$11.99
PrimePets 2 Pcs 7 in Dog Flying Disc Saucer, Dog Frisbees,...
★★★☆☆ 4
2-day shipping

$14.98 93.6 ¢/oz
Blue Buffalo Nudges Jerky Cuts Natural Dog Treats, Beef, 16oz
★★★★☆ 344
Pickup  Delivery
3+ day shipping

$27.95
Natural Dog Company Wild Alaskan Salmon Oil for dogs, Liquid...
★★★★☆ 321
3+ day shipping

$14.98 93.6 ¢/oz
Blue Buffalo Nudges Jerky Cuts Natural Dog Treats, Chicken,...
★★★★½ 335
Pickup  Delivery
3+ day shipping

$24.98 69.4 ¢/oz
Blue Buffalo Nudges Jerky Cuts Natural Dog Treats, Chicken...
★★★★½ 271
3+ day shipping

Best seller

**Recently viewed items**
Based on your most recent browse history

From $10.50
Options
1 Pack 6 Inch Dog Frisbees, Dog Flying Disc Durable Dog Toys, Nature Rubber Floating Flying Saucer for Water Pool Beach (Red)
3+ day shipping

2-piece set
$15.99
Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy
3+ day shipping

$4.99
Large dog Frisbee toy plastic anti-bit
3+ day shipping

**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

💬 Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!
Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.

 

[Back to item]

# nanguoqiang

☆☆☆☆☆

No reviews yet

---

🏠 Business Name:
maanshanshixiaoshangshangmaoyouxiangongsi

✉ Contact seller

📞 (+86) 15634555563

## Seller reviews

This seller doesn't have any reviews yet.

We'd love to hear what you think!

[Give feedback]

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Wed, Apr 12**

1001 Foster Ave, Bensenville, IL 60106        Edit

**Delivery instructions**                     Add

Add gate codes or other useful information.

**Items details**                             Hide details

**Arrives by Wed, Apr 12** (12 items)

Sold and shipped by nanguoqiang

Outdoor Sports Kids Rubber Dog Frisbee (Blue + Orange) 2 Pieces    Qty 12    **$179.28**
$14.94 ea



**Place order for $193.62**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                       $179.28
Shipping                                      Free
**Estimated taxes**                           $14.34

**Estimated total**                           **$193.62**

Have a promo code?                            ^

Promo code                                    Apply



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in ■                            $193.62

Please enter the CVV for the card

* Required field

CVV *

Edit payment



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart** +

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**                                  Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

◉ I'm not interested in trying Walmart+



Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ **Ship free, no order min\*** As often as you need. Learn more



# 2-piece set

Roll over image to zoom in

Sponsored

Voinne

### Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy

**$15.99**

Price when purchased online ⓘ

[ Buy now ]   [ − | Max 12 | + ]

**How do you want your item?**

| Shipping Wed, Apr 19 Free | Pickup Not available | Delivery Not available |

**1001 Foster Ave** Change

Arrives by **Wed, Apr 19**  More options

Sold and shipped by **Royal Voinne**

View seller information

Free 30-day returns  Details

Add to list          Add to registry

---

Sponsored

**$10.99**
Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactive...

3+ day shipping

[ + Add ]

## Popular items in this category
Bestselling items that customers love

**$16.29**
8 Pack Flying Discs Toys, Dogs Frisbee, Large Pets Fetching Toy for Outdoors, 9 inch, 4 Fruit Designs
★★★☆☆ 2
3+ day shipping

[ + Add ]

**$15.99**
4 Pack Soft Flying Disc Tie-Dye, Sports Toys for Kids, Dog Training, Yellow, 8 in
★★★☆☆ 3
2-day shipping

[ + Add ]

**$9.97**
Mammoth TireBiter Sma Dog Toy with Rope, Asso
★★★☆☆ 42
Pickup  Delivery  2-day shippi

[ + Add ]

## About this item

### Product details ⌃

Product description
Size: 18cm in diameter
Color: pink, sky blue, green
Material: TPR
Package content: 1pcs pet dog frisbee
1.Safe Material Dog Frisbee is made of natural rubber, is non-toxic, soft and durable
2.Non-slip surface with bump texture designThis dog toy is easy to catch by your dog. In addition, it can also be used as a dog water bowl when you and your dog are not at home.
3.Size-diameter: 18.0 cm, suitable for medium and large dogs for training
4.Non-slip surface with bump texture designThis dog toy is easy to catch by your dog. In addition, it can also be used as a dog water bowl when you and your dog are not at home.
5.Bright and vivid colors To keep your pet interested, play rubber frisbee with the dog and improve your relationship with the dog

Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Voinne

**Manufacturer Part Number**
Voinne

Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.



**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more



Sponsored

### More items to explore

Sponsored

     

| $15.99 | $13.49 | $14.39 | $19.98 | Now $12.59 $13.99 | Now $10.99 $15.99 |
|---|---|---|---|---|---|
| Dog Puzzle Toys, Interactive Dog Toys for Large Medium... | HESLAND Tough Dog Chew Toys for Aggressive Chewers... | HESLAND Dog Chew Toys for Aggressive Chewers Large Breed... | Tough Dog Rope Toys for Aggressive Chewers, 9 Pack... | Bulldog Squeaky Dog Toy Soft Natural Rubber (latex) Lanco | MASBRILL Dog Squeaky Toy Indestructible Dog... |
| ★★★★★ 30 | ★★★★☆ 19 | ★★★★★ 7 | | | ★★★★★ 21 |
| 2-day shipping | 2-day shipping | 2-day shipping | 2-day shipping | 2-day shipping | 2-day shipping |

### Recently viewed items
Based on your most recent browse history

  

| $4.99 | $21.16 | $15.91 |
|---|---|---|
| Large dog Frisbee toy plastic anti-bite gold fur | Nerf Dog Tire Flyer Dog Toy, Frisbee, Lightweight, Durable and Water Resistant, Great for Beach and Pool, 10 Inch Diameter, for Medium/Large Breeds, Single Unit, Green | Dog Frisbee Toy, Bite-resistant Large Toy |
| 3+ day shipping | 3+ day shipping | 3+ day shipping |

 

**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.





‹ Back to item

## Royal Voinne

☆☆☆☆☆

No reviews yet

🏠 Business Name:
shenzhenshijiangxingmaoyiyouxianzerengongsi

✉ Contact seller

📞 (+86)15999612832

**More items from this seller**









| | | | |
|---|---|---|---|
| + Add | + Add | + Add | + Add |
| $66.99 | $21.99 | $15.99 | $11.99 |
| Shure Beta 58A Supercardioid Dynamic Vocal Microphone | Hair Barrettes for Women Ladies, 10 Pcs Long Elegant Skinny Barrettes Tortoise... | 24 Cups Muffin Pan, Bakeware Non-stick Cupcake Baking Pan Heavy... | Key Fob Pouch(2 Pack),signal Blocking Key Fob Case,key Fob Protect... |

**Seller reviews**

This seller doesn't have any reviews yet.

We'd love to hear what you think!

[ Give feedback ]

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Wed, Apr 19**

███████  ████                                              Edit
1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                  Add

Add gate codes or other useful information.

**Items details**                                    Hide details

**Arrives by Wed, Apr 19** (12 items)

Sold and shipped by Royal Voinne

Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy    Qty 12    **$191.88**
                                                                                 $15.99 ea



**Place order for $207.23**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                    $191.88
Shipping                                      Free
**Estimated taxes**                         $15.35

**Estimated total**                        **$207.23**

Have a promo code?                             ^

[ Promo code ]                              Apply



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ████                                 $207.23

Please enter the CVV for the card

* Required field

CVV *
████                                        Edit payment



**Mobile contact**

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits)*
████████

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart** ✛

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○  **Annual**                                          Best value
   $98/year after 30-day trial

○  **Monthly**
   $12.95/month after 30-day trial

◉  **I'm not interested in trying Walmart+**



Toys  ›  All Toys & Games

Walmart+  Ship free, no order min*  As often as you need.  Learn more



Roll over image to zoom in

**Popular items in this category**
Bestselling items that customers love



100+ bought since yesterday

+ Add

Now **$1.47** $7.99
JA-RU Splat Ball - Styles Will Vary - 1 Piece

★★★☆☆ 143

Pickup   Delivery

Best seller

+ Add

**$4.98**
Light Up Football, Best Brands, Football, Toss Ball

★★★★☆ 23

Pickup   Delivery

Best seller

+ Add

**$11.99**
Tech Deck, 96mm Finger Authentic Designs, For A (Styles May Vary)

★★★★☆ 25

3+ day shipping

---

Sponsored

CLOBQAN

**CLOBQAN 3 Pack Flying Toys Disc Shooters for Kids, Interactive Cat Fetch Toy Spinning Toy Flying Saucer Disc Launcher Indoor & Outside Toys, Flying Toy Frisbees Party Favor, Cat Toys Flying Propellers**

**$6.48**

Price when purchased online ⓘ

[ Buy now ]   [ — Max 12 + ]

Size: S

| S $6.48 | M $6.48 | L $6.48 |
| XL $6.48 |

**How do you want your item?**

| Shipping Wed, Mar 29 Free | Pickup Not available | Delivery Not available |

**1001 Foster Ave**  Change

Arrives by **Wed, Mar 29** | More options

Sold and shipped by Sethwy Co., Ltd

View seller information  Details

Free 30-day returns  Details

⊕ Add to list      ⊕ Add to registry

Sponsored

Now **$19.99** $34.99

SIXDOVE Walkie Talkies for Kids, 3 KMs Long Range...

