IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, | |
| Plaintiffs, | Civil Action No.: 1:23-cv-02567 |
| v. | Judge Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## DECLARATION OF SERVICE

I, Keith A. Vogt, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiffs, WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O ("WHAM-O" or "Plaintiffs"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.  This Court entered an Order permitting WHAM-O to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and/or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Todd Richards and any email addresses provided for Defendants by third parties that includes a link to said website.

3.  I hereby certify that on May 3, 2023, I sent an e-mail containing a copy of the Complaint, Mediation Materials, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with

accounts at the following Marketplaces: Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart"), as identified in Exhibit 2 to the Declaration of Todd Richards as being related to the defendants.

4. I hereby certify that on or before May 3, 2023, I electronically published the Complaint, Mediation Materials, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction, on said website.

5. I hereby certify that on May 3, 2023, I sent an e-mail containing a copy of the Complaint, Mediation Materials, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the following Marketplaces: Amazon and Walmart, as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2023.

>*/s/ Keith A. Vogt*
>Keith A. Vogt
>*Counsel for Plaintiffs*