**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

      Plaintiffs,

    v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.:  1:23-cv-02567

Judge Martha M. Pacold

Magistrate Judge Gabriel A. Fuentes

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the Court's Minute Entry Order [42] was sent to the Defendants identified on the Schedule A on June 1, 2023, by sending an email to Defendant's email addresses identified and provided for Defendants by third parties.

Executed on June 1, 2023, at Chicago, Illinois.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.
***ATTORNEY FOR PLAINTIFFS***

DATED: June 1, 2023

Respectfully submitted,

/s/ *Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFFS***