IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and<br>INTERSPORT CORP. d/b/a/ WHAM-O,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 1:23-cv-02567<br><br>Judge Marth M. Pacold<br><br>Magistrate Judge Gabriel A. Fuentes |

## PLAINTIFFS' MEMORANDUM ESTABLISHING
## DEFAULT JUDGMENT IS PROPER

Pursuant to minute entry order [40], the Court requests that Plaintiffs amend the Schedule A and submit a new clean and track changes proposed default judgment order by 6/14/2023.

In minute entry order [42], the Court expressed concern that Plaintiffs seek default judgment against some but not all defendants. The Court's concern has been resolved by the fact that Plaintiffs have settled with all of the appearing Defendants except Defendant No. 64 Ingrid GL, and Plaintiffs expect to settle with Defendant No. 64 prior to the 6/14/2023 deadline.

If a settlement is not reached by the Court's 6/14/2023 deadline, Plaintiffs will move to withdraw its motion for default judgment [32] or sever Defendant No. 64 into a new case matter such that the default judgment would be granted against all defendants remain in the case.

1

DATED: June 7, 2023                    Respectfully submitted,

                                       */s/ Keith A. Vogt*
                                       Keith A. Vogt (Bar No. 6207971)
                                       Keith Vogt, Ltd.
                                       33 West Jackson Boulevard, #2W
                                       Chicago, Illinois 60604
                                       Telephone: 312-971-6752
                                       E-mail:  keith@vogtip.com

                                       ***ATTORNEY FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 7, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt, Esq.