3-day shipping

+ Add

---

**About this item**

Product details                                                    ⌃

Description:

Disc Launcher Toys are Perfect for outdoor play, and a hit with kids of all ages, they stimulate active fun.

At the park, beach, or out in the backyard. Just attach a flying disc to the shooter, aim, pull the trigger, and watch the disc spin and fly towards the target.

Whether you're looking for party for your little one's birthday bash, unique party supplies, prizes for that kids' carnival or contest, classroom gifts, or just a cool present.

To make your cutie pie's day, these super saucer launcher toys are guaranteed to be a hit!

Features:

List:

3* Disc Launcher

3* Spinning Discs

2* Gyro

- Super saucer launcher toys that keep kiddos enthralled! Little ones will love the vibrant colors that accentuate play.
- Playing with this toy shooter saucer set couldn't be simpler. Just twist the disc into the gun, aim, and pull trigger to launch. The disks will fly in the direction you aim. We've even included a target board at the back of each blister card for fun target practice.
- At the park or beach, backyard or front lawn, these outdoor flying toys make for epic play. We've designed the flying disks using high-quality, non-toxic plastic to withstand all the action. Encourage healthy activity with outdoor games kids will love.
- Ensure the kiddos go home with massive smiles. Dish out these spinning disc shooter toys as epic birthday party favors or awesome goody bag fillers. They also make fun outdoor party activities, great carnival prizes, and gift shop items.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                    ⌃

Brand

CLOBQAN

⚐ Report incorrect product information

---

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.  Learn more

**Products you may also like**                                    Sponsored



**Now $19.99** ~~$24.99~~
SIXDOVE Walkie Talkies for Kids, 3 KMs Long Range Children...
2-day shipping

**Now $19.99** ~~$24.99~~
SIXDOVE Walkie Talkies for Kids, 3 KMs Long Range Children...
2-day shipping

**$129.95**
GROWGO Montessori Toddler Balance Beam for Kids 3-5 - Set of 6...
3+ day shipping

**$42.90**
Electronic Arcade Claw Machine - Toy Grabber Machine Priz...
3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.


**Ship free, no order min***
Free shipping as often as you need on any order size.
Learn more

Sponsored

### More items to explore

Sponsored

Clearance



Reduced price




**Now $23.99** ~~$29.99~~
Toy Chainsaw, Toy Choi's Pretend Play Kids Chainsaw Toy for...
2-day shipping

**Now $14.99** ~~$19.99~~
Orian Kids Toys STEM Learning Play Set for Boys and Girls, 132 Pcs
★★★★☆ 4
2-day shipping

**$25.99**
Pro Flying Toys That Brings Magic Into Reality,Flying...
3+ day shipping

**Now $12.18** ~~$13.99~~
Deformation Ball Stepping on Bouncing Indoor Outdoor Gam...
2-day shipping

**$29.99**
Kid Labsters Spy Alert Kit - Pro Detective Spying Gadget w/...
★★★★★ 2
2-day shipping

**$42.90**
Electronic Arcade Claw Machine - Toy Grabber Machine Priz...
3+ day shipping

### Recently viewed items
Based on your most recent browse history

Options


2PCS
Options


Options


**$15.13**
Cartridge,Filter,for,Hot,Replacement,SaluSpa,Spa,Tubs,Type,VI
3+ day shipping
+2 options

**$9.70**
Reusable Swimming Pool Filter Washable Foam Sponge Cartridge For Intex S1 Carton
3+ day shipping

**From $8.93**
Reusable Swimming Pool Filter Wash For Intex S1 Carton
3+ day shipping
+2 options


**Ship free, no order min***
Free shipping as often as you need on any order size.
Learn more

Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!
Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use



Search Walmart



< Back to item

## Sethwy Co., Ltd

☆☆☆☆☆

No reviews yet

🏠 Business Name: Shaanxi Saishuo Weiyue Culture
Media Co., Ltd.

✉ Contact seller

📞 (+86) 18316801700

About seller

**More items from this seller**



+ Add



+ Add



+ Add



+ Add

>

$12.98

Sethwy Mini Shopping
Basket Cart Play Pretend
Food & Grocery Shoppin...

$9.79

Sethwy Bath Toys 36-Piece
Set, Stick-On Foam
Letters & Numbers by...

$12.99

Sethwy 6 Packs Water
Baby Bath Toys Bathtub
Squirter Toy, Kids Floatin...

$9.99

Sethwy 6Pcs Baby Rattle
Toys, Infant Shaker,
Teether, Grab and Spin...

**Seller reviews**

This seller doesn't have any reviews yet.

**About seller**

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Sethwy Co., Ltd is committed to providing each customer with the highest standard of customer service.

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Wed, Mar 29**

████  ████                                        Edit

1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                          Add

Add gate codes or other useful information.

**Items details**                                  Hide details

**Arrives by Wed, Mar 29**  (12 items)

Sold and shipped by Sethwy Co., Ltd

CLOBQAN 3 Pack Flying Toys Disc Shooters for Kids, Interactive Cat       Qty 12      **$77.76**
Fetch Toy Spinning Toy Flying Saucer Disc Launcher Indoor & Outside...                $6.48 ea
Size: S



| **Place order for $83.98** |
|---|

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                            $77.76
Shipping                                           Free
**Estimated taxes**                                $6.22

**Estimated total**                                $83.98

Have a promo code?                                 ⌃

| Promo code |                    Apply

---

💳 **Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in ████                               $83.98

Please enter the CVV for the card

* Required field



CVV *
████

Edit payment

---

📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
████████

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



---

**Walmart** ✦+

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

| ○ **Annual**          Best value |
|   $98/year after 30-day trial |

| ○ **Monthly** |
|   $12.95/month after 30-day trial |

| ⦿ I'm not interested in trying Walmart+ |





How do you want your items?   1001 Foster Ave   Addison Supercenter

Walmart+   Ship free, no order min*   As often as you need.   Learn more

Pets › Dogs › Dog Toys › All Dog Toys





### SHANGJUE

**Frisbee**, Outdoor Games Disc Golf ,PU material special frisbee, outdoor frisbee, children's toys, pet toys

**$11.99**

Price when purchased online ⓘ

Buy now   — Max 12 +

**Actual Color:** Orange-20cm

| | |
|---|---|
| Brachiosaurus-16cm $11.99 | Ornithomimus-16cm $11.99 |
| Oviraptor-16cm $11.99 | Pterosaur-16cm $11.99 | Triceratops-16cm $11.99 |
| Tyrannosaurus Rex-16cm $11.99 | Green-20cm $11.99 |
| Orange-20cm $11.99 | View all 34 |

**How do you want your item?**

Shipping — Mon, Apr 24 Free | Pickup — Not available | Delivery — Not available

**1001 Foster Ave**   Change

Arrives by **Mon, Apr 24**   More options

Sold and shipped by shangjuemaoyi

View seller information

Free 30-day returns   Details

Add to list    Add to registry

Sponsored   **$10.99**

Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactive...

3+ day shipping

+ Add

## Popular items in this category

Bestselling items that customers love



**$16.29**

8 Pack Flying Discs Toys, Dogs Frisbee, Large Pets Fetching Toy for Outdoors, 9 inch, 4 Fruit Designs

★★★☆☆ 2

3+ day shipping

+ Add

**$14.99**

Wham-O Pro Classic 130 gram Frisbee Flying Disc, Light Blue

★☆☆☆☆ 1

3+ day shipping

+ Add

Sponsored

**$14.99**

Liberry Kids Golf Set, Re Golf Clubs for Toddlers K

★★★★☆ 33

2-day shipping

+ Add

## About this item

### Product details ⌄

Flying disc is a great choice for outdoor camping games because of the light weight of 6oz , its a great disc golf starter set , it can be used as a fun frisbee dog toy , it's great use as a yard games for kids, the size is perfect for Ultra-start sport disc which is 10.5 inch diameter . Enjoy the unlimited fun

- CHILD SAFE: Ultimate (sometimes called Ultimate Frisbee) is a fast-growing non-contact outdoor sport perfect for children and adults alike. In Ultimate, one team of players compete to pass the disc into their endzone while another team plays defense to intercept the disc. Unlike in other sports, Ultimate players referee their own game, encouraging collaboration and fairness. It's also completely non-contact so you don't have to worry about concussions or other contact injuries.
- QUALITY MATERIALS: Our flying disc is made of hard but flexible plastic designed to keep its shape over time without breaking or bending. No more worrying about the cracks and bends that plague lower-quality, cheaper discs! Use the same toy with your whole family, including your dog! Plus, it won't hurt if it comes into contact with a player's body.
- REGULATION WEIGHT: Our discs are carefully tested by a team of quality control professionals to ensure each and every one is 6oz - 175 grams and evenly balanced. This consistency ensures that you can throw the same way every time. Use it for your next game of Ultimate, day or night!

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌄

**Brand**
SHANGJUE

**Manufacturer Part Number**
SJO25552

Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.   Learn more

## Products you may also like

Sponsored

   

**$21.99**

Pacific Pups Products Dog Rope Toys, Pack of 11 Dog Teething to...

★★★★☆ 57

2-day shipping

+ Add

**$10.99**

Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactive...

3+ day shipping

+ Add

**$29.99**

PAWISE Dog Outdoor Agility Training Equipment, Jump...

3+ day shipping

+ Add

**Now $23.69** ~~$37.99~~

Volenx Snuffle Mat for Dogs,32"x 24"Dogs Feeding Mat for Smal...

2-day shipping

+ Add

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

 **Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more



Sponsored

### More items to explore
Sponsored








| $84.13 | $29.99 | Now $23.69 ~~$35.99~~ | $11.46 | Now $10.99 ~~$12.99~~ | $9.96 |
|---|---|---|---|---|---|
| Bestpet Dog House Pet Kennel With Air Vents, Indoor &... | PAWISE Dog Outdoor Agility Training Equipment, Jump... | Volentex Snuffle Mat for Dogs,32"x 24"Dogs Feeding Mat for Small... | Outdoor Dog Training Toy Pet Long Throw Dog Ball Thrower... | Pet Grab Toy Dog Outdoor Football Toys - Interactive Dog Toy... | 40mm EVA Golf Monochrome Balls Indoor Outdoor Golf... |
| ★★★☆☆ 1 | 3+ day shipping | 2-day shipping | 3+ day shipping | ★★★★☆ 55 | 3+ day shipping |
| 3+ day shipping | | | | 2-day shipping | |

### Recently viewed items
Based on your most recent browse history





| $14.94 | From $10.50 | $15.99 |
|---|---|---|
| Outdoor Sports Kids Rubber Dog Frisbee (Blue Orange) 2 Pieces | 1 Pack 6 Inch Dog Frisbees, Dog Flying Disc Durable Dog Toys, Nature Rubber Floating Flying Saucer for Water Pool Beach (Red) | Dog Frisbee Toy, Bite-resistant Large Toy |
| 3+ day shipping | 3+ day shipping | 3+ day shipping |

 **Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more



Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.

 

Search Walmart

‹ Back to item

## shangjuemaoyi

☆☆☆☆☆

No reviews yet

🏠 Business Name: Guangzhou Shangjue Trading Co., Ltd

✉ Contact seller

📞 (+86) 18620191366

About seller

### More items from this seller

    

‹ ➤

**$11.99**
Bluey Dad Bandit 9" Plush Toy

**$9.99**
3pcs Kids Snow Shovel Toy Winter Outdoor Shovel Toys Child Winter Snow...

**$11.99**
[2 Pack 5 Feet] Coiled Lightning Cable, iPhone Charger Cable 5FT for Car...

**$14.99**
Metronic 8.5x12" 25 Pack Bubble Mailers, Yellow Bubble Mailers, Self-Seal...

### Seller reviews

This seller doesn't have any reviews yet.

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Welcome

We'd love to hear what you think!

Give feedback

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Mon, Apr 24**

1001 Foster Ave, Bensenville, IL 60106                                    Edit

**Delivery instructions**                                                 Add

Add gate codes or other useful information.

**Items details**                                                    Hide details

**Arrives by Mon, Apr 24**  (12 items)

Sold and shipped by shangjuemaoyi

Frisbee , Outdoor Games Disc Golf ,PU material special frisbee, outdoor     Qty 12        $143.88
frisbee, children's toys, pet toys                                                        $11.99 ea

Actual Color: Orange-20cm



Place order for $155.39

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (12 items)                                          $143.88
Shipping                                                        Free
**Estimated taxes**                                          $11.51
**Estimated total**                                          $155.39

Have a promo code?                                              ⌄

Promo code                                                    Apply



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in ▮▮▮▮                                         $155.39

Please enter the CVV for the card

* Required field

CVV *
▮▮▮▮

Edit payment



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.



Walmart+

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts
and more!**

○  **Annual**                                                              Best
   $98/year after 30-day trial                                            value

○  **Monthly**
   $12.95/month after 30-day trial

⦿  **I'm not interested in trying Walmart+**

 Search Walmart 

☰

How do you want your items? | 1001 Foster Ave 🏠 Northlake Store

Toys > Toys for Girls > All Toys for Girls

*Sally Hansen* **Nail your mani** A ready-to-wear salon look. Shop now



Sponsored

Carolilly Finery

**Carolilly Children's Colorful Flying Saucer Toy Nostalgic Educational Gun Toys Girls and Boys Gifts**

**$9.99**

Price when purchased online ⓘ

( Buy now )    ( − Max 3 + )

Actual Color: Green

| Green $9.99 |

Clothing Size: 3.9 * 3.9

| 3.9 * 3.9 |

🚚 Free shipping, arrives by Tue, Apr 18 to 1001 Foster Ave
More options

📦 Sold and shipped by SHLYET Co., Ltd.
★★★☆☆ 88 seller reviews
View seller information

🔄 Free 30-day returns  Details

♡ Add to list    📋 Add to registry

Sponsored
$12.99
3-Pack Colorful Kaleidoscope Classic Educational Toys for...
★★★★★
2-day shipping
( + Add )

### Check out these related products

 ♡

**$11.99**
Carolilly Lollipop Storage Toy with Sound, Surprise Candy Gun with Light for Adult/Children
3+ day shipping
( Options )

♡

**From $9.75**
Binpure Kids Summer Water Gun, Cartoon Dinosaur/Pea Shaped Water Pistol Toy
3+ day shipping
( Options )

**$14.08**
Binpure Children Rotatabl Toy, Decompression Edu
3+ day shipping
( Options )

>

### Popular items in this category
Bestselling items that customers love

Best seller
♡
**$3.97**
Shopkins Real Littles, Mini Pack 2 Shopkins Plus 2 Real Branded Mini Packs, 4 Total Pieces, Collectables, Colors and...
★★★★★ 29
3+ day shipping
( + Add )

Best seller
♡
**$19.97**
Shopkins Real Littles, Variety Pack, 17 Shopkins Plus 17 Real Branded Mini Packs, 34 Total Pieces, Styles May Vary...
★★★★☆ 31
3+ day shipping
( + Add )

♡
**$9.97**
Real Littles, Collectible M with 4 Micro Working Su Colors and Styles May Va
★★★★★ 25
3+ day shipping
( + Add )

>

### About this item

**Product details**  ⌃

**Features**
Use these cool colorful flying saucer toy guns to bring endless fun to your children. Turn and pull the trigger to start.
Our flying toys are made of durable and proven high-quality plastic. They are made of safe and non-toxic materials to ensure the safety of your children when playing with these toys.

**Specifications**
Type: UFO Toy Gun
Material: ABS
Suitable age: 3 years and above
Color: Red/Blue/Purple/Green
Size: Size: 10 cm*10 cm/3.9 inch*3.9 inch

**Package Contents**
1 * Toy Gun+5 * Frisbee

**Note:**
1. Please understand there may be 1-2 cm deviation exist.
2. Due to the lighting and monitors, there are slight difference between the picture and the real item.

**Promise**
If the product has any quality problems, please feel free to contact us, we will help you solve the problem as quickly as possible.

- Lovely shape design: Pistol shape design, cartoon animal cat decoration, bright colors, comfortable feel, safe use, environmentally friendly ABS material, environmentally friendly and healthy.
- Easy to use: The frisbee is installed on the pistol launcher, just turn it 2-3 times clockwise, please don't turn it too much, it is easy to damage the pistol.
- Fun game: The colorful super UFO launcher can keep babies away from electronic products, stimulate children's exploration ability, add fun to life, suitable for babies over 3 years old.
- Small and portable: Size: 10 cm*10 cm/3.9 inch*3.9 inch, color: red / blue / purple / green, 4 colors are available.
- Perfect gift: Suitable for themed parties, outdoor games, birthday gifts, preschool toys, this toy can help children grow and learn while having fun.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

Specifications

**Brand**
Carolilly Finery

**Color**
Green

**Gender**
Female

**Manufacturer Part Number**
ZSDD-PUtdKU46e

**Manufacturer**
Carolilly

Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored



$19.99
Taylor Toy Pop and Catch Indoor, Outdoor, Backyard...
2-day shipping

$18.98
Fun Little Toys Wooden Toys, Beads Maze Roller Coaster...
3+ day shipping

Now $24.99 $29.99
Fun Little Toys 12pcs Easter Egg Set Dig Dino Egg Kit for Kids...
3+ day shipping

$36.31
Educational Insights GeoSafari Jr. Talking Microscope STEM &...
3+ day shipping

## Customer reviews & ratings

(0 reviews)

Write a review

This item doesn't have any reviews yet.

America's Favorite Ranch*
Real buttermilk. Real ranch. Real good.
Shop now
*Based on IRI unit sales data L52W ending 1/23/23 for Hidden Valley Original Ranch

## More items to explore

Sponsored



Now $24.99 $29.99
Fun Little Toys 12pcs Easter Egg Set Dig Dino Egg Kit for Kids...
3+ day shipping

Now $14.99
Orian Kids Toys STEM Learning Play Set for Boys and Girls, 132 Pcs
2-day shipping

$18.98
Fun Little Toys Wooden Toys, Beads Maze Roller Coaster...
3+ day shipping

$22.99
Educational Insights Day 'N' Night Ant Factory, Ant Farm...
3+ day shipping

Now $14.97 $19.97
TOY Life Beach Toys for Toddlers Kids, Sand Toys for Kids Toddler,...
2-day shipping

$42.90
Electronic Arcade Claw Machine - Toy Grabber Machine Priz...
3+ day shipping

## Recently viewed items
Based on your most recent browse history



$7.07
Children's Colorful Flying Saucer Toy Nostalgic Educational Gun Toys Girls and Boys Gifts
3+ day shipping
+4 options
Options

$19.99
Mini Flying Saucers (72Pc) - Party Favors - 72 Pieces
3+ day shipping

$7.96
Wham-O ULTIMATE FRISBEE
3+ day shipping

Nail your mani
Get your ready-to-wear salon look at home.
Shop now

Sponsored

≡  ⟡  Search Walmart                                                🔍  🛒



⟨ Back to item

# SHLYET Co., Ltd.

★★★☆☆
2.8 stars out of 5      See all 88 reviews

**39%**  Overall Positive Rating

🏠 Business Name: Shanghai Leiyuan Energy
    Technology Co., Ltd.

✎ Contact seller

📞 (+86) 18122065740



About seller

Tax policy

## More items from this seller

      🖼️  ⟩

+ Add          + Add          + Add          + Add

$8.65          $9.99          $14.83         $14.94
Carolily New Ice Silk Sexy   Carolily Finery Nickelodeon   Carolily Women Sexy   Carolily Easter Crafts
Mens Bikini Swimwear         Blaze and Monster             Dress, Latex Faux Leather   Easter Foam Stickers Set
Elastic Briefs Thongs G-...  Machines Truck Play Vehicle   Sleeveless Bodycon...        DIY Easter Decorations fo...
★☆☆☆☆ 4       ★★☆☆☆ 8         ★★★☆☆ 4

## Seller reviews

## 2.8 out of 5
★★★☆☆ (88 reviews)

5 stars ▬▬▬▬▬▬▬▬ 23
4 stars ▬▬▬ 11
3 stars ▬▬▬ 11
2 stars ▬▬ 7
1 star ▬▬▬▬▬▬▬▬▬▬ 36

### Most helpful positive review

★★★★★

Item delivered quickly and in great condition-thank
you!

Big10Fan

 VS

### Most helpful negative review

★☆☆☆☆

This is NOT a swimsuit bottom!! This is not a
bathing suit bottom - - it only a skirt made out of
the material. There is no pant attached to make it a
bathing suit bottom. Do not order if you are looking
for a bathing suit bottom!! Contacted seller (in
China) b/c Walmart not responsible - - they offered
me 25% reduced price and told me to ask friends if
they wanted it. Still trying to return the darn thing!!

Karen

36 reviews    Sort by | Newest to oldest ▾

★☆☆☆☆                              04/09/2022

This is NOT a swimsuit bottom!! This is not a
bathing suit bottom - - it only a skirt made out of
the material. There is no pant attached to make it a
bathing suit bottom. Do not order if you are looking
for a bathing suit bottom!! Contacted seller (in
China) b/c Walmart not responsible - - they offered
me 25% reduced price and told me to ask friends if
they wanted it. Still trying to return the darn thing!!

Karen

★☆☆☆☆                              06/01/2022

For not too much more, you can find a much better product
from a more reliable source.

Janice

★☆☆☆☆                              11/19/2021

Make sure you get the right size if you decide to buy this.

Dakota

★☆☆☆☆                              10/19/2021

Adriana

★☆☆☆☆                              05/06/2022

Randolph

★☆☆☆☆                              04/25/2021

Item size not listed correctly- waste of time AND money...

Ameron

★☆☆☆☆                              11/08/2021

Hilda

★☆☆☆☆                              12/27/2021

do not buy. horrible customer service. please be advised,
product is shipping from china. If you need to return or
exchange. You can not go through walmart. You have to go
through the sellers. They are of no help. They rejected my
exchange even though they still have the tags and have never
been worn.

Donna

★☆☆☆☆                              11/28/2021

Lois

★☆☆☆☆                              05/01/2022

mike

①  ②  ③  ④  ⟩

## About seller



ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are an eCommerce company focused on building integrity and relationships with our clients. As a seller, we pride ourselves
on our customer service. We make sure that all of our clients are beyond satisfied with our service. We thank you in advance for
shopping with us

## Tax policy

Sales tax is collected according to American laws.

We'd love to hear what you think!



**Free shipping, arrives by Tue, Apr 18**

1001 Foster Ave, Bensenville, IL 60106     Edit

**Delivery instructions**     Add

Add gate codes or other useful information.

**Items details**     Hide details

**Arrives by Tue, Apr 18** (3 items)

Sold and shipped by SHLYET Co., Ltd.

Carolilly Children's Colorful Flying Saucer Toy Nostalgic Educational Gun Toys Girls and Boys Gifts    Qty 3    **$29.97**
Actual Color: Green, Clothing Size: 3.9 * 3.9     $9.99 ea



**Place order for $32.37**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (3 items) | $29.97 |
| Shipping | Free |
| **Estimated taxes** | $2.40 |
| **Estimated total** | **$32.37** |

Have a promo code? ⌄

---



## 💳 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in ▇▇     $32.37

Please enter the CVV for the card

\* Required field

CVV *

Edit payment

---



## 📱 Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

---



## Walmart +

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**     Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

● **I'm not interested in trying Walmart+**



Search Walmart

12 $215.88

How do you want your items? | 1001 Foster Ave Addison Supercenter

Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ Ship free, no order min* As often as you need. Learn more

Sponsored

Roll over image to zoom in

SIOU

# Dog Frisbees Dog Flying Disc, Durable Dog Toys Dogs Training Interactive Toys,Lightweight Floating Saucer for Small to Medium Dog Outdoor Sport (yellow)

**$17.99**

Price when purchased online

Buy now | Max 12

**Actual Color:** Yellow

Green $17.99 | Yellow $17.99

**How do you want your item?**

Shipping Mon, Apr 10 Free | Pickup Not available | Delivery Not available

**1001 Foster Ave** Change

Arrives by **Mon, Apr 10** | More options

Sold and shipped by **SIOU Marketplace LLC**

View seller information

Add to list | Add to registry

Sponsored

$11.99

PrimePets 2 Pcs 7 in Dog Flying Disc Saucer, Dog Frisbees,...

4

2-day shipping

Add

## Popular items in this category

Bestselling items that customers love

$16.29
8 Pack Flying Discs Toys, Dogs Frisbee, Large Pets Fetching Toy for Outdoors, 9 inch, 4 Fruit Designs
2
3+ day shipping

+4 options
From $13.98
Pet Dog Snuffle Mat Toys Slow Feeder Interactive Feed Game Dogs Cats Puzzles Toys,Flower
8
2-day shipping

$10.24
Nerf Dog Nylon Digital C... Wing Duck Launching Fe... Orange/Blue, 16.5"
115
3+ day shipping

## About this item

### Product details

**Dog Frisbees Dog Flying Disc, Durable Dog Toys**

**Dogs Training Interactive Toys,Lightweight Floating Saucer for Small to Medium Dog Outdoor Sport (yellow)**

**Durable Material: Our dog flying discs are made of non-toxic, BPA free harmless pure natural rubber, which is soft, flexible, durable, the material can help clean your dog's teeth and mouth, but please do not let your dog chew and gnaw the discs, they are NOT CHEWPROOF**

**Interactive Dog Frisbees Toys: Playing with a disc is great fun and healthy exercise for both you and your dog; It's the perfect way to spend more time outdoors, and create hours of fun for your pets**

**Easy to Clean: easy rinse and wipe clean; lightweight compact design for convenient packing and carrying and easy storage, perfect for travel; Outdoor walks and play**

**Outdoor Training Toys: This dog disc toy is a great tool for indoor or outdoor training; the disc dog toys quickly attract your pet's attention, helps build intelligence and is a simple tool to help train dogs**

**Sleek Design: These soft dog frisbees are designed for long distance flight for hours of fetch and retrieval fun; when your dog gets thirsty just turn it over and use it as a drinking bowl**

Dog Frisbees Dog Flying Disc, Durable Dog Toys Dogs Training Interactive Toys,Lightweight Floating Saucer for Small to Medium Dog Outdoor Sport (yellow)

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
SIOU

Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

$16.99
Dinosaur Dog Chew Toy Squeak Plush Dog Toy Durable...

Clearance

Now $11.99 $20.00
PcEoTllar Dog Toys for Aggressive Chewers ,Dog Toys...

Reduced price

Now $25.99 $33.99
DOG CARE Dog Training Collars With 3 Modes Beep Vibratio...

Best seller

$26.98
Dog Care Dog Training Collars with Remote Control, IP67...

4/3/23, 3:43 PM

Dog Frisbees Dog Flying Disc, Durable Dog Toys Dogs Training Interactive Toys,Lightweight Floating Saucer for Small to Medium Dog Outdoor Sport (yellow) - Walmart.com



## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

### More items to explore

Sponsored

$16.99
Dinosaur Dog Chew Toy Squeak Plush Dog Toy Durable Interacti...
3+ day shipping

Now $11.99 $20.00
Clearance
PcEoTllar Dog Toys for Aggressive Chewers ,Dog Toys...
2-day shipping

$29.99
DOG CARE Rechargeable Dog Bark Collar, Intelligen...
2-day shipping

$29.69
Hero Dog Dog Bed Crate Pad Mat Cute Paw Pet Beds for Larg...
2-day shipping

$29.69
Hero Dog Dog Bed Crate Pad Mat Cute Paw Pet Beds for Larg...
2-day shipping

Now $9.99 $19.99
Regal Dog Products Waterproof Leash – 5 ft, Dog Leash with Ea...
2-day shipping

### Recently viewed items
Based on your most recent browse history



$12.98
Kinsmart Off Road Big Foot Monster 1955 Chevy Stepside PickUp Truck 1:32 RED/4X4
3+ day shipping

$3.99 +$3.96 shipping
Kiplyki Wholesale DIY Interchangeable Car Shell Pull Back Climbing Car One Change Three Simulation Off-road Vehicle Child Car Toy Model Birthday Christmas Gift
3+ day shipping

$110.98
Charging Drift Racing Model Vehicle Wheel Model Car
+2 options
3+ day shipping

**Ship free, no order min***
Free shipping as often as you need on any order size.

Learn more

Sponsored

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

   Search Walmart    

< Back to item

# SIOU Marketplace LLC

☆☆☆☆☆

No reviews yet

---

🏠 Business Name: jiang su si ou wang luo ke ji you xian gong si

✉ Contact seller

📞 (+86) 16509470104



About seller

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

We committed to providing each customer with the highest standard of customer service.

We'd love to hear what you think!

Give feedback

---

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Mon, Apr 10**

████  ████                                                          Edit
1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                          Add
Add gate codes or other useful information.

**Items details**                                                  Hide details

**Arrives by Mon, Apr 10**  (12 items)

Sold and shipped by SIOU Marketplace LLC

Dog Frisbees Dog Flying Disc, Durable Dog Toys Dogs Training Interactive    Qty 12    **$215.88**
Toys,Lightweight Floating Saucer for Small to Medium Dog Outdoor...                    $17.99 ea
Actual Color: yellow



**Place order for $233.15**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                              $215.88
Shipping                                             Free
**Estimated taxes**                                  $17.27

**Estimated total**                                  **$233.15**

Have a promo code?                                   ^

Promo code                                           Apply

---



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   **Ending in** ████                             $233.15

Please enter the CVV for the card

* Required field

CVV *
████

Edit payment

---



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
████████

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

---



**Walmart+**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ Annual                                             Best value
$98/year after 30-day trial

○ Monthly
$12.95/month after 30-day trial

◉ I'm not interested in trying Walmart+

Search Walmart

How do you want your items? | 1001 Foster Ave | Addison Supercenter

Pets > Dogs > Dog Toys > All Dog Toys

Walmart+   Ship free, no order min*   As often as you need.   Learn more



# 2-piece set

Roll over image to zoom in

Sponsored

Wtake

Dog **Frisbee** Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy

**$15.91**

Price when purchased online ⓘ

[ Buy now ]   [ − Max 12 + ]

### How do you want your item?

| Shipping Wed, Apr 12 Free | Pickup Not available | Delivery Not available |

1001 Foster Ave   Change

Arrives by **Wed, Apr 12**   More options

Sold and shipped by **Telteg Co.ltd**

View seller information

☆ Add to list    Add to registry

**More seller options (1)**

Starting from $15.99

Compare all sellers

Sponsored

$10.99

Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactive...

3+ day shipping

[ + Add ]

## Popular items in this category
Bestselling items that customers love

**$16.29**
8 Pack Flying Discs Toys, Dogs Frisbee, Large Pets Fetching Toy for Outdoors, 9 inch, 4 Fruit Designs
★★★☆☆ 2
3+ day shipping

**$15.99**
4 Pack Soft Flying Disc Tie-Dye, Sports Toys for Kids, Dog Training, Yellow, 8 in
★★★☆☆ 3
2-day shipping

**$9.97**
Mammoth TireBiter Small Dog Toy with Rope, Asso
★★★☆☆ 42
Pickup   Delivery   2-day shippi

## About this item

### Product details

Product description Size: 18cm in diameter Color: pink, sky blue, green Material: TPR Package content: 1pcs pet dog frisbee 1.Safe Material Dog Frisbee is made of natural rubber, is non-toxic, soft and durable 2.Non-slip surface with bump texture designThis dog toy is easy to catch by your dog. In addition, it can also be used as a dog water bowl when you and your dog are not at home. 3.Size-diameter: 18.0 cm, suitable for medium and large dogs for training 4.Non-slip surface with bump texture designThis dog toy is easy to catch by your dog. In addition, it can also be used as a dog water bowl when you and your dog are not at home. 5.Bright and vivid colors To keep your pet interested, play rubber frisbee with the dog and improve your relationship with the dog

Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Wtake

**Manufacturer**
Wtake

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

Clearance

Reduced price

**$10.99**
Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactiv...
3+ day shipping

**Now $8.99** ~~$10.99~~
PcEoTllar Classic Dogs Toy for Aggressive Chewers, Durable...
★★★★☆ 22
2-day shipping

**Now $10.99** ~~$15.99~~
MASBRILL Dog Squeaky Toy Indestructible Dog...
★★★★☆ 15
2-day shipping

**$19.99**
XMXIERUI Dog Chew Toys for Aggressive Chewers,Food Grade...
★★★★★ 31
2-day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)



This item doesn't have any reviews yet.



**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more



Sponsored

### More items to explore

Sponsored

     

| $14.39 | $14.99 | Now $11.99 ~~$18.99~~ | $13.49 | Now $10.99 ~~$15.99~~ | $19.98 |
|---|---|---|---|---|---|
| HESLAND Dog Chew Toys for Aggressive Chewers Large Breed... | HESLAND Dog Chew Toys for Aggressive Chewers, Squeaky Do... | MASBRILL Dog Toys for Aggressive Chewers Large Breed... | HESLAND Tough Dog Chew Toys for Aggressive Chewers... | MASBRILL Dog Squeaky Toy Indestructible Dog... | Tough Dog Rope Toys for Aggressive Chewers, 9 Pack... |
| 2-day shipping | 2-day shipping | 2-day shipping | 2-day shipping | 2-day shipping | 2-day shipping |

### Recently viewed items
Based on your most recent browse history

  

| $27.46 | $12.98 | $3.99 ~~$3.96 shipping~~ |
|---|---|---|
| Barka Ave Dog Frisbee Indestructible Disc Toy for Large Dogs Soft Natural Rubber for Puppies Outdoor Durable | Kinsmart Off Road Big Foot Monster 1955 Chevy Stepside PickUp Truck 1:32 RED14X4 | Kiplyki Wholesale DIY Interchangeab Climbing Car One Change Three Sim Child Car Toy Model Birthday Christr |
| 3+ day shipping | 3+ day shipping | 3+ day shipping |



**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more

 

Sponsored

### Related pages

Juguete Para Perro          Rosewood Dog Toys          Dog To

Paracord Dog Toy            Walky Dog                  Quail Dog Toy

Dog Toys                    Vibrant Life Dog Toys      Walmart Exclusive Pet Brands

Dog Chew Toys               Dog Plush Toys             Nylabone

**Notice unusual marketplace activity?** Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information




‹ Back to item

## Teiteg Co.ltd

☆☆☆☆☆
No reviews yet

🏠 Business Name:
HAIKOUSHINAXIESHANGMAOYOUXIANGONGSI

✉ Contact seller

📞 (217) 892-5353

About seller

### More items from this seller






| + Add | + Add | + Add | + Add |
|---|---|---|---|
| **$14.40** | **$17.99** | **$12.00** | **$24.04** |
| Reading Glasses High-grade Magnetic Absorption Hanging... | Duetsoothe Power Cord, 5V Adapter Replacement for Graco Swing... | Heart Keychain Set Gift For Couples | Layered Short Blonde Wigs for White Black Women Synthetic Hair... |
| ★★★☆☆ 1 | | | |

### Seller reviews

This seller doesn't have any reviews yet.

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

We are always here to provide high quality products, low prices and outstanding customer service.

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Wed, Apr 12**

[████] [████]                                                    Edit

1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                          Add

Add gate codes or other useful information.

---

**Items details**                                              Hide details

**Arrives by Wed, Apr 12** (12 items)

Sold and shipped by Teiteg Co.ltd

Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game Toy    Qty 12    **$190.92**
$15.91 ea



**Place order for $206.19**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                                          $190.92
Shipping                                                      Free
**Estimated taxes**                                            $15.27

**Estimated total**                                           $206.19

Have a promo code?                                              ∧

Promo code                                                    Apply

---



💳 **Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in** [██]                                        $206.19

Please enter the CVV for the card

* Required field

[card image] 123    CVV *  [████]

Edit payment

---



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits)*  [████████]

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

---



**Walmart** ✚

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**                                                   Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

◉ I'm not interested in trying Walmart+



Search Walmart

How do you want your items? | 1001 Foster Ave | Addison Supercenter

Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ Ship free, no order min* As often as you need. Learn more

Sponsored

Nerf Dog

## Nerf Dog Tire Flyer Dog Toy, Frisbee, Lightweight, Durable and Water Resistant, Great for Beach and Pool, 10 inch Diameter, for Medium/Large Breeds, Single Unit, Green

**$21.16**

Price when purchased online

Buy now | Max 5

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Thu, Apr 13 Free | Not available | Not available |

**1001 Foster Ave** Change

Arrives by **Thu, Apr 13** | More options

Sold and shipped by **The Green Market**

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Sponsored

**$10.99**

Pet dog frisbee, 2 pack, 8 inch dog frisbee, pet interactive...

3+ day shipping

+ Add

**Popular items in this category**

Bestselling items that customers love

+ Add

**$12.47**

Nerf Dog Vortex Chain Tug Dog Toy with Durable Braided Nylon, 25"

★★★★☆ 123

Pickup | Delivery | 3+ day shipping

+ Add

**$7.43**

Nerf Dog Rubber 3-Ring Tuff Tug Dog Toy for Medium/Large Dogs, Lightweight Tug & Chew Toy, 10.5"

★★★☆☆ 119

Pickup | Delivery | 2-day shipping

+ Add

**$16.29**

8 Pack Flying Discs Toys, Large Pets Fetching Toy inch, 4 Fruit Designs

★★★☆☆ 2

3+ day shipping

**About this item**

Product details

Nerf Dog Tire Flyer Dog Toy, Frisbee, Lightweight, Durable and Water Resistant, Great for Beach and Pool, 10 inch Diameter, for Medium/Large Breeds, Single Unit, Green

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Brand**
Nerf Dog

**Manufacturer**
Nerf Dog

**Manufacturer Part Number**
1557

**Color**
green/black

Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

**Products you may also like**

Sponsored

+ Add

**$14.39**

HESLAND Dog Chew Toys for Aggressive Chewers Large Breed...

★★★★★ 15

2-day shipping

Clearance

+ Add

**Now $10.00** $12.49

Durable Dog Chew Toys for Aggressive Chewers Large...

2-day shipping

+ Add

**$8.99**

Squeaky Octopus Dog Toys for Large Dogs, No Stuffing Crinkle...

2-day shipping

+ Add

**$16.99**

Dinosaur Dog Chew Toy Squeak Plush Dog Toy Durable...

3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

4/4/23, 2:06 PM

Nerf Dog Tire Flyer Dog Toy, Frisbee, Lightweight, Durable and Water Resistant, Great for Beach and Pool, 10 inch Diameter, for Medium/Large Breeds, Single Unit, Green - Walmart.com

Write a review

This item doesn't have any reviews yet.



**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more

Sponsored

**More items to explore**                                         Sponsored

        

+ Add        + Add        + Add        + Add        + Add        + Add

$17.99        Now $10.00 $12.49    $8.99        $8.99        $8.99        Now $11.98 $19.99

FOFOS Dog Chew      Durable Dog Chew     Squeaky Octopus Dog   Squeaky Octopus Dog   Squeaky Octopus Dog   MASBRILL Large Dog
Fetch Balls Tug Toy   Toys for Aggressive   Toys for Large Dogs,   Toys for Large Dogs,   Toys for Large Dogs,   Chew Toy for
Lightweight Bouncy...   Chewers Large...     No Stuffing Crinkle...   No Stuffing Crinkle...   No Stuffing Crinkle...   Aggressive Chewers-...

3+ day shipping     2-day shipping      2-day shipping      2-day shipping      2-day shipping      3-day shipping

**Recently viewed items**
Based on your most recent browse history

2-piece set

                      

+ Add                 + Add                 + Add

$15.91                $27.46                $12.98

Dog Frisbee Toy, Bite-resistant Large-sized Rubber Frisbee Game   Barka Ave Dog Frisbee Indestructible Disc Toy for Large Dogs   Kinsmart Off Road Big Foot Monster
Toy                                  Soft Natural Rubber for Puppies Outdoor Durable       Truck 1:32 RED/4X4

3+ day shipping          3+ day shipping          3+ day shipping

**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more

Sponsored

**Related pages**

Rosewood Dog Toys          Juguete Para Perro          Paracord Dog Toy

Walky Dog                  Possum Dog Toy             Quail Dog Toy

Dog Toys                   Vibrant Life Dog Toys        Dog Chew Toys

Dog Plush Toys             Squeaker Dog Toys          Nylabone Dog Supplies

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information

#IYWYK

 Search Walmart 

[ Back to item

# The Green Market

☆ ☆ ☆ ☆ ☆

No reviews yet

---

🏠  Business Name: Ningbo Qicaitongyan
     Trade Co Ltd

✉  Contact seller

📞  (+86) 18069239646



---

About seller

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Update the best products from time to time, with good quality and low price

We'd love to hear what you think!

Give feedback

---

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Thu, Apr 13**

███████ ███████

1001 Foster Ave, Bensenville, IL 60106     Edit

**Delivery instructions**     Add

Add gate codes or other useful information.

**Items details**     Hide details

**Arrives by Thu, Apr 13**   (5 items)

Sold and shipped by The Green Market

Nerf Dog Tire Flyer Dog Toy, Frisbee, Lightweight, Durable and Water Resistant, Great for Beach and Pool, 10 inch Diameter, for Medium/Larg...    Qty 5    **$105.80**   $21.16 ea



**Place order for $114.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (5 items)     $105.80
Shipping     Free
**Estimated taxes**     $8.46

**Estimated total**     $114.26

Have a promo code? ⌃

| Promo code | Apply |



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in ███     $114.26

Please enter the CVV for the card

* Required field

CVV *

Edit payment



**Mobile contact**

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart+**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**   $98/year after 30-day trial    Best value

○ **Monthly**   $12.95/month after 30-day trial

◉ I'm not interested in trying Walmart+



Search Walmart

$139.92

How do you want your items? | 1001 Foster Ave | Addison Supercenter

Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ Ship free, no order min* As often as you need. Learn more

Sponsored

Roll over image to zoom in

SSKDBFJG

# Pet toys dog toys magic flying saucer ball decompression deformation light-emitting elastic ball

$11.66

Price when purchased online

Buy now | Max 12

Size : Three lights

three lights $11.66 | six lights $15.88

Actual Color: Blue

Blue | Pink | Red

More options

Sold and shipped by **Xuanhong Technology**

View seller information

Free 30-day returns Details

Add to list | Add to registry

Sponsored

$15.99

Ugerlov 2023 New Pet Toy Flying Saucer Ball,Flying Sauc...

3+ day shipping

+ Add

## Popular items in this category

Bestselling items that customers love

+ Add

Now $12.45

Magic Roller Ball Toy Automatic Roller Ball Magic Ball Dog Cat Pet Toy

2

3+ day shipping

Best seller

+ Add

$6.95 $1.74/ea

Hyper Pet Tennis Balls, Dog Fetch Toys, Grade A Rubber Ball, Orange, 4 Count

122

Pickup | Delivery | 3+ day shipping

In 50+ people's carts

Options

+2 options

$9.98

Chuckit! Classic Ball Lau 26-inch Handle, Ball Incl Colors

75

3+ day shipping

## About this item

### Product details

**A bouncing ball with three lights and six light options, namely the Magic Frisbee Ball, sounds like a fun interactive toy for pets. The different colors and flashing patterns can provide visual stimulation and help mobilize your pet's natural instincts for chasing and playing. Check the toy regularly for any signs of wear and tear and replace it promptly if it is damaged or broken.**

A bouncing ball with three lights and six light options, namely the Magic Frisbee Ball, sounds like a fun interactive toy for pets. The different colors and flashing patterns can provide visual stimulation and help mobilize your pet's natural instincts for chasing and playing. Check the toy regularl

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

SSKDBFJG

**Manufacturer**

Clffeis

**Color**

Blue

### Warnings

**WARNING - California Proposition 65**

None

Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.



**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more

Sponsored

### More items to explore

Sponsored



| Now $9.99 ~~$19.99~~ | $16.99 | $58.69 | $15.99 | $14.98 | Now $12.99 |
|---|---|---|---|---|---|
| EASTBLUE Squeaky Dog Toys, Puppy Toys, Plush Fox Toy for... | 10 Pack Dog Squeaky Toys, Pet Plush Toy Cute Stuffed Plush... | Explosive tpr dog toy Bite resistant teeth grinding tennis dog... | Ugerlov 2023 New Pet Toy Flying Saucer Ball,Flying Saucer Ba... | HOLYSTEED Squeaky Dog Toy for Small Dogs - Soft Small Do... | Tough Dog Toys for Aggressive Chewers Large Breed,Dog Toy... |
| ★★★★★ 2 | | | | | |
| 2-day shipping | 2-day shipping | 2-day shipping | 3+ day shipping | 2-day shipping | 2-day shipping |

### Recently viewed items
Based on your most recent browse history

| $122.62 | $35.05 | $38.92 |
|---|---|---|
| Bath Toy Shower for Head Swimming Pool Water Game Sprinkler Toy Water Spray 3 Mini Duck Model Bathtub Toys for Infan | ZUARFY 1Set Bath Toy Baby Bathtub Toy Water Sprinkler Game Toy Interactive Water Toys for Baby Detachable Duck Shower Head | Techinal Bath Toy Shower Head Swim Sprinkler Toy Water Spray Toy 3 Mini Sprinkler for Infants |
| 3+ day shipping | 3+ day shipping | 3+ day shipping |



**Ship free, no order min\***
Free shipping as often as you need on any order size.

Learn more

Sponsored

🔔 Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.

 

Search Walmart

‹ Back to item

# Xuanhong Technology

☆☆☆☆☆
No reviews yet

---

🏠 Business Name: Shenzhen Xuanhong Silicone Products Co., Ltd.

✉ Contact seller

📞 (+86) 15323787894



About seller

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Dear Customer, Hello! We are glad that you have clicked on our product information. Our aim is to provide better service and better product experience for our customers. If you have any questions, please send us a message. We usually get back to you within 24 hours! Thank you for visiting our store! Have a nice life yo

We'd love to hear what you think!

Give feedback

---

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

COVID-19 Vaccine Scheduler

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Sign-up for Email

Safety Data Sheet

Terms of Use

Privacy & Security

CA Privacy Rights

California Supply Chain Act

 Your Privacy Choices

Request My Personal Information

#IYWYK

© 2023 Walmart. All Rights Reserved.



**Free shipping, arrives by Wed, Apr 26**

1001 Foster Ave, Bensenville, IL 60106                    Edit

**Delivery instructions**                                 Add

Add gate codes or other useful information.

**Items details**                                     Hide details

**Arrives by Wed, Apr 26**  (12 items)

Sold and shipped by Xuanhong Technology

Pet toys dog toys magic flying saucer ball decompression deformation    Qty 12    **$139.92**
light-emitting elastic ball                                                        $11.66 ea
Size: 三灯, Actual Color: Blue



**Place order for $151.11**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                              $139.92
Shipping                                                 Free
**Estimated taxes**                                   $11.19

**Estimated total**                                   $151.11

Have a promo code?                                        ∧

[ Promo code ]                                        Apply

---

## 💳 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA    Ending in ▇▇▇                               $151.11

Please enter the CVV for the card

* Required field

┌─────────┐      ┌─ CVV * ──────────┐
│ ▇▇▇ 123 │      │ ▇▇               │
└─────────┘      └──────────────────┘

                                          Edit payment

---

## 📱 Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

┌─ Phone number (10 digits)* ──────────────────────┐
│ ▇▇▇▇▇▇                                           │
└──────────────────────────────────────────────────┘

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

---

## Walmart+

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ **Annual**                                      Best value
$98/year after 30-day trial

○ **Monthly**
$12.95/month after 30-day trial

◉ **I'm not interested in trying Walmart+**



Search Walmart



How do you want your items? | 1001 Foster Ave | Addison Supercenter

Pets / Dogs / Dog Toys / All Dog Toys

Walmart+ | Ship free, no order min* As often as you need. Learn more



Roll over image to zoom in

Sponsored

ZHUSHUJI

### Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More

**$6.81**

Price when purchased online

Buy now | — Max 12 +

Size: Small Pterosaur

| $8.02 | $8.02 | $8.02 | $8.02 | $8.02 |
| $8.02 | $8.02 | $6.81 | $6.81 | $8.02 |

#### How do you want your item?

Shipping Tue, Apr 18 Free | Pickup Not available | Delivery Not available

1001 Foster Ave Change

Arrives by Tue, Apr 18 | More options

Sold and shipped by ZHS Co. Ltd
View seller information

★★☆☆☆ 5 seller reviews

Free 30-day returns Details

Add to list | Add to registry

Reduced price | Sponsored
AMSPET Rawhide Free Dog Treats Chicken Wrap Cod Stic...
**Now $14.29** ~~$15.99~~
★★★★★ 14
2-day shipping
+ Add

## Check out these related products



+ Add

**$34.64**
Sorrowso Retractable Lure Stick for Dogs of Any Size Dog Toy for Fun Obedience Training
3+ day shipping



Options
+2 options

**From $18.53**
Pet Extendable Flirt Pole Fun Toy with Non-slip Foam Rubber Handle for Keeping Pet Entertained and Active...
3+ day shipping

Options
+4 options

**From $11.62**
Peitten Flying Disc Soft I Disc Foam Flying Discs C Lawn Game Disk Flyer fo
3+ day shipping

## Popular items in this category
Bestselling items that customers love

100+ bought since yesterday

+ Add

**$2.47**
Multipet Smiling Loofa Plush Dog Toy, 6', Plaid Print
★★★★☆ 84
Pickup Delivery

100+ bought since yesterday

+ Add

**$5.98**
Multipet Lamb Chop Plush Dog Toy, Medium, 10.5", Plaid Ears and Paws
★★★★☆ 353
Pickup Delivery

500+ bought since yesterday

+ Add

**Now $1.98** ~~$5.72~~
Vibrant Life Dental Budd Dog Rope Toy, Single Kn Toy, Small, Chew Level 1
★★★☆☆ 45
Pickup Delivery 3+ day shipp

## About this item

### Product details

Specification:

Material: PU plastic

Size: Large - diameter 20cm/7.87inch, height 1.5cm/0.6inch

Small - diameter 16cm/6.3inch, height 1.5cm/0.6inch

Features:

1. COMPLETE SET: This flying discs Approximately 7.8 inches in diameter.Weight 76 grams, it is lighter than regular disc, so it would be a perfect discs for children and beginners.adequate quantity can meet your daily use and play demands, which allow you to replace your old one or broken one, and you can share them with your close friends, family members, to have fun together.

2. Flying Disc Process: Our Flying Disc is made of tough but stretchy soft PU plastic. The front and back of the Flying Disc are specially polished to provide adhesion.The deep rim and good shape and the textured edges makes you easy to hold and throw, as well as easy catch.Lasting Flying Disc can fly very well.

3. DURABLE DOG FLYING DISC FETCH TOY: Dog friendly material constructed,Brightly colored, making them easier to track in flight.Ideal flying discs for dogs for high-flying games of fetch, easy to catch and throw.The good floating design allows the dog to play in the water.

4. The reason for needing it: Flying Disc is good for human body. In the process of throwing, catching, running, jumping and jumping, the body can exercise some muscle strength, stability, flexibility and accuracy. Exercise ear, brain, body, hand, finger coordination and coordination. What's more, there was laughter and joy throughout this whole experience.

5. Widely Used: Packaged in Display Box.These discs are practical accessories for yard games, beach games, lawn games, camping games, kindergarten teaching and more outdoor and indoor activities; Also perfect for birthday party favors, club promotions gift and prizes. Or play with your pet as training to promote bonding with your pet

Notice:

1. Due to the influence of many factors such as display brightness and light brightness, the product's actual color may be slightly different from the picture displayed on the website.

2. Please allow a slight difference between the size data and manual measurement.

4/4/23, 4:17 PM

Flying Disc Sport Disc Loads of Colors Available, Suitable for Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More - Walmart.com

Package Includes:

1x Flying Disc

- 1. COMPLETE SET: This flying discs Approximately 7.8 inches in diameter.Weight 76 grams, it is lighter than regular disc, so it would be a perfect discs for children and beginners.adequate quantity can meet your daily use and play demands, which allow you to replace your old one or broken one, and you can share them with your close friends, family members, to have fun together.
- 2. Flying Disc Process: Our Flying Disc is made of tough but stretchy soft PU plastic. The front and back of the Flying Disc are specially polished to provide adhesion.The deep rim and in good shape and the textured edges makes you easy to hold and throw, as well as easy catch.Lasting Flying Disc can fly very well.
- 3. DURABLE DOG FLYING DISC FETCH TOY: Dog friendly material constructed,Brightly colored, making them easier to track in flight.Ideal flying discs for dogs for high-flying games of fetch, easy to catch and throw.The good floating design allows the dog to play in the water.
- 4. The reason for needing it: Flying Disc is good for human body. In the process of throwing, catching, running, jumping and jumping, the body can exercise some muscle strength, stability, flexibility and accuracy. Exercise eye, brain, body, hand, finger coordination and coordination. What's more, there was laughter and joy throughout this whole experience.
- 5. Widely Used: Packaged in Display Box.These discs are practical accessories for yard games, beach games, lawn games, camping games, kindergarten teaching and more outdoor and indoor activities; Also perfect for birthday party favors, club promotions gift and prizes. Or play with your pet as training to promote bonding with your pet

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications  ⌃

**Brand**
ZHUSHUI

**Manufacturer Part Number**
LP/EAC4806

**Assembled Product Weight**
50 g

**Assembled Product Dimensions (L x W x H)**
6.30 x 6.30 x 0.60 Inches

---

💬 Report incorrect product information



Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like                    Sponsored

   

| $26.75 | $11.79 | $24.95 | $21.95 |
|---|---|---|---|
| TummyWorks Probiotic Chews for Dogs. Relieves Diarrhea,... | Dog Brush Bath Histotree Soothing Massage Rubber... | 10 in 1 Multivitamin Chew Treats For Dogs. 20 Healthy Actives:... | Premium Liquid Glucosamine Hip and Joint Supplement for... |
| ★★★★★ 145 | ★★★★★ 27 | ★★★★★ 100 | ★★★★★ 5 |
| 2-day shipping | 2-day shipping | 2-day shipping | 2-day shipping |

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.



Ship free, no order min*
Free shipping as often as you need on any order size.

Learn more

Sponsored

## More items to explore                    Sponsored

     

| $18.99 | $15.95 | $57.99 | $226.99 | $14.99 | $23.95 |
|---|---|---|---|---|---|
| Anti-bark collar for large dogs, adjustable 5 levels of sound... | Paws of Kerry Dog Ear Cleaner for Itching, Head Shaking & Cat... | Dog Crate | MidWest iCrate 36" Double Door Folding Metal... | MidWest Homes For Pets XX-Large Double-Door Metal Wire Dog... | Retractable Dog Leash - Reflective - Dog Leash In Lots Of... | Paws of Kerry Calming Treats for Dogs Anxiety, Stress Relief ... |
| 3+ day shipping | ★★★★★ 27 | ★★★★★ 84 | ★★★★★ 122 | 3+ day shipping | ★★★★★ 20 |
|  | 2-day shipping | 2-day shipping | 2-day shipping |  | 3-day shipping |

## Recently viewed items
Based on your most recent browse history

  

| From $6.87 | $11.99 | $14.94 |
|---|---|---|
| Options | Options | + Add |
| +10 options | +14 options | Outdoor Sports Kids Rubber Dog Fri... |



Search Walmart



‹ Back to item

## ZHS Co. Ltd

★★☆☆☆
2.2 stars out of 5        See all 5 reviews

**20%**    Overall Positive Rating

🏠  Business Name: Guangdong Zhushui Network
     Information Co., Ltd.

✉️  Contact seller

📞  (+86) 13570409818

About seller

### More items from this seller



$6.98
Thanks You Gift- Never
Forget The Difference You
Made -Valentine's Day...

$6.15
Reusable Keurig Coffee
Filter, Refillable K Cup Pod -
2 Capsules
★★★★☆ (8)

$6.99
Graphene Honeycomb
Vaginal Tightening And
Body Shaping Briefs Panti...
★★☆☆☆ (1)

$5.89
Graphene Honeycomb
Vaginal Tightening And
Body Shaping Briefs For...

### Seller reviews

**2.2** out of **5**
★★☆☆☆ (5 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 3 |

**3 reviews**    Sort by | Newest to oldest ▾

★☆☆☆☆                              03/31/2023
Totally misrepresented in on line photo! Fake, plastic, just plain
ugly and small!
Marion

★☆☆☆☆                              02/20/2023

donna

★☆☆☆☆                              02/25/2023

i

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

guangdongzhushuiwangluoxinxiyouxiangongsi

We'd love to hear what you think!

Give feedback

All Departments
Store Directory
Careers
Our Company
Sell on Walmart.com
Help
COVID-19 Vaccine Scheduler
Product Recalls
Accessibility
Tax Exempt Program
Get the Walmart App
Sign-up for Email
Safety Data Sheet
Terms of Use
Privacy & Security
CA Privacy Rights
California Supply Chain Act
Your Privacy Choices
Request My Personal Information
#IYWYK

© 2023 Walmart. All Rights Reserved.



🚚 **Free shipping, arrives by Wed, Apr 19**

█████  █████                                              Edit
1001 Foster Ave, Bensenville, IL 60106

**Delivery instructions**                                 Add
Add gate codes or other useful information.

**Items details**                                         Hide details

**Arrives by Wed, Apr 19** (12 items)

Sold and shipped by ZHS Co. Ltd

Flying Disc Sport Disc Loads of Colors Available, Suitable for    Qty 12    **$81.72**
Competitions, Team Flying Disc for Beach, Park, Pet, Camping and More        $6.81 ea
Size: Small Pterosaur



**Place order for $88.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (12 items)                                   $81.72
Shipping                                                  Free
**Estimated taxes**                                       $6.54

**Estimated total**                                       $88.26

Have a promo code?                                        ⌃

[ Promo code ]                                            Apply



💳 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in** ███                                   $88.26

Please enter the CVV for the card

* Required field

[CVV *] ███

                                                          Edit payment

📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

[Phone number (10 digits)*] ████████

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.





**Walmart** ✦

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts
and more!**

○ **Annual**                                              Best
$98/year after 30-day trial                               value

○ **Monthly**
$12.95/month after 30-day trial

⦿ **I'm not interested in trying Walmart+**